FILED

2003 OCT 17 A 10: 16

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, INC., : | CIVIL ACTION NO. 3:03CV1036 (SRU) |
| Plaintiff, : | |
| v. : | |
| GRAND ADVENTURES TOUR & : | |
| TRAVEL PUBLISHING CORPORATION, | |
| INTERLINE TRAVEL & TOUR, INC., : | |
| Defendants. : | October 16, 2003 |

**PLAINTIFF'S MOTION FOR JURISDICTIONAL DISCOVERY**

Plaintiff Call Center Technologies, Inc. hereby moves for leave to conduct jurisdictional discovery necessary to support its opposition to Defendant Interline's Motion to Dismiss, and in support hereof Plaintiff submits herewith its Memorandum of Law.

PLAINTIFF
CALL CENTER TECHNOLOGIES, INC.

By_____
Jack D. Garamella, of
**Collins, Hannafin, Garamella,
Jaber & Tuozzolo, P.C.**
148 Deer Hill Avenue
Danbury, CT 06810
Telephone: (203) 744-2150
Federal Bar ID CT 05973

ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED

## CERTIFICATION OF SERVICE

    This is to certify that the foregoing Motion was mailed on the 16th of October, 2003 to the following:

Laura F. Baldini, Esquire
2 Batterson Park Road
2nd Floor
Farmington, Connecticut 06032

_____
Jack D. Garamella