UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 17 A 10:16

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, INC., : | CIVIL ACTION NO. 3:03CV1036 (SRU) |
| Plaintiff, : | |
| v. : | |
| GRAND ADVENTURES TOUR & : TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC., : | |
| Defendants. : | October 16, 2003 |

### AFFIDAVIT OF DEAN VLAHOS
### IN OPPOSITION TO DEFENENDANT'S MOTION TO DISMISS

STATE OF CONNECTICUT )
                            ) ss: Brookfield      October 16, 2003
COUNTY OF FAIRFIELD )

I, **DEAN S. VLAHOS**, being first duly sworn, do depose and state as follows:

1.     That I am over the age of eighteen (18) years and believe in the obligation of an oath.

2.     That I am the president of Call Center Technologies, Inc., and have held this office continuously since the company's inception in 1997.

3.     That Call Center Technologies has a principal place of business at 632-640 Federal Road, Brookfield, Connecticut.

1

4. That on behalf of Call Center Technologies, Inc. I negotiated with Grand Adventures Tour & Travel Publishing Corporation, d/b/a Grand Adventures Tour & Travel, Inc. ("GATT") for the sale of certain goods called an Aspect Call Center. All phone calls, faxes, and correspondence regarding the negotiations were originated from or received at Call Center Technologies, Inc.'s office in Brookfield, Connecticut.

5. That I sent the final, unsigned Customer Agreement between Call Center Technologies, Inc. and GATT to GATT's office in Austin, Texas and that GATT returned it, partially executed, to my office in Brookfield, Connecticut.

6. That after receiving the Customer Agreement partially executed by GATT, I executed the Customer Agreement on behalf of Call Center Technologies, Inc., at my Brookfield, Connecticut office. A copy of the Customer Agreement is attached hereto as Exhibit A.

7. That I received the initial payment from GATT called for under the Customer Agreement at my Brookfield, Connecticut office.

8. That Call Center Technologies, Inc. shipped the Aspect Call Center to GATT from its warehouse in Brookfield, Connecticut.

9. That Call Center Technologies, Inc. shipped additional Aspect parts ordered by GATT from Brookfield, Connecticut to Austin, Texas in February of 1999.

10. That GATT requested the use of Intertel equipment from Call Center Technologies, Inc. and such equipment was shipped to GATT from Brookfield, Connecticut, with the understanding that it would be returned.

11.     That as of today's date Call Center Technologies, Inc. has not been paid by GATT the balance owed to it under the Customer Agreement and the Intertel equipment loaned to GATT has not been returned.

12.     That I attempted to contact GATT through its website known as www.perx.com.

13.     That I discovered that the website known as www.perx.com is now operated by a company known as Interline Travel & Tour, Inc.  A printout of the www.perx.com home page is attached hereto as Exhibit B at page 1.

14.     That I logged on to the www.perx.com website, identifying myself as a resident of the State of Connecticut, and was offered to be signed up as an Interline member associated with Bradley International Airport in Hartford, Connecticut, as well as Tweed Regional Airport in New Haven, Connecticut.  A printout of the membership sign-up form for Connecticut members from the www.perx.com web site is attached hereto as Exhibit B at pages 2 through 5.

15.     That I completed the membership registration process and became a member of Interline and received an email confirmation at my email address located in Connecticut.  A printout of that confirmation is attached hereto as Exhibit D.

16.     That on the www.perx.com web site there is an interactive online store called store.perx.com, which offers certain consumer products with pricing information, and from which I completed an online purchase from my office in Brookfield, Connecticut using my credit card and my Connecticut address for shipping.  A printout of the store.perx.com web page, price list, and the order form which I submitted is attached hereto as Exhibit C.

17.     That I received at my email address in my Connecticut office a confirmation of the order I had placed on the store.perx.com web page, a printout of which is attached hereto as Exhibit E.

18. That I received the shipment of the item I purchased from store.perx.com delivered to my Connecticut office by UPS Ground delivery service.

19. That Call Center Technologies, Inc. was never paid by GATT or Interline Travel & Tour, Inc. for the debt owed to it by GATT.

Dated at Brookfield, Connecticut, this 16th day of October, 2003.

_____
DEAN VLAHOS

On this 16th day of October, 2003, before me, Korrie L. Elwood the undersigned officer, personally appred DEAN VLAHOS, known to me to be the person(s) whose name is subscribed to the within instrument and acknowledged that he executed same for the purposes therein contained.

In witness whereof I hereunto set my hand.

_____
Notary Public

My Commission Expires: _____

KORRIE L. ELWOOD
NOTARY PUBLIC
MY COMMISSION EXPIRES APR. 30, 2007