FILED

2003 OCT 17 A 10: 17

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, INC., : <br> Plaintiff, | CIVIL ACTION NO. 3:03CV1036 (SRU) |
| v. : <br> GRAND ADVENTURES TOUR & : <br> TRAVEL PUBLISHING CORPORATION, <br> INTERLINE TRAVEL & TOUR, INC., : <br> Defendants. : | October 16, 2003 |

**PLAINTIFF'S OBJECTION TO
DEFENDANT INTERLINE'S REQUEST TO TRANSFER VENUE**

On September 22, 2003, Defendant Interline Travel & Tour, Inc. ("Interline") filed in a "Memorandum of Law In Further Support of Interline Travel & Tour's Motion to Dismiss," wherein Interline, inter alia, "move[d] that this case be transferred to the United States District Court for the Western District of Texas for the convenience of the parties and the witnesses in this case," at 9, pursuant to 28 U.S.C. 1404(a). As set forth in Plaintiff's Memorandum of Law, Interline has: (a) failed to satisfy its burden of proof on its "motion" to transfer venue and (b) failed to satisfy its burden of establishing that the exercise of personal jurisdiction by this Court would be unreasonable under a due process analysis.

ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED

PLAINTIFF
CALL CENTER TECHNOLOGIES, INC.

By _____
Jack D. Garamella, of
**Collins, Hannafin, Garamella,
Jaber & Tuozzolo, P.C.**
148 Deer Hill Avenue
Danbury, CT 06810
Telephone: (203) 744-2150
Federal Bar ID CT 05973

### CERTIFICATION OF SERVICE

This is to certify that the foregoing Motion was mailed on the 16th of October, 2003 to the following:

Laura F. Baldini, Esquire
2 Batterson Park Road
2nd Floor
Farmington, Connecticut 06032

_____
Jack D. Garamella