HONORABLE Stefan Underhill
DEPUTY CLERK Montz
RPTR/ERO/TAPE Catucci
CT/cvmhrg (January 10, 2002)

TOTAL TIME: ___ hours 40 minutes

DATE 11-10-03    START TIME 10:15    END TIME 10:55
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. 3:03cv1036 SRU

Call Ctr Tech
vs.
Grand Adventures

Jack Guiamella
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Laura Baldini
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #4   Motion to Dismiss — ☑ denied w/o prejudice
☑ #23  Motion for Jurisdictional Discvy — ☑ denied

Hearing continued until ___ at ___