**FILED**

2004 APR -1  A 11: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | CIVIL ACTION NO. 3:03CV1036 (SRU) |
| Plaintiff, | |
| v. | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | |
| Defendants. | MARCH 31, 2004 |

### DEFENDANT INTERLINE TRAVEL & TOUR INC.'S MOTION FOR EXTENSION OF TIME AND MOTION TO MODIFY THE STANDING ORDER

Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, respectfully requests a fifteen (15) day extension of time (until April 15, 2004) to disclose any expert witness(es) in this case.

This is an alleged breach of contract action in which the plaintiff, Call Center Technologies, Inc. ("CCTI"), claims that Interline is somehow obligated to compensate the plaintiff for certain parts and equipment provided to co-defendant, Grand Adventures Tour & Travel Publishing

**NO ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

*[Margin notations: "31", "4/12/04", "MOTION GRANTED. SO ORDERED. /s/ John R. Lestman, U.S.D.J."]*