33

FILED

2004 APR 22 P 12: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | CIVIL ACTION NO. 3:03CV1036 (SRU) |
| Plaintiff, | |
| v. | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | |
| Defendants. | APRIL 19, 2004 |

FILED
2004 APR 27 P 4:...
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Granted. The clerk shall docket the amended answer. — I was 4/27/04
So ordered.

### DEFENDANT INTERLINE TRAVEL & TOUR'S UNOPPOSED MOTION FOR LEAVE TO AMEND

Pursuant to Fed. R. Civ. P. 15 defendant, Interline Travel & Tour, Inc. ("Interline"), hereby moves to amend its Amended Answer and Affirmative Defenses dated December 2, 2004.

This is an alleged breach of contract action in which the plaintiff, Call Center Technologies, Inc. ("CCTI"), claims that Interline is somehow obligated to compensate the plaintiff for certain parts and equipment provided to co-defendant, Grand Adventures Tour & Travel Publishing Corporation

**NO ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823