UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (SRU) |
| Plaintiff, | : |
| v. | : |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | : |
| Defendants. | : JUNE 8, 2004 |

**DEFENDANT INTERLINE TRAVEL & TOUR INC.'S
<u>MOTION TO DISMISS</u>**

Pursuant to Rules 37 and 41 of the Federal Rules of Civil Procedure, the defendant, Interline Travel & Tour, Inc. ("Interline"), respectfully moves the court to dismiss the above-captioned action with prejudice. Since the inception of this case, the plaintiff has taken no action to prosecute its claims against Interline or co-defendant, Grand Adventures Tour & Travel Publishing Corporation ("GATT"). The plaintiff has not served any interrogatories or requests for production,

**ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

has not taken any depositions, has disclosed no expert witnesses and has not filed any requests for admission.

The plaintiff has also failed to respond to Interline's Interrogatories and Request for Production dated April 19, 2004, despite having been advised to do so by its own attorneys and despite the good faith efforts of the undersigned to obtain compliance. Having failed to respond to Interline's discovery, the plaintiff has also violated the terms of the Court's Scheduling Order dated October 1, 2003 which mandates that all discovery in this case be completed by June 1, 2004. The plaintiff's dilatory conduct has prejudiced Interline and its failure to provide Interline with discovery has hindered Interline's efforts to assess the validity of the plaintiff's claims and prepare this case for trial.

Although aware of the consequences of its own inaction, the plaintiff has demonstrated a clear and unequivocal unwillingness to proceed with this case. Accordingly, for the foregoing reasons and for those set forth in the attached Memorandum of Law, Interline seeks to dismiss this action with prejudice on the grounds that the plaintiff has: 1) failed to prosecute this action with due diligence; 2) failed to respond to Interline's Interrogatories and Requests for Production dated April 19, 2004; and 3) failed to comply with the Court's Scheduling Order dated October 1, 2003.

**WHEREFORE**, Interline respectfully moves that the court issue an order dismissing this action with prejudice and awarding Interline the costs of filing this motion. In the alternative,

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

Interline respectfully requests that the Court enter any of the orders that are authorized under Fed. R. Civ. P. 37 and 41. In addition, should this Court deny the foregoing motion or in any way extend the time for plaintiff to comply with Interline's discovery requests, Interline respectfully requests a modification of the Court's Scheduling Order and a thirty (30) day extension of the deadline to file dispositive motions in this case.

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: _____
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

3

# ORDER

The foregoing Motion, having been duly presented to this Court, it is hereby **ORDERED** that:

    A.    the same be and hereby is GRANTED/DENIED;

    B.    costs associated with the filing of this motion in the amount of $_____ and an attorney's fee in the amount of $_____ be awarded to Interline.

                                    THE COURT,

                                      _____

                                      JUDGE/Clerk

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

4

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing was mailed via U.S. mail, postage prepaid on this 8th day of June, 2004 to the following counsel of record:

Gregg A. Brauneisen, Esq.
Jack Garamella, Esq.
Collins, Hannafin, Garamella, Jaber & Tuozzolo, PC
*Counsel for Plaintiff*
148 Deer Hill Avenue
P.O. Box 440
Danbury, CT 06810

*And to :*

The Honorable Stefan Underhill
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

By: _____
LAURA F. BALDINI, ESQ.
Law Offices of Laura Flynn Baldini, LLC

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8463 • Fax: (860) 561-9823

5