21. For each witness identified in response to the above interrogatory, state the subject matter on which each expert witness is expected to testify, the substance of the facts and opinions to which each expert witness is expected to testify, a summary of the grounds for each such opinion of each expert witness expected to testify.

ANSWER:




22. Please state whether CCTI has been a party or involved in any lawsuit, arbitration claim or governmental administrative charge alleging design defects, manufacturing defects or breach of warranty with respect to the Equipment.

ANSWER:




23. If the answer to the above interrogatory is yes, please indicate the name of the party or parties involved in the action(s), the nature of the action(s), the docket number of the proceeding(s), the date of the action(s), the jurisdiction where the action(s) was filed and the present status of the action(s).

ANSWER:

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

13

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: /s/ Laura F. Baldini
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

14

## **CERTIFICATION**

I, _____ hereby certify that I have reviewed the above Interrogatories and responses thereto on behalf of Call Center Technologies and that the responses to the interrogatories are true and accurate to the best of my knowledge and belief.

_____
CALL CENTER TECHNOLOGIES, INC.

By:_____

Its:_____

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

15

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (SRU) |
| Plaintiff, | : |
| v. | : |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC., | : |
| Defendants. | : APRIL 7, 2004 |

**REQUESTS FOR PRODUCTION**

1. Identify and produce all non-privileged documents referenced or referred to in your answers to the preceding interrogatories.

RESPONSE:


2. Identify and produce all non-privileged documents relied upon in your answers to the preceding interrogatories.

RESPONSE:

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 491967 • (860) 874-8483 • Fax: (860) 561-9823

16

3. Identify and produce all communications and documents exchanged between CCTI and GATT relating to the Equipment.

RESPONSE:

4. Identify and produce all documents responsive to Interrogatory 11 or relied upon in responding to Interrogatory 11.

RESPONSE:

5. Identify and produce all technical service bulletins, service messages and recall campaigns relating to the Equipment.

RESPONSE:

6. Identify and produce all documents relating to warranties, guarantees and/or service contracts relating to the Equipment. Such documents shall include, but not be limited to, product labels, brochures, manuals and pamphlets.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

17

RESPONSE:

7. Identify and produce copies of any written disclaimer or limitation of warranty you contend is applicable to the Equipment.

RESPONSE:

8. Identify and produce all documentation, including but not limited to, service, maintenance and/or repair orders, parts lists, service bulletins, recall documents, etc., connected with or related to the Equipment.

RESPONSE:

9. Identify and produce all documents relating to your response to Interrogatory 9.

RESPONSE:

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421967 • (860) 874-8483 • Fax: (860) 561-9893

18

10. Identify and produce all documents relating to your response to Interrogatories 15-16.

RESPONSE:

11. Identify and produce all reports from expert witnesses that you intend to call at trial.

RESPONSE:

12. Identify and produce all non-privileged documents in your in your possession, custody or control not previously requested above to support the plaintiff's claims against Interline as alleged in the Second Amended Complaint.

RESPONSE:

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

19

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: /s/ Laura F. Baldini
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

Law Offices of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

20

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed via U.S. mail, postage prepaid on this 19th day of April, 2004 to the following counsel of record:

Jack Garamella, Esq.
Gregg Brauneisen, Esq.
Collins, Hannafin, Garamella, Jaber & Tuozzolo, PC
**Counsel for Plaintiff**
148 Deer Hill Avenue
P.O. Box 440
Danbury, CT 06810

By: /s/ Laura F. Baldini
LAURA F. BALDINI, ESQ.
Law Offices of Laura Flynn Baldini, LLC

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8433 • Fax: (860) 561-9823

21

# EXHIBIT F

## Law Offices of
## Laura Flynn Baldini, LLC

2 Batterson Park Road, 2nd Floor
Farmington, CT 06032

Tel: (860) 874-8483
Fax: (860) 561-9823

E-Mail: LBaldini@FlyBal-Law.com
Web: www.FlyBal-Law.com

May 27, 2004

**VIA FACSIMILE**
(203) 791-1126

Gregg Brauneisen, Esq.
Collins, Hannafin, Garamella,
Jaber & Tuozzolo, PC
148 Deer Hill Ave.
Danbury, CT 06810

    Re:    *Call Center Technologies, Inc. v. Interline Travel & Tour, Inc., et al.*

Dear Gregg:

    Further to my e-mail to you and Jack dated May 25, 2004, please be advised that I have still not received your client's responses to Interline Travel & Tour's First Set of Interrogatories and Requests for Production dated April 19, 2004. To avoid judicial intervention in this regard, I would appreciate it if you would please forward your client's responses to these requests by June 1, 2004.

    Thank you for your attention to this matter.

                                         Very truly yours,

                                         LAURA F. BALDINI

TRANSMISSION VERIFICATION REPORT

```
                                        TIME   : 05/27/2004 14:58
                                        NAME   : BALDINI
                                        FAX    : 8605619823
                                        SER.#  : BROB2N237508
```

```
DATE,TIME               05/27  14:57
FAX NO./NAME            12037911126
DURATION                00:00:30
PAGE(S)                 02
RESULT                  OK
MODE                    STANDARD
                        ECM
```

# Laura F. Baldini

| | |
|---|---|
| **From:** | Laura F. Baldini [FLYBAL@comcast.net] |
| **Sent:** | Tuesday, May 25, 2004 12:09 PM |
| **To:** | 'gbrauneisen@chgjtlaw.com'; 'jgaramella@chgjtlaw.com' |
| **Subject:** | CCTI v. GATT |

Gregg & Jack: In reviewing my file concerning the above matter, I noticed that I have not received your client's responses to the Interrogatories and Requests for Production that were sent to you on April 19, 2004. Pursuant to the Federal Rules, your client's responses were due on May 19, 2004. At your earliest convenience, I would appreciate it if you would forward your client's discovery responses to me or advise me when they will be forthcoming. Thanks very much.

Laura F. Baldini, Esq.
Law Offices of Laura Flynn Baldini, LLC
2 Batterson Park Road, Second Floor
Farmington, CT   06032
Phone: (860) 874-8483
Fax:   (860) 561-9823
E-mail: LBaldini@FlyBal-Law.com
Web:   www.FlyBal-Law.com

CONFIDENTIALITY NOTICE: A lawyer has sent this electronic mail transmission. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, which may attach to this communication. Thank you for your cooperation.

---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.690 / Virus Database: 451 - Release Date: 5/22/2004