FILED

2004 AUG 20  A 8: 49

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, INC., | : | CIVIL ACTION NO. 3:03CV1036 (SRU) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| GRAND ADVENTURES TOUR & | : | |
| TRAVEL PUBLISHING CORPORATION, | : | |
| INTERLINE TRAVEL & TOUR, INC., | : | |
| Defendants. | : | AUGUST 11, 2004 |

### REQUEST FOR LEAVE TO WITHDRAW APPEARANCE
### ON BEHALF OF THE PLAINTIFF CALL CENTER TECHNOLOGIES, INC.

Pursuant to Local Rule 7(e) of the United States District Court, District of Connecticut, Local Rules of Civil Procedure ("Local Rules") Attorney Gregg A. Brauneisen, on behalf of the law firm of Collins, Hannafin, Garamella, Jaber & Tuozzolo, P.C. respectfully requests permission to withdraw as counsel for the Plaintiff Call Center Technologies, Inc. in the above referenced matter.

The Plaintiff in this case has failed to cooperate with counsel regarding conducting discovery and the Plaintiff has failed to cooperate with counsel regarding answering Defendant Interline Travel & Tour, Inc.'s Interrogatories. The Plaintiff's failure to cooperate with counsel continues despite repeated written requests and phone calls from counsel asking the Plaintiff to provide information

COLLINS, HANNAFIN, GARAMELLA, JABER & TUOZZOLO, P.C.
ATTORNEYS AT LAW • 148 DEER HILL AVENUE • P.O. BOX 440 • DANBURY, CONNECTICUT 06810
JURIS NUMBER 13472 • (203) 744-2150

regarding discovery, a large part of which was to take place in Texas, and that the Plaintiff answer Defendant Interline Travel & Tour, Inc.'s Interrogatories.

The Plaintiff's failure to cooperate and communicate with counsel has made it impossible for counsel to provide any kind of effective representation to the Plaintiff.

The Plaintiff has been sent a copy of this Motion to Withdraw by both certified and regular mail and has been notified of the need to engage successor counsel in the event this motion is granted.

Gregg A. Brauneisen, on behalf of the law firm of Collins, Hannafin, Garamella, Jaber & Tuozzolo, P.C., therefore respectfully requests permission of the Court to have his appearance withdrawn as counsel for the Plaintiff in this matter.

Dated this 11th day of August, 2004.

PLAINTIFF
CALL CENTER TECHNOLOGIES, INC.

By _____
   Gregg A. Brauneisen, of
   **Collins, Hannafin, Garamella,**
   **Jaber & Tuozzolo, P.C.**
   148 Deer Hill Avenue
   Danbury, CT 06810
   Telephone: (203) 744-2150

ATTORNEYS AT LAW • COLLINS, HANNAFIN, GARAMELLA, JABER & TUOZZOLO, P.C. • 148 DEER HILL AVENUE • P.O. BOX 440 • DANBURY, CONNECTICUT 06810 • JURIS NUMBER 13472 • (203) 744-2150

## ORDER

The foregoing Motion having been heard by this Court, it is hereby ORDERED: GRANTED/DENIED.

THE COURT

BY:_____

COLLINS, HANNAFIN, GARAMELLA, JABER & TUOZZOLO, P. C.
ATTORNEYS AT LAW • 148 DEER HILL AVENUE • P. O. BOX 440 • DANBURY, CONNECTICUT 06810
JURIS NUMBER 3472 • (203) 744-2150

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid on August 11, 2004, to the following:

Laura F. Baldini, Esquire
2 Batterson Park Road
2nd Floor
Farmington, CT 06032

Call Center Technologies, Inc.
632-640 Federal Road
Brookfield, CT 06804

Gregg A. Brauneisen

COLLINS, HANNAFIN, GARAMELLA, JABER & TUOZZOLO, P. C.
ATTORNEYS AT LAW • 148 DEER HILL AVENUE • P.O. BOX 440 • DANBURY, CONNECTICUT 06810
JURIS NUMBER 13472 • (203) 744-2150