UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECH., INC. | : | |
| | : | |
| v. | : | Civ. Action No. |
| | : | 3:03 CV 1036 (SRU) |
| GRAND ADVENTURES, ET AL. | : | |

**ORDER**

The motions to withdraw appearance (**doc. #36 and #38**) are granted. Attorneys Garamella and Brauneisen shall forward a copy of this order to their client by certified mail, thereby informing it that: (1) they no longer represent it in this case, (2) entities such as corporations, partnerships and limited liability companies have no right to enter pro se appearances, but must be represented by counsel, and (3) if the plaintiff fails to cause an appearance to be filed on its behalf on or before September 20, 2004 it will be defaulted for failure to appear, which could lead to entry of a judgment against that plaintiff and in favor of the defendants.

It is so ordered.

Dated at Bridgeport this 24th day of August 2004.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge