**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | CIVIL ACTION NO. 3:03CV 1 036 (SRU) |
| Plaintiff, | |
| v. | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | |
| Defendants. | SEPTEMBER 23, 2004 |

**NOTICE OF PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER/**
**MOTION FOR DEFAULT**

Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, respectfully submits this Notice to apprise the Court that is has not received an appearance indicating that the plaintiff, Call Center Technologies ("CCTI"), has retained counsel to represent its interests in the above referenced matter. Pursuant to the Court's Order dated August 24, 2004 (copy attached), the plaintiff, a business entity that cannot proceed pro se, was to have filed an

**ORAL ARGUMENT REQUESTED/**
**TESTIMONY NOT REQUIRED**

LAw OFFICES OF LAuRA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor * Farmington, CT 06032
juris No. 421267 e (860) 874-8463 * Fax: (860) 561-9823

appearance with the Court by September 20, 2004, The plaintiff has failed to do so.

For the foregoing reasons and for those reasons set forth in Interline's Motion to Dismiss dated June 8, 2004 which is incorporated herein by reference, Interline seeks an order: 1) defaulting the plaintiff for failing to appear and to comply with the Court's August 24, 2004 order; 2) dismissing this action with prejudice; and 3) awarding Interline the costs of filing this motion.

**WHEREFORE,** Interline respectfully moves that the foregoing Motion be granted.

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: *[signature]*
LAURA F. BALDINI, ESQ.
Federal Bar Number ctl 9887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2,d Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAw offices of LAuRA flynn baldini, LLC
2 Batterson Park Road, 2nd Floor * Farmington, CT 06032
Juris No. 421267 * (860) 874-8493 * Fax: (860) 561-9823

2

## ORDER

The foregoing Motion, having been duly presented to this Court, it is hereby ORDERED that:

    A.    the same be and hereby is GRANTED/DENIED;

    B.    costs associated with the filing of this motion in the amount of $ _____

and an attorney's fee in the amount of $_____ be awarded to Interline.

                              THE COURT,

                              _____

                              JUDGE/Clerk

LAw OFFICES OF LAuRA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor ₉Farmington, CT 06032
juris No. 421267 ₉(860) 874-8483 ₑFax: (860) 561-9823

3

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed via U.S. mail, postage prepaid on this 23rd day of September, 2004 to the following counsel of record:

Call Center Technologies, Inc. (via certified mail)
632-640 Federal Road
Brookfield, CT 06804

*And to:*

The Honorable Stefan Underhill
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

By _____
LAURA F. BALDINI, ESQ.
Law Offices of Laura Flynn Baldini, LLC

LAw OFFICES OF LAuRA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor e Farmington, CT 06032
juris No. 421267 e (860) 874-8483 9 Fax: (860) 561-9823

4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CALL CENTER TECH., INC.

    v.                                                                                                            Civ. Action No.
                                                                                                         3-03 CV 1036 (SRU)

GRAND ADVENTURES, ET AL.

## **ORDER**

The motions to withdraw appearance (doe. #36 and #38) are granted. Attorneys Garamella. and Brauneisen shall forward a copy of this order to their client by certified mail, thereby informing it that: (1) they no longer represent it in this case, (2) entities such as corporations, partnerships and limited liability companies have no right to enter pro se appearances, but must be represented by counsel, and (3) if the plaintiff fails to cause an appearance to be filed on its behalf on or before September 20, 2004 it will be defaulted for failure to appear, which could lead to entry of a judgment against that plaintiff and in favor of the defendants.

It is so ordered.

Dated at Bridgeport this 24' day of August 2004.

                                                                                                           /s/ Stefan R. Underhill
                                                                                                            Stefan R. Underhill
                                                                                                           United States District Judge