UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | CIVIL ACTION NO. 3:03CV1036 (SRU) |
| Plaintiff, | |
| v. | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | |
| Defendants. | OCTOBER 27, 2004 |

## MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55 of the Federal Rules of Civil Procedure and the Court's Order dated October 19, 2004 (copy attached), Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, respectfully submits this Motion for Default Judgment. The above-captioned matter should be dismissed with prejudice and a judgment should be entered in favor of Interline and against the plaintiff for the following reasons:

1. The plaintiff, a corporation, has failed to comply with a Court Order to retain successor counsel to represent it in this matter and can therefore not proceed pro se in

**ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

this case. Pursuant a Court Order dated August 24, 2004 (copy attached), the plaintiff was required to retain alternate counsel to represent it after the Court granted the Motion to Withdraw as Counsel filed by Collins, Hannafin, Garamella, Jaber & Tuozzolo, PC, plaintiff's previous counsel. The plaintiff was required to obtain successor counsel by September 20, 2004 and failed to do so. On September 23, 2004, the undersigned filed a Motion for Default advising the Court that the plaintiff failed to comply with the Court's order. On October 19, 2004, this Court granted Interline's Motion for Default.

2. The Court should also enter a default judgment against the plaintiff for the reasons and arguments set forth in Interline's Motion to Dismiss dated June 8, 2004 which are incorporated herein by reference.[1] Since the inception of this case, the plaintiff has taken no action to prosecute its claims against Interline or co-defendant, Grand Adventures Tour & Travel Publishing Corporation ("GATT"). The plaintiff has not served any interrogatories or requests for production, has not taken any depositions, has disclosed no expert witnesses and has not filed any requests for admission.

3. The plaintiff has also failed to respond to Interline's Interrogatories and Requests for Production dated April 19, 2004, despite having been advised to do so by its previous

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

counsel and despite the good faith efforts of the undersigned to obtain compliance. Having failed to respond to Interline's discovery, the plaintiff has also violated the terms of the Court's Scheduling Order dated October 1, 2003 which mandated that all discovery in this case be completed by June 1, 2004. The plaintiff's dilatory conduct has prejudiced Interline and its failure to provide Interline with discovery has hindered Interline's efforts to assess the validity of the plaintiff's claims and prepare this case for trial.

**WHEREFORE**, Interline respectfully moves that the foregoing Motion be granted. In particular, Interline respectfully moves that the court issue an order dismissing this action with prejudice, enter a judgment in favor of Interline and against the plaintiff and for such other and further relief that the Court deems just and proper.

---

[1] The Court has not yet ruled upon Interline's Motion to Dismiss dated June 8, 2004 and the plaintiff never opposed this motion.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

3

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: *[signature]*
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

4

## ORDER

The foregoing Motion, having been duly presented to this Court, it is hereby ORDERED that the same be and hereby is GRANTED/DENIED.

THE COURT,

_____
JUDGE/Clerk

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed via U.S. mail, postage prepaid on this 27th day of October, 2004 to the following counsel of record:

Call Center Technologies, Inc.
632-640 Federal Road
Brookfield, CT 06804

*And to:*

The Honorable Stefan Underhill
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

By: /s/ Laura F. Baldini
LAURA F. BALDINI, ESQ.
Law Offices of Laura Flynn Baldini, LLC

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

6

**Laura Baldini**

**From:** CMECF@ctd.uscourts.gov
**Sent:** Tuesday, October 19, 2004 11:01 PM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

Activity has occurred in the following cases:

**3:03-cv-01036-SRU Call Ctr Tech, Inc v. Grand Adventures, et al**
Order on Motion for Default Entry 55(a)  41

**Docket Text:**
ELECTRONIC ENDORSEMENT ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER granting [40] Motion for Default Entry 55(a): Motion for default judgment due by 11/18/2004. Signed by Clerk on 10/19/04. (Moniz, A.)

**EXHIBIT A**

10/26/2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CALL CENTER TECH., INC.          :
                                 :
    v.                           :          Civ. Action No.
                                 :          3:03 CV 1036 (SRU)
GRAND ADVENTURES, ET AL.         :

## ORDER

The motions to withdraw appearance (doc. #36 and #38) are granted. Attorneys Garamella and Brauneisen shall forward a copy of this order to their client by certified mail, thereby informing it that: (1) they no longer represent it in this case, (2) entities such as corporations, partnerships and limited liability companies have no right to enter pro se appearances, but must be represented by counsel, and (3) if the plaintiff fails to cause an appearance to be filed on its behalf on or before September 20, 2004 it will be defaulted for failure to appear, which could lead to entry of a judgment against that plaintiff and in favor of the defendants.

It is so ordered.

Dated at Bridgeport this 24th day of August 2004.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge

**EXHIBIT B**