UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (SRU) |
| Plaintiff, | : |
| v. | : |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | : |
| Defendants. | : NOVEMBER 19, 2004 |

## DEFENDANT INTERLINE TRAVEL & TOUR INC.'S
## OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Defendant, Interline Travel & Tour, Inc. ("Interline"), hereby objects to the "Initial Objection to Default Judgment and Motion for Extension of Time" filed by plaintiff, Call Center Technologies, Inc. ("CCTI") for the following reasons:

1. Interline objects to the plaintiff's Motion because the plaintiff has not provided a substantive opposition to Interline's Motion for Default Judgment dated October 27,

**ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2004 or any reason that would warrant an extension of time to respond to Interline's Motion. Plaintiff's successor counsel states that "[s]ince the issues herein do not raise any complicated legal issues, CCT requests [a] waiver of having to file a memorandum of law, **but relies on this pleading and the accompanying affidavit of Dean Vlahos, the president of CCT, the president of CCT, as the basis for the relief requested in this application.**" *Plaintiff's Motion at p.* 2 [emphasis added]. The plaintiff's motion and Mr. Vlahos' Affidavit, however, provide absolutely no factual or legal justification for denying Interline's Motion or for justifying their request to circumvent the Court's rules and obtain an extension of time.

2. As discussed in Interline's prior Motions to this Court, namely, its Motion to Dismiss (June 8, 2004), Notice of Failure to Comply/Motion for Default (September 23, 2004)[1] and the pending Motion for Default Judgment (October 27, 2004), the plaintiff has demonstrated a consistent, repeated and flagrant disregard for the rules and orders of this Court. Most notably, the plaintiff:

   i. failed to respond to Interline's Interrogatories and Request for Production dated April 19, 2004, despite having been advised to do so by its prior

---

[1] This Court granted Interline's Motion by order dated October 19, 2004 which incorporated the arguments set forth in Interline's Motion to Dismiss dated June 4, 2004.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

       counsel and despite the good faith efforts of the undersigned to obtain compliance;

    ii. violated the terms of the Court's Scheduling Order dated October 1, 2003 (which mandates that all discovery in this case be completed by June 1, 2004) by failing to conduct, or respond to, discovery; and

    iii. ignored Judge Stefan Underhill's August 24, 2004 Order which required CCTI to obtain successor counsel by September 20, 2004 after the Court granted a motion filed by CCTI's previous counsel, Collins, Hannafin, Garamella, Jaber & Tuozzolo, PC, to withdraw as counsel.

3. The plaintiff has a history of ignoring the rules and procedures of the Court and should not be afforded any further extensions of time. To the extent that the plaintiff seeks additional time to file an opposition to Interline's Motion (which seems to contradict its request for a waiver of having to file a memorandum in opposition at all) such a request should be denied. As plaintiff's successor counsel correctly identifies in its moving papers, D.Conn. L. Civ. R. 7(a)1 provides that "failure to ***file and serve*** a memorandum in opposition to a motion within 21 days after the motion is filed may be deemed sufficient cause to grant the motion." *Plaintiff's Motion at p. 2* [emphasis added]. *Plaintiff's Motion at p. 2* [emphasis added]. Plaintiff's counsel

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

3

had twenty-one (21) days from the filing of Interline's motion (or until November 17, 2004) to file and serve a memorandum in support of its objection to Interline's motion. The plaintiff not only failed to timely file an opposition memorandum, it failed to timely file the instant "Initial Objection to Default Judgment and Motion for Extension of Time" by November 17th. Accordingly, the plaintiff's opportunity to seek additional time to file a memorandum to support its objection has passed and its motion should be denied.

4. The plaintiff has provided no reason for its failure to timely respond to Interline's Motion or to address CCTI's repeated and inexcusable neglect of the Court's rules and regulations. Accordingly, the plaintiff's motion should be denied, Interline's Motion for Default should be granted, a judgment in favor of Interline should be entered and this case should rightfully be dismissed.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

4

**WHEREFORE**, Interline respectfully requests that the plaintiff's "Initial Objection to Default Judgment and Motion for Extension of Time" be denied.

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: /s/ Laura F. Baldini
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

5

## ORDER

The foregoing OBJECTION, having been duly presented to this Court, it is hereby **ORDERED:**

**SUSTAINED/OVERRULED.**

BY THE COURT

_____
Judge/Clerk

Law Offices of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

6

### **CERTIFICATE OF SERVICE**

This is to certify that the foregoing was mailed via U.S. mail, postage prepaid on this 19th day of November, 2004 to the following counsel of record:

David Stich, Esq.
Solomon Pearl Blum Heymann & Stich LLP
**_Counsel for Plaintiff_**
40 Wall Street, 35th Floor
New York, NY 10005

*And to:*

The Honorable Stefan Underhill
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

By: _/s/ Laura F. Baldini_
LAURA F. BALDINI, ESQ.
Law Offices of Laura Flynn Baldini, LLC

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

7