UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| CALL CENTER TECHNOLOGIES,<br>　　　　Plaintiff,<br>v.<br><br>GRAND ADVENTURES TOUR &<br>TRAVEL PUBLISHING CORPORATION,<br>INTERLINE TRAVEL & TOUR, INC.<br><br>　　　　Defendants. | CIVIL ACTION NO. 3:03CV1036 (SRU)<br><br><br><br><br><br><br><br><br>DECEMBER 2, 2004 |

---

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for Plaintiff, Call Center Technologies, Inc.


Dated: December 2, 2004

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　David Stich, Esq.(CT 414348)
　　　　　　　　　　　　　　　　　　　　　Solomon Pearl Blum Heymann & Stich LLP
　　　　　　　　　　　　　　　　　　　　　40 Wall Street, 35th Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　　　Phone No. 212-267-7600

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------x
CALL CENTER TECHNOLOGIES,

            Plaintiff,

v.

                                 Civil Action No. 3:03CV1036(SRU)

GRAND ADVENTURES TOUR &
TRAVEL PUBLISHING CORPORATION,
INTERLINE TRAVEL & TOUR, INC.,

           Defendants.
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE BY OVERNIGHT DELIVERY SERVICE

**STATE OF NEW YORK** )
                              : ss:
**COUNTY OF NEW YORK** )

      I hereby certify that on December 2, 2004, a copy of the above was mailed to the following counsel.

      Laura Glynn Baldini, Esq.
      Law Offices of Laura Glynn Baldini, LLC
      2 Batterson Park Road, 2nd Floor
      Farmington, CT 06032
      Attorneys for Interline Tour & Travel, Inc.

                                                   Rennia C. Vanterpool

Sworn to before me this
2nd day of December, 2004

_____
Notary Public

JOEL SHAFFERMAN
Notary Public, State of New York
No. 02SH6110071
Qualified In New York County
Commission Expires May 24, 20__