UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES | : | |
| | : | |
| v. | : | 3:03cv1036 (SRU) |
| | : | |
| GRAND ADVENTURES TOUR & | : | |
| TRAVEL PUBLISHING CORP., ET AL. | : | |

## SCHEDULING ORDER

As discussed during the telephone conference held on December 7, 2004, this case shall proceed as follows:

1. Plaintiff's discovery response shall be served by **12/15/04**.

2. Expert disclosure shall be served by **1/15/05.**

3. Discovery shall be completed by **4/1/05.**

4. Dispositive motions shall be filed by **5/1/05.**

It is so ordered.

Dated at Bridgeport this 8th day of December 2004.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge