UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| CALL CENTER TECHNOLOGIES,<br>    Plaintiff,<br>v.<br><br>GRAND ADVENTURES TOUR &<br>TRAVEL PUBLISHING CORPORATION,<br>INTERLINE TRAVEL & TOUR, INC.<br><br>    Defendants. | CIVIL ACTION NO. 3:03CV1036 (SRU)<br><br><br><br><br><br><br><br>DECEMBER 15, 2004 |

## AMENDED NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff, Call Center Technologies, Inc.

Dated: December 15, 2004

David Stich, Esq. (Bar. No. 18442)
Solomon Pearl Blum Heymann & Stich LLP
40 Wall Street, 35th Floor
New York, New York 10005
Phone No. 212-267-7600
Email: dstich@solpearl.com

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------x
CALL CENTER TECHNOLOGIES,       :

                      Plaintiff,       :

v.       :

GRAND ADVENTURES TOUR &       :
TRAVEL PUBLISHING CORPORATION,       :
INTERLINE TRAVEL & TOUR, INC.,       :

                      Defendants.       :
-----------------------------------------------------------------x

**FILED**

2004 DEC 16  A 11: 14

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Civil Action No. 3:03CV1036(SRU)

## AFFIDAVIT OF SERVICE BY OVERNIGHT DELIVERY SERVICE

**STATE OF NEW YORK** )
                            : ss:
**COUNTY OF NEW YORK** )

       I, Yesenia Zea, being sworn, say; I am not a party to the action, am over 18 years of age and reside in Queens, New York. On December 15, 2004, I served the within **AMENDED NOTICE OF APPEARANCE** via First Class Mail upon:

       Laura Glynn Baldini, Esq.
       Law Offices of Laura Glynn Baldini, LLC
       2 Batterson Park Road, 2nd Floor
       Farmington, CT 06032

at the address designated for that purpose by depositing a true copy of same enclosed in post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                    _____
                                                    Yesenia Zea

Sworn to before me this
_____ day of December, 2004

_____
Notary Public

JOEL SHAFFERMAN
Notary Public, State of New York
No. 02SH6110071
Qualified in New York County
Commission Expires May 24, 2004