**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

**KEVIN F. ROWE**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DEPUTY-IN-CHARGE
NEW HAVEN

www.ctd.uscourts.gov
January 18, 2005

3:03CV1036 DJS    CALL CENTER TECH VS. GRAND ADVENTURES

<u>NOTICE OF TRANSFER</u>

We have transferred the above-captioned case from the docket of the Honorable Stefan R. Underhill, U. S. District Judge, to the docket of the Honorable Dominic J. Squatrito, Senior U. S. District Judge, who presides in Hartford. Counsel should all future filings with the Office of the Clerk, United States District Court, 450 Main Street, Hartford, CT 06103. The initials DJS should appear after the case number.

By Order of the Court
Kevin F. Rowe, Clerk