## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, | : | CIVIL ACTION NO. 3:03CV1036 (SRU) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GRAND ADVENTURES TOUR & | : | |
| TRAVEL PUBLISHING CORPORATION, | : | |
| INTERLINE TRAVEL & TOUR, INC. | : | |
| Defendants. | : | JANUARY 18, 2005 |

### DEFENDANT INTERLINE TRAVEL & TOUR INC.'S
### MOTION FOR EXTENSION OF TIME AND MOTION
### TO MODIFY THE STANDING ORDER

Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, respectfully requests a fifteen (15) day extension of time (until January 30, 2005) to disclose any expert witness(es) in this case.

This is an alleged breach of contract action in which the plaintiff, Call Center Technologies, Inc. ("CCTI"), claims that Interline is somehow obligated to compensate the plaintiff for certain parts and equipment provided to co-defendant, Grand Adventures Tour & Travel Publishing

**NO ORAL ARGUMENT REQUESTED/**
**TESTIMONY NOT REQUIRED**

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

Corporation ("GATT"). The gravaman of the plaintiff's complaint against Interline is that Interline is a successor in interest to GATT and should therefore be liable for the alleged debts of GATT. Interline has denied the substantive allegations of the Plaintiff's Second Amended Complaint.

On December 7, 2005, the Court amended the original Standing Order of the parties (dated September 24, 2003) and ordered that the parties to disclose expert witnesses by January 15, 2005. The undersigned seeks an additional fifteen days to confer with her out-of-state client (who has been out of the country) and necessary individuals so that Interline's expert witnesses, if any, are properly disclosed.

This is Interline's first request to seek an extension of time of the Court's December 7, 2004 discovery deadlines. The requested extension will not delay the proceedings in this case as the deadline for deposing any of Interline's expert witnesses is April 1, 2005.

The undersigned has advised plaintiff's counsel, Joel Shaferman, of the instant motion on January 17, 2005 and was advised that he had no objection to it.

**WHEREFORE**, Interline respectfully requests that its Motion for Extension of Time be granted and that the Court's Standing Order be modified accordingly.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: _____
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

3

## ORDER

The foregoing MOTION, having been duly presented to this Court, it is hereby **ORDERED**, that the same be and hereby is GRANTED/DENIED.

THE COURT,

_____

JUDGE/Clerk

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8485 • Fax: (860) 561-9823

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served on this 18th day of

January, 2005 upon the following by first-class United States Mail, postage prepaid:


David Stich, Esq.
Solomon, Pearl, Blum, Heymann & Stich, LLP
*Counsel for Plaintiff*
40 Wall Street, 35th Floor
New York, NY 10005


By: _____
     LAURA F. BALDINI, ESQ.
     Law Offices of Laura Flynn Baldini, LLC

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

5