UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| CALL CENTER TECHNOLOGIES,<br>                Plaintiff,<br>v.<br><br>GRAND ADVENTURES TOUR &<br>TRAVEL PUBLISHING CORPORATION,<br>INTERLINE TRAVEL & TOUR, INC.<br><br>                Defendants. | CIVIL ACTION NO. 3:03CV1036 (SRU)<br><br>MOTION TO ADMIT COUNSEL<br>PRO HAC VICE<br><br><br><br><br>JANUARY 3, 2005 |

---

David Stich, Esq. moves this court for an order permitting Joel M. Shafferman, Esq., of the firm of Solomon Pearl Blum Heymann & Stich, LLP, of New York, New York, to appear as attorneys in this action for the limited purpose of prosecuting the claims of Call Center Technologies in this one action.

The grounds for the motion are that:

1. Call Center Technologies is the plaintiff in this action. It is currently being represented and has appeared in this action through David P. Stich, Esq. of the firm of Solomon Pearl Blum Heymann & Stich, LLP, who is duly licensed to practice in the State of Connecticut and is a member in good standing of the Bar of this court.

2. As is explained in the attached Affidavit of Joel M. Shafferman, Esq., the plaintiff Call Center Technologies has been represented by David P. Stich, Esq. of the firm of Solomon Pearl Blum Heymann & Stich, LLP's New York office. Call Center Technologices feels that it can be

1

most effectively and most efficiently represented also by Joel M. Shafferman of the firm's New York office who is not admitted in Connecticut.

3. If Joel M. Shafferman, Esq. is allowed to appear in this matter, he would do so under the auspices and supervision of David Stich, Esq.

4. As explained in the attached Affidavits of David Stich, Esq. and Joel Shafferman, Esq., Joel M. Shafferman:

>    a. Is sponsored to be admitted for this limited purpose by David Stich, Esq., whose office address is 40 Wall Street, 35th Floor, New York, New York 10005 and 27 North Ridge Road, Old Greenwich, CT 06870 and whose telephone number is: (212) 267-7600, whose facsimile number is: (212) 267-2030, and whose State Bar identification number is: #18442.
>
>    b. Has not applied to appear in any actions in the state or federal courts located in the State of Connecticut within the past two years.
>
>    c. Is licensed to practice law in the State of New York and is a member in good standing of the bar of the state of New York.
>
>    d. Has not been the subject of any disciplinary actions in the jurisdiction described above within the last five years.
>
>    e. Has not been denied admission to the court of any State or to any Federal Court within the last five years.
>
>    f. Agrees to become familiar with and abide by all rules of practice and professional conduct applicable in this court so long as they are permitted to appear in this action.
>
>    g. Will remain associated with David Stich, Esq. for as long as they are permitted to appear in this action.

5. David Stich, Esq. certifies to this court that he finds Joel M. Shafferman, Esq. to be a reputable attorney and recommends to the court that the motion be granted.

Dated: New York, New York
       January 3~~1~~, 2005

SOLOMON PEARL BLUM HEYMANN & STICH LLP

By: _____
David Stich ~~(DS #8559)~~ BAR # 18442
Attorneys for Plaintiff Call Center Technologies
40 Wall Street, 35th Floor
New York, New York 10005
(212) 267-7600

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| CALL CENTER TECHNOLOGIES,<br>               Plaintiff,<br>v.<br><br>GRAND ADVENTURES TOUR &<br>TRAVEL PUBLISHING CORPORATION,<br>INTERLINE TRAVEL & TOUR, INC.<br><br>               Defendants. | CIVIL ACTION NO. 3:03CV1036 (SRU)<br><br>AFFIDAVIT OF DAVID P. STICH<br>IN SUPPORT OF MOTION FOR<br>PRO HAC VICE ADMISSION<br><br>JANUARY 3, 2005 |

---

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK  )

DAVID P. STICH, Esq., being duly sworn, deposes and says:

      1.      I am a Member of the law firm of Solomon Pearl Blum Heymann & Stich, LLP, who represents plaintiff Call Center Technologies. I make this affidavit in support of the instant application for an order permitting Joel M. Shafferman, Esq. to appear *pro hac vice*, for the limited purpose of representing Call Center Technologies in this one action.

      2.      This action was brought by Plaintiff against the defendants for breach of contract, among other claims and is currently pending before Judge Underhill of this Court.

