# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | CIVIL ACTION NO. 3:03CV1036 (SRU) |
| Plaintiff, | |
| v. | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | |
| Defendants. | JANUARY 31, 2005 |

### DEFENDANT INTERLINE TRAVEL & TOUR INC.'S MOTION FOR EXTENSION OF TIME AND MOTION TO MODIFY THE STANDING ORDER

Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, respectfully requests a fifteen (11) day extension of time (until February 11, 2005) to disclose any expert witness(es) in this case.

This is an alleged breach of contract action in which the plaintiff, Call Center Technologies, Inc. ("CCTI"), claims that Interline is somehow obligated to compensate the plaintiff for certain parts and equipment provided to co-defendant, Grand Adventures Tour & Travel Publishing

**NO ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

Corporation ("GATT"). The gravaman of the plaintiff's complaint against Interline is that Interline is a successor in interest to GATT and should therefore be liable for the alleged debts of GATT. Interline has denied the substantive allegations of the Plaintiff's Second Amended Complaint.

On December 7, 2005, the Court amended the original Standing Order of the parties (dated September 24, 2003) and ordered that the parties to disclose expert witnesses by January 15, 2005. On January 18, 2005, the undersigned with consent of plaintiff's counsel moved to extend the discovery deadline to today. The Court issued an order indicating that "Responses" were due February 1, 2005. The undersigned makes this motion under the exercise of caution in case the discovery deadline has not been extended to February 11, 2005 and to have additional time to confer with her client.

This is Interline's second request to seek an extension of time of the Court's December 7, 2004 discovery deadlines. The requested extension will not delay the proceedings in this case as the deadline for deposing any of Interline's expert witnesses is April 1, 2005.

The undersigned contacted plaintiff's counsel, Joel Shafferman, on January 26, 2005 and January 28, 2005 to advise him of the instant motion but did not receive a response from him as to his position with respect to it at the time of the writing of this motion.

**WHEREFORE**, Interline respectfully requests that its Motion for Extension of Time be granted and that the Court's Standing Order be modified accordingly.

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By:_____
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

## **ORDER**

The foregoing MOTION, having been duly presented to this Court, it is hereby **ORDERED**, that the same be and hereby is GRANTED/DENIED.

THE COURT,

_____
JUDGE/Clerk

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a copy of the foregoing to be served on this 31st day of January, 2005 upon the following by first-class United States Mail, postage prepaid:

Joel Shafferman, Esq.
Solomon, Pearl, Blum, Heymann & Stich, LLP
*Counsel for Plaintiff*
40 Wall Street, 35th Floor
New York, NY 10005

And to:

Clerk's Office
United States District Court
450 Main Street
Hartford, CT 06103

By:_____
LAURA F. BALDINI, ESQ.
Law Offices of Laura Flynn Baldini, LLC