UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, (SRU)        Plaintiff, <br> v. <br><br> GRAND ADVENTURES TOUR & <br> TRAVEL PUBLISHING CORPORATION, <br> INTERLINE TRAVEL & TOUR, INC. <br><br> **Defendants.** | : CIVIL ACTION NO. 3:03CV1036 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : March 28, 2005 <br> : |

**CALL CENTER TECHNOLOGIES' MOTION FOR EXTENSION OF TIME AND TO MODIFY THE STANDING ORDER**

Call Center Technologies, Inc. ("CCT" of "Plaintiff"), the plaintiff in the above-captioned matter, respectfully requests a fifteen (15) day extension of the discovery completion date (through and including April 30, 2005) in this case.

**NO ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

1

1. In this action CCT asserts a claim for breach of contract against Interline Travel & Tour, Inc. ("Interline") as a successor to defendant Grand Adventures Tour & Travel Publishing Corporation for the latter's purchase of certain parts and equipment being used by Interline.

2. On December 7, 2005, the Court approved the amendment of the original Standing Order of the parties (dated September 24, 2003), in part, and ordered that the parties disclose expert witnesses by January 15, 2005 and complete discovery by April 1, 2005. Thereafter, Interline requested, and, without opposition from the undersigned, obtained an extension of the deadline to disclose expert witnesses.

3. The undersigned makes this motion to amend the Standing Order to amend the deadline for conducting depositions for fifteen (15) days from April1, 2005 through and including April 15, 2005. Plaintiff has not yet received Interline's responses to Plaintiff's demand for production of documents and interrogatories. In order to properly conduct depositions of Interline, it is necessary for Plaintiff and the undersigned to receive and review such responses. Additionally, the Plaintiff and the undersigned are currently arranging the logistics to conduct depositions of Interline's out of state witnesses in Austin, Texas.

4. The undersigned has verbally advised Interline's counsel of the instant motion and has received no objection.

**WHEREFORE,** CCT respectfully requests that its motion for a fifteen (15) day extension of the discovery cutoff date in this case from April 1, 2005 through and including April 15, 2005 be granted and that it be granted such other and further relief as this Court deems just and proper.

Respectfully submitted,

_____
Joel M. Shafferman (admitted in pro hac vice)
Solomon Pearl Blum Heymann & Stich LLP
40 Wall Street, 35th Floor
New York, New York 10005
(212) 267-7600

**<u>ORDER</u>**

The foregoing Motion, having been duly presented to this Court, it is hereby ORDERED, that the same be and hereby is GRANTED/DENIED.

THE COURT,

_____
JUDGE/Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------x
CALL CENTER TECHNOLOGIES,   Civil Action No. 3-03CV1036

               Plaintiff,

v.

GRAND ADVENTURES TOUR &
TRAVEL PUBLISHING CORPORATION,
INTERLINE TRAVEL & TOUR, INC.

               Defendants.   March 28, 2005
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE BY OVERNIGHT DELIVERY SERVICE AND BY ELECTRONIC MEANS

**STATE OF NEW YORK**    )
                                  : ss:
**COUNTY OF NEW YORK**  )

      I, Yesenia Zea, being sworn, say; I am not a party to the action, am over 18 years of age and reside in Queens, New York. On March 29, 2005, I served the within CALL CENTER TECHNOLOGIES' MOTION FOR EXTENSION OF TIME AND TO MODIFY THE STANDING ORDER by depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of FEDERAL EXPRESS for overnight delivery, prior to the latest time designated by that service for overnight delivery. Also, by transmitting the papers by electronic means to the telephone number listed below, which number was designated by the attorney for such purpose. I received a signal from the equipment of the attorney served indicating that the transmission was received.

      Laura Flynn Baldini, Esq.
      Law Offices of Laura Flynn Baldini, LLC
      2 Batterson Park Road, 2nd Floor
      Farmington, CT 06032
      Fax No.: 860-561-9823

                                                       _____
                                                          Yesenia Zea

Sworn to before me this
29th day of ~~November, 2004~~
March 2005

_____
Notary Public

JOEL SHAFFERMAN
Notary Public, State of New York
No. 02SH6110071
Qualified in New York County
Commission Expires May 24, 20__