MAR 30 2005

FILED
2005 APR -1 A 11: 22
DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (BRIDGEPORT)

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, Plaintiff, | : | CASE NO. 3:03cv1036 (DJS) |
| v. | : | |
| GRAND ADVENTURES TOUR, ET AL. Defendants. | : | March 28, 2005 |

## APPEARANCE

Please enter the Appearance of the undersigned, Margaret M. Doherty, as counsel in addition thereto, on behalf of the Plaintiff, in the above-captioned action.

THE PLAINTIFF

By _____
Margaret M. Doherty, Esq.
Fed Bar No. ct21981
FEINER/WOLFSON LLC
One Constitution Plaza
Suite 900
Hartford, CT 06103
Tel. (860) 713-8900
Fax. (860) 713-8905

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Appearance has been mailed, via first-class United States mail, postage prepaid, on this 28th day of March, 2005 to all counsel of record and pro-se parties, as follows:

**Laura Flynn Baldini, Esq.**
Law Offices of Laura Flynn Baldini
2 Batterson Park Road, Second Floor
Farmington, CT 06032
FOR DEFENDANT INTERLINE TOUR

David P. Stich, Esq.
Joel M. Shafferman, Esq.
Solomon Perarl Blum Heymann & Stich
40 Wall Street, 35th Floor
New York, New York 10005
FOR PLAINTIFF CALL CENTER
            TECHNOLOGIES

Margaret M. Doherty