UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | CIVIL ACTION NO. 3:03CV1036 |
| Plaintiff, | |
| v. | MOTION TO ADMIT COUNSEL PRO HAC VICE |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | |
| Defendants. | April 12, 2005 |

David Stich, Esq. moves this court for an order permitting Jason Spencer, Esq., of the firm of Ford Nassen & Baldwin, P.C. of Austin Texas, to appear as attorneys in this action for the limited purpose of representing Plaintiff, Call Center Technologies, in taking depositions of current and former officers, directors, shareholders and employees of defendant Interline Travel & Tour, Inc. ("Interline") who reside in Austin, Texas area.

The grounds for the motion are that:

1. Call Center Technologies is the plaintiff in this action. It is currently being represented and has appeared in this action through David P. Stich, Esq. of the firm of Solomon Pearl Blum Heymann & Stich, LLP, who is duly licensed to practice in the State of Connecticut and is a member in good standing of the Bar of this court and Mr. Stich's partner Joel M. Shafferman who was admitted pro hac vice for this one action.

2. As is explained in the attached Affidavit of Jason Spencer, Esq., the plaintiff Call Center Technologies has been represented by David P. Stich, Esq. and Joel M. Shafferman of the firm of Solomon Pearl Blum Heymann & Stich, LLP's New York office. Call Center Technologies feels that it is necessary and most economically efficient to retain Jason Spencer of the Austin Texas firm of Ford Nassen & Baldwin for the limited purpose conducting the depositions in Austin, Texas.

3. If Jason Spencer, Esq. is allowed to appear in this matter, he would do so under the auspices and supervision of David Stich, Esq. and Joel Shafferman.

4. As explained in the attached Affidavits of David Stich, Esq. and Jason Spencer, Esq. Jason Spencer:

    a. Is sponsored to be admitted for this limited purpose by David Stich, Esq., whose office address is 40 Wall Street, 35th Floor, New York, New York 10005 and 27 North Ridge Road, Old Greenwich, CT 06870 and whose telephone number is: (212) 267-7600, whose facsimile number is: (212) 267-2030, and whose State Bar identification number is: #18442.

    b. Has not applied to appear in any actions in the state or federal courts located in the State of Connecticut within the past two years.

    c. Is licensed to practice law in the State of Texas and is a member in good standing of the bar of the state of Texas.

    d. Has not been the subject of any disciplinary actions in the jurisdiction described above within the last five years.

    e. Has not been denied admission to the court of any State or to any Federal Court within the last five years.

  f. Agrees to become familiar with and abide by all rules of practice and professional conduct applicable in this court so long as they are permitted to appear in this action.

5. My partner, Joel M. Shafferman, has contacted Laura Flynn Baldini, Esq., Plaintiff's Counsel to find out if she has any objection to this motion and Ms. Baldini has stated that she has no objection to the limited admission of Mr. Spencer Pro Hac Vice as set for hearing. David Stich, Esq. certifies to this court that they find Jason Spencer, Esq. to be a reputable attorney and recommends to the court that the motion be granted.

Dated: New York, New York
   April __12__, 2005

            SOLOMON PEARL BLUM HEYMANN
            & STICH LLP

            By:_____
            David Stich (Bar #18442)
            Attorneys for Plaintiff Call Center Technologies
            40 Wall Street, 35th Floor
            New York, New York 10005
            (212) 267-7600

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- :
CALL CENTER TECHNOLOGIES,            :    CIVIL ACTION NO. 3:03CV1036 (SRU)
                                     :
                   Plaintiff,        :
    v.                               :
                                     :    AFFIDAVIT OF DAVID P. STICH
GRAND ADVENTURES TOUR &              :    IN SUPPORT OF MOTION FOR
TRAVEL PUBLISHING CORPORATION,       :    PRO HAC VICE ADMISSION
INTERLINE TRAVEL & TOUR, INC.        :
                                     :
                   Defendants.       :
                                     :
                                     :    April 12, 2005
---------------------------------------------------------------- :

STATE OF NEW YORK   )
                    )   ss.:
COUNTY OF NEW YORK  )

DAVID P. STICH, Esq., being duly sworn, deposes and says:

    1.    I am a Member of the law firm of Solomon Pearl Blum Heymann & Stich, LLP, who represents plaintiff Call Center Technologies. I make this affidavit in support of the instant application for an order permitting Jason Spencer, Esq. to appear *pro hac vice*, for the limited purpose of representing Call Center Technologies in this one action in taking depositions of current and former officers, directors shareholders and employees of defendant Interline Travel & Tour, Inc. ("Interline") who reside in the Austin, Texas area.

