UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------x
CALL CENTER TECHNOLOGIES, INC.,          :
                                         :
              Plaintiff,                 :
                                         :
     v.                                  :
                                         :   Civil Action No. 3:03CV1036 (DJS)
GRAND ADVENTURES TOUR &                  :
TRAVEL PUBLISHING CORPORATION,           :
INTERLINE TRAVEL & TOUR, INC.,           :
                                         :
              Defendants.                :   April 14, 2005
-----------------------------------------------------x
```

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT
INTERLINE TRAVEL & TOUR, INC., TO ANSWER
<u>INTERROGATORIES AND TO PRODUCE DOCUMENTS</u>**

Plaintiff Call Center Technologies, Inc., by its undersigned attorneys, hereby moves pursuant to Rules 34(b) and 37(a) of the Federal Rules of Civil Procedure, and pursuant to Rule 37(a) of the Local Rules of the District of Connecticut, hereby respectfully requests an order:

(a)  overruling the Defendant Interline Travel & Tour Inc.'s ("Interline") objections to the Plaintiff's First Set of Interrogatories, Interrogatory numbers 4,12,15,16,17 & 24, and compelling full and complete responses thereto, and;

(b)  overruling Interline's objections to Plaintiff's First Request for Production of Documents, Requests 1 & 2 and compelling production of all documents responsive thereto.

**ORAL ARGUMENT REQUESTED /
TESTIMONY NOT REQUIRED**

1

Plaintiff simultaneously submits herewith and in support hereof, a memorandum of law in support hereof pursuant to Local Civil Rule 37(a)(3) and an affidavit of counsel pursuant to the Local Civil Rule 37(a)(2), certifying the good faith efforts made by counsel for Plaintiff to confer with opposing counsel and resolve the issues raised herein.

    Respectfully submitted,

    PLAINTIFF CALL CENTER TECHNOLOGIES, INC.

    By: _____

    Solomon Pearl Blum Heymann & Stich, LLP
    Joel M. Shafferman (JS-1055)
    40 Wall Street, 35th Floor
    New York, New York 10005
    Telephone: (212) 267-7600
    Facsimile: (212) 267-2030
    E-mail: jshafferman@solpearl.com,
    Its Attorneys.

Dated: New York, New York
       April 14, 2005

**ORAL ARGUMENT REQUESTED /
TESTIMONY NOT REQUIRED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
CALL CENTER TECHNOLOGIES, INC.,            :
                                           :
              Plaintiff,                   :
                                           :
       v.                                  :
                                           :   Civil Action No. 3:03CV1036 (DJS)
GRAND ADVENTURES TOUR &                    :
TRAVEL PUBLISHING CORPORATION,             :
INTERLINE TRAVEL & TOUR, INC.,             :
                                           :
              Defendants.                  :   April 12, 2005
-----------------------------------------------------------x
```

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing was served via United States first-class mail, postage prepaid, email transmission and by facsimile, on this 14th day of April, 2005 upon all pro se parties and counsel of record, as follows:

> Laura F. Baldini, Esq.
> Counsel for Defendant Interline Travel & Tour, Inc.
> 2 Batterson Park Road, 2nd Floor
> Farmington, CT 06032
> Telephone: 860-874-8463
> Facsimile: 860-561-9823

_____
Joel M. Shafferman (JS-1055)
Solomon Pearl Blum Heymann & Stich, LLP
40 Wall Street, 35th Floor
New York, New York 10005
Telephone: (212) 267-7600
Facsimile: (212) 267-2030
E-mail: jshafferman@solpearl.com

2