# EXHIBIT B



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (SRU) |
| Plaintiff, | : |
| v. | : |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION; INTERLINE TRAVEL & TOUR, INC. | : |
| Defendants. | : APRIL 19, 2004 |

---

### SECOND AMENDED ANSWER & AFFIRMATIVE DEFENSES OF INTERLINE TRAVEL & TOUR TO PLAINTIFF'S SECOND AMENDED COMPLAINT DATED JULY 28, 2003[1]

Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, hereby responds to the Second Amended Complaint dated July 28, 2003 of plaintiff Call Center Technologies, Inc. ("CCTI") as follows:

**FIRST COUNT:**

Interline does not respond to the allegations of the First Count as they are not directed to it.

---

[1] Interline's response to the Second Amended Complaint shall not be construed as Interline's forfeiture of its argument, raised in a previous motion, that the Court lacks personal jurisdiction over Interline. Interline's objection on the grounds of personal jurisdiction is expressly reserved.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

## SECOND COUNT:

1. Interline denies the allegations of Paragraph 1, as they purport to characterize the agreement at issue which speaks for itself. The "Customer Agreement" referred to in Paragraph 1 was not appended to the copy of the Second Amended Complaint furnished to Interline.

2. Interline has insufficient knowledge or information to admit or deny the allegations contained in Paragraph 2 of the Second Count and therefore leaves the plaintiff to its proof.

3. Interline has insufficient knowledge or information to admit or deny the allegations contained in Paragraph 3 of the Second Count and therefore leaves the plaintiff to its proof.

4. Interline has insufficient knowledge or information to admit or deny the allegations contained in Paragraph 4 of the Second Count and therefore leaves the plaintiff to its proof.

5. Interline has insufficient knowledge or information to admit or deny the allegations contained in Paragraph 5 of the Second Count and therefore leaves the plaintiff to its proof.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

6. Interline has insufficient knowledge or information to admit or deny the allegations contained in Paragraph 6 of the Second Count and therefore leaves the plaintiff to its proof.

7. Interline has insufficient knowledge or information to admit or deny the allegations contained in Paragraph 7 of the Second Count and therefore leaves the plaintiff to its proof.

8. Interline has insufficient knowledge or information to admit or deny the allegations contained in Paragraph 8 of the Second Count and therefore leaves the plaintiff to its proof.

9. Interline has insufficient knowledge or information to admit or deny the allegations contained in Paragraph 9 of the Second Count and therefore leaves the plaintiff to its proof.

10. Interline denies the allegations of Paragraph 10 as they purport to characterize the agreement at issue which speaks for itself.

11. Interline has insufficient knowledge or information to admit or deny the allegations contained in Paragraph 11 of the Second Count and therefore leaves the plaintiff to its proof.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8463 • Fax: (860) 561-9823

3

12. Interline has insufficient knowledge or information to admit or deny the allegations contained in Paragraph 12 of the Second Count and therefore leaves the plaintiff to its proof.

13. Interline has insufficient knowledge or information to admit or deny the allegations contained in Paragraph 13 of the Second Count and therefore leaves the plaintiff to its proof.

14. Interline has insufficient knowledge or information to admit or deny the allegations contained in Paragraph 14 of the Second Count and therefore leaves the plaintiff to its proof.

15. Interline has insufficient knowledge or information to admit or deny the allegations contained in Paragraph 15 of the Second Count and therefore leaves the plaintiff to its proof.

16. Interline has insufficient knowledge or information to admit or deny the allegations contained in Paragraph 16 of the Second Count and therefore leaves the plaintiff to its proof.

17. Interline admits the allegations contained in Paragraph 17 of the Second Count.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

4

18. Interline has insufficient knowledge or information to admit or deny the allegations contained in Paragraph 18 of the Second Count and therefore leaves the plaintiff to its proof.

19. Interline denies the allegations of Paragraph 19, except admits that it acquired assets of GATT through a lawful public foreclosure sale.

20. Interline denies the allegations of Paragraph 20, except admits that, for only a brief time, it occupied a portion of the office space previously occupied by GATT.

21. Interline denies the allegations of Paragraph 21, except admits that it uses a website known as www.perx.com.

22. Interline denies the allegations of Paragraph 22, except admits that it has toll free telephone numbers for customers to place orders.

23. Interline denies the allegations contained in Paragraph 23 of the Second Count.

24. Interline denies the allegations contained in Paragraph 24 of the Second Count.

25. Interline admits the allegations contained in Paragraph 25 of the Second Count.

26. Interline denies the allegations contained in Paragraph 26 of the Second Count.

27. Interline denies the allegations contained in Paragraph 27 of the Second Count.

28. Interline denies the allegations contained in Paragraph 28 of the Second Count.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

5

29. Interline denies the allegations contained in Paragraph 29 of the Second Count, except admits that it has not paid to Plaintiff any sums on account of debts owed, or claimed to be owed, by co-defendant, Grand Adventures Tour & Travel Publishing Corporation ("GATT"), to Plaintiff. Interline further states that it does not owe any sums to Plaintiff, and is not liable in law or equity for the debts of GATT.

### AS TO ALL ALLEGATIONS OF THE SECOND AMENDED COMPLAINT

All allegations of the Second Amended Complaint that are not specifically admitted are hereby denied.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

This Court lacks personal jurisdiction over Interline.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

The Second Amended Complaint fails to state a claim upon which relief may be granted.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by the parol evidence rule.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by the statute of frauds.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

6

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: *(signature)*
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

8

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed via U.S. mail, postage prepaid on this 19th day of April, 2004 to the following counsel of record:

Jack Garamella, Esq.
Gregg A. Brauneisen, Esq.
Collins, Hannafin, Garamella, Jaber & Tuozzolo, PC
***Counsel for Plaintiff***
148 Deer Hill Avenue
P.O. Box 440
Danbury, CT 06810

By: _____
LAURA F. BALDINI, ESQ.
Law Offices of Laura Flynn Baldini, LLC

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

9