

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:03CV1036

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   Call Center Technologies

04-14-05
Date

Signature

PHV0245
Connecticut Federal Bar Number

Jason C. Spencer
Print Clearly or Type Name

5112-275-1781
Telephone Number

Ford Nassen & Baldwin P.C.
Address

512-236-0682
Fax Number

98 San Jacinto Blvd., Ste. 1450
Austin, Texas 78701

jcspencer@fordnassen.com
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Laura Baldini
Law Offices of Laura Flynn Baldini, LLC
2 Batterson Park Road, Second Floor
Farmington, Connecticut 06032
(860) 874-84843
(860) 561-9823 - Facsimile
lbaldini@flybal-law.com

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24