UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
CALL CENTER TECHNOLOGIES,         :
                                  :
     Plaintiff,                   :
                                  :
v.                                :   No. 3:03CV1036(DJS)
                                  :
GRAND ADVENTURES TOUR & TRAVEL    :
PUBLISHING CORPORATION and        :
INTERLINE TRAVEL & TOUR, INC.,    :
                                  :
     Defendants.                  :
```

### ORDER

Plaintiff Call Center Technologies brings the above-captioned lawsuit against defendant Grand Adventures Tour & Travel Publishing Corporation and its alleged successor company defendant Interline Travel & Tour, Inc. alleging breach of contract. Now pending is plaintiff's motion to compel (dkt. # 67) responses to interrogatories and production requests directed to defendant Interline Travel & Tour, Inc. Plaintiff's motion (dkt. # 67) is **GRANTED in part** and **DENIED in part** as follows:

   1.   With respect to interrogatories numbered 4, 12, 15, and 17, plaintiff's motion is **DENIED as moot.**

   2.   With respect to interrogatory number 16, the court finds that confidential commercial information is responsive to this request. As such, the parties shall file a joint motion for a protective order with respect to this information on or before **May 27, 2005.** Defendant shall respond to this interrogatory on or before **June 3, 2005.**

3. Defendant shall supplement its response to interrogatory number 24 to reflect the percentage and type of Interline Travel & Tour, Inc. stock held by each person or entity identified on or before **June 3, 2005.**

4. Defendant shall serve a privilege log upon plaintiff on or before **June 3, 2005.**

So ordered this 10th day of May, 2005.

                                  **/s/DJS**
                        _____
                            **DOMINIC J. SQUATRITO**
                        **UNITED STATES DISTRICT JUDGE**