UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | : |
| v. | : |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | : |
| Defendants. | : JUNE 20, 2005 |

## MOTION TO QUASH

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, moves the Court for an Order quashing the subpoenas duces tecum served by the plaintiff, Call Center Technologies, upon the following non-parties in this case:

1. Akin, Gump, Strauss, Hauer & Feld;

2. Jackson Walker, LLP;

3. Grant Thornton; and

4. Sprouse & Anderson.

**ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

As will be discussed in the attached Memorandum of Law which is incorporated herein by reference, although the scope of permissible discovery is broad, "some threshold showing of relevance must be made before parties are required to open wide the doors of discovery and to produce a variety of information which does not reasonably bear upon the issues in the case." *Hofer v. Mack Trucks, Inc.*, 981 F.2d 337, 380 (8th Cir. 1992). . Furthermore, discovery may not be had where the discovery sought is "unreasonably cumulative or duplicative," overly "burdensome . . . [or] expensive" or "the burden or expense of the proposed discovery outweighs its likely benefit." Fed. R. Civ. P. 26(b)(2).

As will be discussed herein, Interline seeks to quash the subpoenas issued to the above-referenced businesses because the subpoenas, as they pertain to Interline and five of its shareholders, Duane Boyd, Joseph Juba, Larry Fleischman, Joan Fleischman and DBMK Partners LTD, are overly broad and seek information that is not relevant to the issues in dispute in this litigation. In addition, the subpoenas request the production of information that may be proprietary to Interline's business and information concerning Interline and its shareholders that may be protected by the attorney-client and work product privileges. Accordingly, Interline requests that the subpoenas issued by the plaintiff be quashed to protect the interests of Interline and its shareholders.

**WHEREFORE**, Interline respectfully requests that its Motion to Quash be granted.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: /s/ Laura F. Baldini

LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

3

## ORDER

The foregoing Objection, having been duly presented to this Court, it is hereby **ORDERED**, that the same be and hereby is GRANTED/DENIED.

THE COURT,

_____

JUDGE/Clerk

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

4

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed via U.S. mail, postage prepaid on this 20th day of June, 2005 to the following counsel of record:

Joel Shafferman, Esq.
Solomon Pearl Blum Heymann & Stich LLP
*Counsel for Plaintiff*
40 Wall Street, 35th Floor
New York, NY 10005

And to:

Ms. Courtney Baxter
Jackson Walker, LLP
100 Congress Ave., Suite 1100
Austin, TX 78701

Mr. Lester Sprouse
Sprouse & Anderson
515 Congress Ave., Suite 1212
Austin, TX 78701

Beatrix Bernauer, Esq.
Grant Thornton
175 West Jackson Blvd.
20th Floor
Chicago, IL 60604

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

5

Randy Sarosdy, Esq.
Akin, Gump, Strauss, Hauer & Feld
300 W. 6th Street, Suite 2100
Austin, TX 78701

By: /s/ Laura F. Baldini
LAURA F. BALDINI, ESQ.
Law Offices of Laura Flynn Baldini, LLC

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

6