UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, | : | CASE NO. 3:03cv1036 (DJS) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GRAND ADVENTURES TOUR, ET AL. | : | |
| Defendants. | : | JUNE 24, 2005 |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

The undersigned pursuant to D. Conn. L. Viv. R. 7(e) hereby moves for permission to withdraw as additional counsel for the Plaintiff in the above-captioned matter. Attorney Joel Shafferman and the law firm of Solomon Pearl Blum Heymann & Stich, LLP have been lead counsel and will continue as lead counsel in this matter. The withdrawal of the undersigned participation as counsel will have no effect on the prosecution of this matter.

        **PLAINTIFF,**
        **CALL CENTER TECHNOLOGIES,**

By    _____
      Margaret M. Doherty
      Federal Bar No. ct 21981
      FEINER WOLFSON LLC
      One Constitution Plaza, Ste. 900
      Hartford, CT 06103
      Tel: (860) 713-8900
      Fax: (860) 713-8905

## **CERTIFICATION**

This is to certify that the foregoing was mailed via U.S. Mail, postage prepaid on this 24th day of June 2005 to the following counsel of record:

Joel Shafferman, Esq.  
SOLOMON PEARL BLUM  
HEYMANN & STICH, LLP  
40 Wall Street, 35th Floor  
New York, NY 10005

Courtney Baxtor, Esq.  
JACKSON WALKER, LLP  
100 Congress Ave., Suite 1100  
Austin, TX 78701

Lester Sprouse, Esq.  
SPROUSE & ANDERSON  
515 Congress Ave., Suite 1212  
Austin, TX 78701

Beatrix Bernauer, Esq.  
GRANT THORNTON  
175 West Jackson Blvd.  
Chicago, IL 60604

Laura F. Baldini, Esq.  
LAW OFFICE OF  
LAURA FLYNN BALDINI LLC  
2 Batterson Park Road, 2nd Floor  
Farmington, CT 06032

_____  
Margaret M. Doherty