UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (SRU) |
| Plaintiff, | |
| v. | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | |
| Defendants. | JULY 6, 2005 |

### DEFENDANT INTERLINE TRAVEL & TOUR INC.'S MOTION FOR EXTENSION OF TIME AND MOTION TO MODIFY THE STANDING ORDER

Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, respectfully requests a thirty (30) day extension of time (until August 8, 2005) to file a motion for summary judgment in this case.

This is an alleged breach of contract action in which the plaintiff, Call Center Technologies, Inc. ("CCTI"), claims that Interline is somehow obligated to compensate the plaintiff for certain parts and equipment provided to co-defendant, Grand Adventures Tour & Travel Publishing

**NO ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

Corporation ("GATT"). The gravaman of the plaintiff's complaint against Interline is that Interline is a successor in interest to GATT and should therefore be liable for the alleged debts of GATT. Interline has denied the substantive allegations of the Plaintiff's Second Amended Complaint.

Interline seeks an additional thirty (30) days from the existing July 8, 2005 deadline to file a motion for summary judgment. Interline, an out of state company, seeks this extension to enable its counsel to prepare a motion for summary judgment and obtain documents to support its legal arguments. In addition, should the Court grant the instant motion, Interline respectfully requests that the deadline for the parties to file trial briefs be extended accordingly.

This is Interline's first request to seek an extension of time for filing a motion for summary judgment. The undersigned contacted plaintiff's counsel, Joel Shafferman, on July 5, 2005 to advise him of the instant motion but did not receive a response from him as to his position with respect to it at the time of the writing of this motion.

**WHEREFORE**, Interline respectfully requests that its Motion for Extension of Time be granted and that the Court's Standing Order be modified accordingly.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

07/06/2005 11:15  8605619823  BALDINI  PAGE 03

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: _____
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

3

## ORDER

The foregoing MOTION, having been duly presented to this Court, it is hereby **ORDERED**, that the same be and hereby is GRANTED/DENIED.

THE COURT,

_____
JUDGE/Clerk

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

4

07/06/2005 11:15   8605619823   BALDINI   PAGE 05

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served on this 6th day of July, 2005 upon the following by first-class United States Mail, postage prepaid:

Joel Shafferman, Esq.
Solomon, Pearl, Blum, Heymann & Stich, LLP
*Counsel for Plaintiff*
40 Wall Street, 35th Floor
New York, NY 10005

Jason C. Spencer, Esq.
Ford, Nassen & Baldwin
*Counsel for Plaintiff*
98 San Jacinto Blvd., Suite 1450
Austin, TX

And to:

Clerk's Office
United States District Court
450 Main Street
Hartford, CT 06103

By: _____
LAURA F. BALDINI, ESQ
Law Offices of Laura Flynn Baldini, LLC

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

5