UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, INC., : | Civil Action No. 3:03CV1036 (DJS) |
| Plaintiff, : | |
| v. : | |
| GRAND ADVENTURES TOUR & : TRAVEL PUBLISHING CORPORATION, : INTERLINE TRAVEL & TOUR, INC., : | |
| Defendants. : | July 8, 2005 |

### PLAINTIFF'S OBJECTION TO DEFENDANT INTERLINE TRAVEL & TOUR, INC.'S MOTION TO QUASH

Plaintiff Call Center Technologies, Inc., by its undersigned attorneys, hereby submits pursuant to D. Conn. L. Civ. R. 7(a) its Objection to the Motion to Quash filed by Defendant Interline Travel & Tour, Inc. ("Interline"). As set forth more fully in the Plaintiff's accompanying Memorandum of Law, the Defendant's Motion to Quash subpoenas issued to third-parties should be denied for the following reasons:

(1)     The Motion to Quash is not properly filed in the District of Connecticut. The subpoenas were issued by the United States District Courts for the Northern and Western Districts of Texas, the only courts with jurisdiction over the subpoenas.

(2)     The Motion to Quash is untimely as having been filed beyond the applicable 14 day time limitation set forth in Fed. R. Civ. P. 45(c)(2)(B) and 45(c)(3)(A).

(3)     The Defendant lacks standing to contest subpoenas issued to third-parties and has not established a personal right or privilege in the documents requested.

**ORAL ARGUMENT
NOT REQUESTED**

(4)     The Defendant has failed to satisfy its heavy burden of proof burden documents requested by the subpoenas are relevant to the Plaintiff's claims in this matter and are within the permissible scope of discovery.

**WHEREFORE**, Plaintiff respectfully requests that the Motion to Quash filed by the Defendant Interline Travel & Tour, Inc. be denied.

> Respectfully submitted,
>
> PLAINTIFF CALL CENTER TECHNOLOGIES, INC.
>
> By: _____
>
> Solomon Pearl Blum Heymann & Stich, LLP
> Joel M. Shafferman (JS-1055)
> 40 Wall Street, 35th Floor
> New York, New York 10005
> Telephone: (212) 267-7600
> Facsimile:  (212) 267-2030
> E-mail:  jshafferman@solpearl.com,
> Its Attorneys.

Dated: New York, New York
       July 8, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, INC., : | Civil Action No. 3:03CV1036 (DJS) |
| Plaintiff, : | |
| v. : | |
| GRAND ADVENTURES TOUR & : | |
| TRAVEL PUBLISHING CORPORATION, : | |
| INTERLINE TRAVEL & TOUR, INC., : | |
| Defendants. : | July 8, 2005 |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing was served via United States first-class mail, postage prepaid, and by facsimile, on this 8th day of July, 2005 upon all pro se parties and counsel of record, as follows:

Laura F. Baldini, Esq.
Counsel for Defendant Interline Travel & Tour, Inc.
2 Batterson Park Road, 2nd Floor
Farmington, CT  06032
Telephone: 860-874-8463
Facsimile:  860-561-9823

Ms. Courtney Baxter
Jackson Walker, LLP
100 Congress Ave., Suite 1100
Austin, TX 78701

Mr. Lester Sprouse
Sprouse & Anderson
515 Congress Avenue, Suite 1212
Austin, TX 78701

Beatrix Bernauer, Esq.
Grant Thorton
175 West Jackson Blvd.
20th Floor
Chicago, IL 60604

Randy Sarosdy, Esq.
Akin, Gump, Strauss, Hauer & Feld
300 W. 6th Street, Suite 2100
Austin, TX 78701

_____
Yesenia Zea

Sworn to before me this
8th day of July, 2005

_____
Notary Public

Jill H. Teitel
Notary Public, State of New York
Registration #02TE5069470
Qualified in New York County
My Commission Expires Nov. 25, 2006