UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | CIVIL ACTION NO. |
| | 3:03CV1036 (SRU) |
| Plaintiff, | |
| v. | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | |
| Defendants. | |
| | September 19, 2005 |

### REQUEST FOR LEAVE TO WITHDRAW APPEARANCE ON BEHALF OF THE PLAINTIFF CALL CENTER TECHNOLOGIES, INC.

1. Pursuant to Local Rule 7(e) of the United States District Court, District of Connecticut, Local Rules of Civil Procedure (the "Local Rules") Attorney Joel M. Shafferman, on behalf of the law firm of Solomon Pearl Heymann Blum & Stich, LLP ("SPB") respectfully requests permission to withdraw as counsel for the Plaintiff Call Center Technologies, Inc. ("Plaintiff"), in the above referenced matter.

2. Subsequent to the engagement of SPB in this case, Plaintiff and SPB have become engaged in a fee dispute which has negatively impacted the working relationship between Plaintiff and the SPB in this case. This fee dispute has persisted despite repeated written letter requests, emails and telephone calls between SPB and Plaintiff. SPB has concluded that this dispute cannot be resolved.

1

3. SPB has given Plaintiff reasonable notice that it would be seeking leave to withdraw as its counsel in this matter.

4. If SPB were to be required to continue representing Plaintiff in this matter it would cause SPB unreasonable financial hardship.

5. SPB has sent a copy of this motion to withdraw by email, fax and certified mail to Defendant and has been notified of the need to engage successor counsel in the event that this motion is granted.

**WHEREFORE,** Joel M. Shafferman, on behalf of the law firm of Solomon Pearl Heymann Blum & Stich, LLP, respectfully requests permission of this Court to have its appearance withdrawn as counsel for the Plaintiff in this matter and that SPB be granted such other and further relief as this Court deems just and proper.

Respectfully submitted,

_____
Joel M. Shafferman, Esq.
Solomon Pearl Blum Heymann & Stich LLP
40 Wall Street, 35th Floor
New York, New York 10005
(212) 267-7600

## **ORDER**

The foregoing Motion, having been duly presented to this Court, it is hereby ORDERED, that the same be and hereby is GRANTED/DENIED.

THE COURT,

_____
JUDGE/Clerk