UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CALL CENTER TECHNOLOGIES, INC.

VS.                                            CASE NUMBER: 3:03CV1036 (DJS)

GRAND ADVENTURES TOUR &
TRAVEL PUBLISHING CORPORATION,
INTERLINE TRAVEL & TOUR, INC.            September 22, 2005

## MOTION FOR WITHDRAWAL OF APPEARANCE

1. Pursuant to Local Rule 7(e) of the United States District Court, District of Connecticut, Local Rules of Civil Procedure (the "Local Rules") Attorney Jason C. Spencer on behalf of the firm Ford Nassen & Baldwin P.C. (collectively referred to herein as "FNB") respectfully requests permission to withdraw as pro hac vice counsel for the Plaintiff Call Center Technologies, Inc. in the above-referenced matter.

2. Jason C. Spencer was admitted to the Connecticut bar Pro Hac Vice under Joel M. Shafferman, on behalf of the law firm of Solomon Pearl Heymann Blum & Stich, LLP (collectively referred to herein as "SPHBS") as local counsel to assist Joel M. Shafferman for depositions he was conducting in Austin, Texas.

3. Subsequent to the engagement of FNB in this case, Plaintiff and FNB have become engaged in a fee dispute which has negatively impacted the working relationship between Plaintiff and FNB in this case. Subsequent to the engagement of SPHBS in this case, Plaintiff and SPHBS have become engaged in a fee dispute which has negatively impacted the working relationship between Plaintiff and SPHBS in this case.

4. FNB has given Plaintiff reasonable notice that it would be seeking leave to withdraw as its counsel in this matter.

5. If FNB were to be required to continue representing Plaintiff in this matter it would cause FNB unreasonable financial hardship.

6. FNB has sent a copy of this motion to withdraw by e-mail, facsimile and certified mail to Defendant.

WHEREFORE, Jason C. Spencer, on behalf of the law firm of Ford Nassen & Baldwin P.C., respectfully requests permission to this Court to have its appearance withdrawn as pro hac vice counsel for the Plaintiff in this matter and that FNB be granted such other and further relief as this court deems just and proper.

    Respectfully submitted,

    FORD NASSEN & BALDWIN P.C.
    98 San Jacinto Boulevard, Suite 1450
    Austin, Texas 78701
    (512) 275-1781 – Direct Line
    (512) 236-0009 – Main Line
    (512) 236-0682 – Facsimile

By: _____
    Jason C. Spencer
    State Bar No. 00789755

    CO-COUNSEL FOR CALL CENTER TECHNOLOGIES

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct of the foregoing has been delivered via certified mail, return receipt requested and/or facsimile to the following counsel on or about the 22nd day of September, 2005:

Joel Shafferman
Solomon, Pearl, Blum, Heymann & Stich, L.L.P.
40 Wall Street, 35th Floor
New York, NW 10005

Laura F. Baldini
Law Office of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032

Lester Sprouse
Sprouse & Anderson
515 Congress Avenue, Suite 1212
Austin, Texas 78701

Courtney Baxtor
Jackson Walker, L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas 78701

Beatrix Bernauer
Grant Thornton
175 West Jackson Boulevard
Chicago, Illinois 60604

Jason C. Spencer

66060.1/1188.002