UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------------x
Call Center Technologies, Inc.,

                          Plaintiff,

    v.                                                      Civil Action No.
                                                            3:03CV1036 (SRU)
Grand Adventures Tour & ,
Travel Publishing Corporation,
Interline Travel & Tour, Inc.,
                          Defendants.
-------------------------------------------------------------------------x

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL,
ELECTRONIC MEANS AND EMAIL

STATE OF NEW YORK        )
                         : ss:
COUNTY OF NEW YORK       )

        I, Yesenia Zea, being sworn, say; I am not a party to the action, am over 18 years of age and reside in Queens, New York. On October 6, 2005, I served the within NOTICE OF ELECTRONIC ORDER and REQUEST FOR LEAVE TO WITHDRAW APPEARANCE ON BEHALF OF THE PLAINTIFF CALL CENTER TECHNOLOGIES, INC., upon:

        Dean Vlahos
        Call Center Technologies, Inc.
        640 Federal Road
        Brookfield, CT 06804
        Fax No.: 203-740-5555
        Email: dean@cct.com

at the addresses designated for that purpose by depositing true copies of same enclosed in post-paid properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York. Also, by transmitting the papers by electronic means to the telephone number listed above, which number was designated by the attorney for such purpose. I received a signal from the

equipment of the attorney served indicating that the transmission was received and by Email to the address above.

_____
Yesenia Zea

Sworn to before me this
6 t h    day of October, 2005

_____
            Notary Public

**JOEL SHAFFERMAN**
**Notary Public, State of New York**
**No. 02SH6110071**
**Qualified In New York County**
**Commission Expires May 24, 20 0 8**

## Joel M. Shafferman

**From:** CMECF@ctd.uscourts.gov
**Sent:** Thursday, October 06, 2005 12:03 AM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

## Activity has occurred in the following cases:

### 3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al
### Order 94

**Docket Text:**
NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE.
ORDER. The plaintiff, Call Center Technologies, shall file with the Court any objection it has re [92]
MOTION for Joel M. Shafferman to Withdraw as Attorney by October 21, 2005. If no objection is filed
by said date, said motion shall be granted. If Attorney Shafferman is allowed to withdraw, the plaintiff,
Call Center Technologies shall file an appearance pro se or have an attorney appear on its behalf on or
before November 4, 2005. Failure to so appear will mean that the case shall be dismissed with prejudice
and closed, meaning that there shall be no further proceedings in this court. Attorney Shafferman shall
cause to be served, on the plaintiff, and/or its agent, by an indifferent person, a copy of this Order along
with the Motion to Withdraw (Doc. #92) and thereafter file with the Court an affidavit of compliance
with this Order and the service of the process on the plaintiff . Signed by J! udge Dominic J. Squatrito
on 10/5/05. (Pike, C.)

### 3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al
### Order 95

**Docket Text:**
NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE.
ORDER. The plaintiff, Call Center Technologies, shall file with the Court any objection it has re [93]
MOTION for Jason C. Spencer to Withdraw as Attorney by October 21, 2005. If no objection is filed by
said date, said motion shall be granted. If Attorney Spencer is allowed to withdraw, the plaintiff, Call
Center Technologies shall file an appearance pro se or have an attorney appear on its behalf on or before
November 4, 2005. Failure to so appear will mean that the case shall be dismissed with prejudice and
closed, meaning that there shall be no further proceedings in this Court. Attorney Spencer shall cause to
be served, on the plaintiff, and/or its agent, by an indifferent person, a copy of this Order along with the
Motion to Withdraw (Doc. #93) and thereafter file with the Court an affidavit of compliance with this
Order and the service of the process on the plaintiff . Signed by Judge Domi! nic J. Squatrito on 10/5/05.
(Pike, C.)

### 3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al
### Set Deadlines/Hearings

**Docket Text:**
Set Deadlines/Hearings: Dismissal due by 11/4/2005 (Pike, C.)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------- :
                                                     :
CALL CENTER TECHNOLOGIES,                            :    CIVIL ACTION NO.
                                                     :    3:03CV1036 (SRU)
                    Plaintiff,                       :
                                                     :
        v.                                           :
                                                     :
GRAND ADVENTURES TOUR &                              :
TRAVEL PUBLISHING CORPORATION,                       :
INTERLINE TRAVEL & TOUR, INC.                        :
                                                     :
                    Defendants.                      :
                                                     :
                                                     :    September 19, 2005
---------------------------------------------------- :


## REQUEST FOR LEAVE TO WITHDRAW APPEARANCE ON BEHALF OF THE PLAINTIFF CALL CENTER TECHNOLOGIES, INC.

     1.     Pursuant to Local Rule 7(e) of the United States District Court, District of Connecticut, Local Rules of Civil Procedure (the "Local Rules") Attorney Joel M. Shafferman, on behalf of the law firm of Solomon Pearl Heymann Blum & Stich, LLP ("SPB") respectfully requests permission to withdraw as counsel for the Plaintiff Call Center Technologies, Inc. ("Plaintiff"), in the above referenced matter.

     2.     Subsequent to the engagement of SPB in this case, Plaintiff and SPB have become engaged in a fee dispute which has negatively impacted the working relationship between Plaintiff and the SPB in this case. This fee dispute has persisted despite repeated written letter requests, emails and telephone calls between SPB and Plaintiff. SPB has concluded that this dispute cannot be resolved.

1

3.    SPB has given Plaintiff reasonable notice that it would be seeking leave to withdraw as its counsel in this matter.

4.    If SPB were to be required to continue representing Plaintiff in this matter it would cause SPB unreasonable financial hardship.

5.    SPB has sent a copy of this motion to withdraw by email, fax and certified mail to Defendant and has been notified of the need to engage successor counsel in the event that this motion is granted.

WHEREFORE, Joel M. Shafferman, on behalf of the law firm of Solomon Pearl Heymann Blum & Stich, LLP, respectfully requests permission of this Court to have its appearance withdrawn as counsel for the Plaintiff in this matter and that SPB be granted such other and further relief as this Court deems just and proper.

Respectfully submitted,

Joel M. Shafferman, Esq.
Solomon Pearl Blum Heymann & Stich LLP
40 Wall Street, 35th Floor
New York, New York 10005
(212) 267-7600

2

## ORDER

The foregoing Motion, having been duly presented to this Court, it is hereby ORDERED, that the same be and hereby is   GRANTED/DENIED.

THE COURT,

_____

JUDGE/Clerk