

**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CALL CENTER TECHNOLOGIES, INC.

VS.  CASE NUMBER: 3:03CV1036 (DJS)

GRAND ADVENTURES TOUR &
TRAVEL PUBLISHING CORPORATION,
INTERLINE TRAVEL & TOUR, INC.           October 7, 2005

---

### AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL, FACSIMILE TRANSMISSION AND ELECTRONIC MAIL TRANSMISSION

---

STATE OF TEXAS      X
                    X
COUNTY OF TRAVIS    X

I, Lori Kading, being sworn, say I am not a party to the action, am over 18 years of age and reside in Austin, Texas. On October 7, 2005, I served the within NOTICE OF ELECTRONIC ORDER, AMENDED NOTICE OF ELECTRONIC ORDER and REQUEST FOR LEAVE TO WITHDRAW APPEARANCE ON BEHALF OF THE PLAINTIFF CALL CENTER TECHNOLOGIES, INC.; upon:

> Dean Vlahos
> Call Center Technologies, Inc.
> 640 Federal Road
> Brookfield, CT 06804
> Fax No.: (203) 740-5555
> E-Mail: dean@cct.com

at the addresses designated for that purpose by depositing true copies of same enclosed in post-paid properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of Texas. Also, by transmitting the papers by electronic means to the facsimile number listed above, which number was designated by the attorney for such purpose. I received a signal from the equipment of Call Center Technologies, Inc. served indicating that the transmission was received and by Email to the address above.

_Lori Kading_
Lori Kading

Sworn to and subscribed before me on the ___7th___ day of October, 2005.

JUDITH A. LOZA
MY COMMISSION EXPIRES
August 17, 2006

Notary Public – State of Texas

66562.1/1188.002

**Kading, Lori**

**From:** Spencer, Jason
**Sent:** Friday, October 07, 2005 9:15 AM
**To:** Kading, Lori
**Subject:** FW: Summary of ECF Activity

**From:** CMECF@ctd.uscourts.gov [mailto:CMECF@ctd.uscourts.gov]
**Sent:** Thursday, October 06, 2005 11:02 PM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

**Activity has occurred in the following cases:**

**3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al**
**Order   96**

**Docket Text:**
AMENDED ORDER. NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. This order supercedes this court's order of October 5, 2005 (dkt. # 94). The plaintiff, Call Center Technologies, shall file with the court any objections it has re [92] MOTION for Joel M. Shafferman to Withdraw as Attorney by October 21, 2005. If no objection is filed by said date, said motion shall be granted. If Attorney Shafferman is allowed to withdraw, the plaintiff, Call Center Technologies, shall have an attorney appear on its behalf on or before November 6, 2005. Failure to so appear will mean that the case shall be dismissed with prejudice and closed, meaning that there shall be no further proceedings in this court. Attorney Shafferman shall cause to be served on plaintiff, and/or its agent, by an indifferent person, a copy of this Order along with the Motion to Withdraw (dkt. # 92) and thereafter file with the court an affidavit of compliance with this order and the! service of process on the plaintiff.Signed by Judge Dominic J. Squatrito on 10/06/2005. (Zaehringer, K.)

**3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al**
**Order   97**

**Docket Text:**
AMENDED ORDER. NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. This order supercedes this court's order of October 5, 2005 (dkt. # 95). The plaintiff, Call Center Technologies, shall file with the court any objections it has re [93] MOTION for Jason C. Spencer to Withdraw as Attorney by October 21, 2005. If no objection is filed by said date, said motion shall be granted. If Attorney Spencer is allowed to withdraw, the plaintiff, Call Center Technologies, shall have an attorney appear on its behalf on or before November 6, 2005. Failure to so appear will mean that the case shall be dismissed with prejudice and closed, meaning that there shall be no further proceedings in this court. Attorney Spencer shall cause to be served on plaintiff, and/or its agent, by an indifferent person, a copy of this Order along with the Motion to Withdraw (dkt. # 93) and thereafter file with the court an affidavit of compliance with this order and the servic! e of process on the plaintiff. Signed by Judge Dominic J. Squatrito on 10/06/2005. (Zaehringer, K.)

**3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al**

10/7/2005

**Set Motion and Rcmd Ruling Deadlines/Hearings**

**Docket Text:**
Set/Reset Deadlines as to [92] MOTION for Joel M. Shafferman to Withdraw as Attorney, [93] MOTION for Jason C. Spencer to Withdraw as Attorney. Responses due by 10/21/2005 (Bauer, J.)