      3.      Solomon Pearl Blum Heymann & Stich, LLP has already appeared in this action as substitute counsel for Call Center Technologies by its attorney, David P. Stich, Esq., by filing, a number of different pleadings and notice of appearance and revised notice of appearance

1

4.	I have known both Joel M. Shafferman, Esq. for approximately six (6) years and in that time have come to know him as a competent and ethical lawyer.

5.	If admitted under this motion, Joel Shafferman, Esq. will be working with me and under my auspices.

Dated: New York, New York
       January 3, 2005

_____
David P. Stich

Sworn to before me this
3rd day of January, 2005

_____
Notary Public

JOEL SHAFFERMAN
Notary Public, State of New York
No. 02SH6110071
Qualified in New York County
Commission Expires May 24, 2008

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ :
CALL CENTER TECHNOLOGIES,                                    : CIVIL ACTION NO. 3:03CV1036 (SRU)
               Plaintiff,                      :
v.                                                           :
                                                             : AFFIDAVIT OF JOEL M.
                                                             : SHAFFERMAN IN SUPPORT
GRAND ADVENTURES TOUR &                                      : OF PRO HAC VICE ADMISSION
TRAVEL PUBLISHING CORPORATION,                               :
INTERLINE TRAVEL & TOUR, INC.                                :
                                                             :
               Defendants.                     :
                                                             :
                                                             : JANUARY 3, 2005
------------------------------------------------------------ :

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

    Joel M. Shafferman, Esq., being duly sworn, deposes and says:

    1.    I am a partner of the firm of Solomon Pearl Blum Heymann & Stich, LLP, who represents defendant, Call Center Technologies. I make this affidavit in support of the instant application for an order permitting me to appear *pro hac vice*, for the limited purpose of representing plaintiff Call Center Technologies in this one action.

    2.    This action was brought by Plaintiff against the defendants for breach of contract, among other claims and is currently pending before Judge Underhill of this Court.

    3.    Solomon Pearl Blum Heymann & Stich, LLP has already appeared in this action on behalf of plaintiff Call Center Technologies by attorneys, David P. Stich, Esq. by filing an Objection to Motion For Default on November 23, 2004 , a Notice of

1

Appearance on December 3, 2004 and an Amended Notice of Appearance on December 16, 2004.

4. Because I will be lead counsel in this action, I respectfully request that I be permitted to practice before this court for the limited purpose of prosecuting this action on behalf of plaintiff **Call Center Technologies**.

5. I have been practicing law in the State of New York and the United States District Courts for the Southern and Eastern Districts of New York for 18 years and am a member in good standing of the bar of the State of New York.

6. I agree to pay the necessary fee upon approval of the Court of my admission *pro hac vice*.

Dated: New York, New York
January 3, 2005

_____
Joel M. Shafferman

Sworn to before me this
4th day of January, 2005

_____
Notary Public

JOSEPH A. MATERNA
Notary Public, State of New York
No. 01MA4602866
Qualified in Richmond County
Cert. Filed in N.Y. County
Commission Expires November 30, 20_06_

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------x
CALL CENTER TECHNOLOGIES,           :
                                    :
                    Plaintiff,      :
                                    :
    v.                              :
                                    :   Civil Action No. 3:03CV1036(SRU)
GRAND ADVENTURES TOUR &             :
TRAVEL PUBLISHING CORPORATION,      :
INTERLINE TRAVEL & TOUR, INC.,      :
                                    :
                    Defendants.     :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK**   )
                        : ss:
**COUNTY OF NEW YORK**  )

      I, Yesenia Zea, being sworn, say; I am not a party to the action, am over 18 years of age and reside in Queens, New York. On January 4, 2005, I served the within Motion to Admit Counsel Pro Hac Vice via First Class Mail upon:

    Laura Glynn Baldini, Esq.
    Law Offices of Laura Glynn Baldini, LLC
    2 Batterson Park Road, 2nd Floor
    Farmington, CT 06032

at the address designated for that purpose by depositing a true copy of same enclosed in post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Yesenia Zea

Sworn to before me this
4th day of January, 2005

_____
Notary Public

JOEL SHAFFERMAN
Notary Public, State of New York
No. 02SH6110071
Qualified in New York County
Commission Expires May 24, 2005