    2.    This action was brought by Plaintiff against the defendants for breach of contract, among other claims and is currently pending before Judge Dominic J. Squatrito of this Court.

    3.    Solomon Pearl Blum Heymann & Stich, LLP has already appeared in this action as substitute counsel for Call Center Technologies by its attorney, David P. Stich,

Esq. and Joel Shafferman, Esq., by filing, a number of different pleadings and notice of appearance and revised notice of appearance.

4.   I have been advised by my partner Joel M. Shafferman, Esq., that Mr. Jason Spencer has a good reputation for his competence and ethical standard.

5.   If admitted under this motion, Jason Spencer, Esq. will be working with me and Mr. Shafferman under our auspices.

Dated: New York, New York
       April 12, 2005

_____
David P. Stich

Sworn to before me this
12th day of April, 2005

_____
Notary Public

JOEL SHAFFERMAN
Notary Public, State of New York
No. 02SH6110071
Qualified In New York County
Commission Expires May 24, 20 08

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------------- :
CALL CENTER TECHNOLOGIES,                : CIVIL ACTION NO. 3:03CV1036 (SRU)
                           Plaintiff,    :
v.                                       :
                                                 : AFFIDAVIT OF JASON SPENCER IN SUPPORT
GRAND ADVENTURES TOUR &                  : OF PRO HAC VICE ADMISSION
TRAVEL PUBLISHING CORPORATION,           :
INTERLINE TRAVEL & TOUR, INC.            :
                           Defendants.    :
                                        : April 8, 2005
----------------------------------------------------------------- :

STATE OF TEXAS    )

COUNTY OF TRAVIS  )

       Jason Spencer, Esq., being duly sworn, deposes and says:

       1.    I am a partner of the firm of Ford Nassen & Baldwin, P.C., 98 San Jacinto Blvd., Suite 1450 Austin, Texas 78701 Texas. I make this affidavit in support of the instant application for an order permitting me to appear *pro hac vice*, for the limited purpose of representing plaintiff Call Center Technologies in taking depositions of current and former officers, directors, shareholders and employees Interline Travel & Tour, Inc. ("Interline") who reside in the Austin, Texas area. These depositions will be conducted in my office at the above-described address.

       2.    This action was brought by Plaintiff against the defendants for breach of contract, among other claims and is currently pending before Honorable Dominic J. Squatrito of this Court.

       3.    Solomon Pearl Blum Heymann & Stich, LLP has already appeared in this action on behalf of plaintiff Call Center Technologies by attorneys, David P. Stich, Esq. and Joel Shafferman and is the lead counsel in the case.

       4.    I respectfully request that I be permitted to practice before this court for the limited purpose of conducting the above-described depositions at my office in Austin, Texas, on behalf of plaintiff Call Center Technologies.

1

5. I have been practicing law in the State of Texas for eleven (11) years and am a member in good standing of the bar of the State of Texas.

6. I have not applied to appear in any actions in the state or federal courts located in the State of Connecticut within the past two years.

7. I have not been the subject of any disciplinary actions in the jurisdiction described above within the last five years.

8. I have not been denied admission to the court of any State or to any Federal Court within the last five years

9. Agrees to become familiar with and abide by all rules of practice and professional conduct applicable in this court so long as they are permitted to appear in this action.

10. I agree to pay the necessary fee upon approval of the Court of my admission *pro hac vice*.

Dated: New York, New York
April 8, 2005

_____
Jason Spencer

Sworn to before me this 8th day of April, 2005

_____
Notary Public

LORI DEE ANN KADING
NOTARY PUBLIC
State of Texas
Comm. Exp. 06-19-2007

2