10/7/2005

**Kading, Lori**

**From:** Kading, Lori
**Sent:** Friday, October 07, 2005 7:41 AM
**To:** Kading, Lori
**Subject:** FW: Summary of ECF Activity

**From:** CMECF@ctd.uscourts.gov [mailto:CMECF@ctd.uscourts.gov]
**Sent:** Wednesday, October 05, 2005 11:02 PM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

**Activity has occurred in the following cases:**

**3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al**
**Order 94**

**Docket Text:**
NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. ORDER. The plaintiff, Call Center Technologies, shall file with the Court any objection it has re [92] MOTION for Joel M. Shafferman to Withdraw as Attorney by October 21, 2005. If no objection is filed by said date, said motion shall be granted. If Attorney Shafferman is allowed to withdraw, the plaintiff, Call Center Technologies shall file an appearance pro se or have an attorney appear on its behalf on or before November 4, 2005. Failure to so appear will mean that the case shall be dismissed with prejudice and closed, meaning that there shall be no further proceedings in this court. Attorney Shafferman shall cause to be served, on the plaintiff, and/or its agent, by an indifferent person, a copy of this Order along with the Motion to Withdraw (Doc. #92) and thereafter file with the Court an affidavit of compliance with this Order and the service of the process on the plaintiff. Signed by J! udge Dominic J. Squatrito on 10/5/05. (Pike, C.)

**3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al**
**Order 95**

**Docket Text:**
NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. ORDER. The plaintiff, Call Center Technologies, shall file with the Court any objection it has re [93] MOTION for Jason C. Spencer to Withdraw as Attorney by October 21, 2005. If no objection is filed by said date, said motion shall be granted. If Attorney Spencer is allowed to withdraw, the plaintiff, Call Center Technologies shall file an appearance pro se or have an attorney appear on its behalf on or before

November 4, 2005. Failure to so appear will mean that the case shall be dismissed with prejudice and closed, meaning that there shall be no further proceedings in this Court. Attorney Spencer shall cause to be served, on the plaintiff, and/or its agent, by an indifferent person, a copy of this Order along with the Motion to Withdraw (Doc. #93) and thereafter file with the Court an affidavit of compliance with this Order and the service of the process on the plaintiff . Signed by Judge Domi! nic J. Squatrito on 10/5/05. (Pike, C.)

### 3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al
**Set Deadlines/Hearings**

**Docket Text:**
Set Deadlines/Hearings: Dismissal due by 11/4/2005 (Pike, C.)

10/7/2005

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CALL CENTER TECHNOLOGIES, INC.

VS.                                CASE NUMBER: 3:03CV1036

GRAND ADVENTURES TOUR &
TRAVEL PUBLISHING CORPORATION,
INTERLINE TRAVEL & TOUR, INC.      September 22, 2005

## MOTION FOR WITHDRAWAL OF APPEARANCE

1.  Pursuant to Local Rule 7(e) of the United States District Court, District of Connecticut, Local Rules of Civil Procedure (the "Local Rules") Attorney Jason C. Spencer on behalf of the firm Ford Nassen & Baldwin P.C. (collectively referred to herein as "FNB") respectfully requests permission to withdraw as pro hac vice counsel for the Plaintiff Call Center Technologies, Inc. in the above-referenced matter.

2.  Jason C. Spencer was admitted to the Connecticut bar Pro Hac Vice under Joel M. Shafferman, on behalf of the law firm of Solomon Pearl Heymann Blum & Stich, LLP (collectively referred to herein as "SPHBS") as local counsel to assist Joel M. Shafferman for depositions he was conducting in Austin, Texas.

3.  Subsequent to the engagement of FNB in this case, Plaintiff and FNB have become engaged in a fee dispute which has negatively impacted the working relationship between Plaintiff and FNB in this case. Subsequent to the engagement of SPHBS in this case, Plaintiff and SPHBS have become engaged in a fee dispute which has negatively impacted the working relationship between Plaintiff and SPHBS in this case.

4.  FNB has given Plaintiff reasonable notice that it would be seeking leave to withdraw as its counsel in this matter.

5.  If FNB were to be required to continue representing Plaintiff in this matter it would cause FNB unreasonable financial hardship.

6.  FNB has sent a copy of this motion to withdraw by e-mail, facsimile and certified mail to Defendant.

WHEREFORE, Jason C. Spencer, on behalf of the law firm of Ford Nassen & Baldwin P.C., respectfully requests permission to this Court to have its appearance withdrawn as pro hac vice counsel for the Plaintiff in this matter and that FNB be granted such other and further relief as this court deems just and proper.

Respectfully submitted,

FORD NASSEN & BALDWIN P.C.
98 San Jacinto Boulevard, Suite 1450
Austin, Texas 78701
(512) 275-1781 – Direct Line
(512) 236-0009 – Main Line
(512) 236-0682 – Facsimile

By: _____
Jason C. Spencer
State Bar No. 00789755

CO-COUNSEL FOR CALL CENTER TECHNOLOGIES

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct of the foregoing has been delivered via certified mail, return receipt requested and/or facsimile to the following counsel on or about the 22nd day of September, 2005:

Joel Shafferman
Solomon, Pearl, Blum, Heymann & Stich, L.L.P.
40 Wall Street, 35th Floor
New York, NW 10005

Laura F. Baldini
Law Office of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032

Lester Sprouse
Sprouse & Anderson
515 Congress Avenue, Suite 1212
Austin, Texas 78701

Courtney Baxtor
Jackson Walker, L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas 78701

Beatrix Bernauer
Grant Thornton
175 West Jackson Boulevard
Chicago, Illinois 60604

Jason C. Spencer

66060.1/1188.002