UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | CIVIL ACTION NO. 3:03CV1036 (SRU) |
| Plaintiff, | |
| v. | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | |
| Defendants. | OCTOBER 12, 2005 |

### DEFENDANT INTERLINE TRAVEL & TOUR INC.'S MOTION FOR EXTENSION OF TIME AND MOTION TO MODIFY THE STANDING ORDER

Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, respectfully requests a thirty (30) day extension of time (until November 30, 2005) to file a motion for summary judgment in this case.

This is an alleged breach of contract action in which the plaintiff, Call Center Technologies, Inc. ("CCT"), claims that Interline is somehow obligated to compensate the plaintiff for certain parts and equipment provided to co-defendant, Grand Adventures Tour & Travel Publishing

**NO ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

Corporation ("GATT"). The gravaman of the plaintiff's complaint against Interline is that Interline is a successor in interest to GATT and should therefore be liable for the alleged debts of GATT. Interline has denied the substantive allegations of the Plaintiff's Second Amended Complaint.

Interline seeks an additional thirty (30) days from the existing October 30, 2005 deadline to file a motion for summary judgment. Interline seeks this extension because the undersigned has received two Motions to Withdraw from the plaintiff's two attorneys in this case. These motions indicate that the plaintiff and its attorneys are presently engaged in a fee dispute which has adversely affected their working relationship.

On October 6, 2005, Interline received the attached Order from the Court which states that the above-captioned matter will be dismissed with prejudice if the plaintiff fails to engage successor counsel by November 6, 2005. Given that the plaintiff and its lawyers are engaged in a fee dispute and there are two Motions to Withdraw pending, Interline seeks this thirty (30) day extension of the dispositive motion filing deadline. In addition, should the Court grant the instant motion, Interline respectfully requests that the deadline for the parties to file trial briefs be extended accordingly.

This is Interline's second request to seek an extension of time for filing a motion for summary judgment. The undersigned contacted plaintiff's counsel, Joel Shafferman and Jason Spencer, on October 12, 2005 to advise them of the instant motion but did not receive a response from their as to their position with respect to it at the time of the writing of this motion.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

**WHEREFORE**, Interline respectfully requests that its Motion for Extension of Time be granted and that the Court's Standing Order be modified accordingly.

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: /s/ Laura F. Baldini
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax. (860) 561-9823

3

## ORDER

The foregoing MOTION, having been duly presented to this Court, it is hereby **ORDERED**, that the same be and hereby is GRANTED/DENIED.

THE COURT,

_____
JUDGE/Clerk

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served on this 12th day of October, 2005 upon the following by first-class United States Mail, postage prepaid:

Joel Shafferman, Esq.
Solomon, Pearl, Blum, Heymann & Stich, LLP
*Counsel for Plaintiff*
40 Wall Street, 35th Floor
New York, NY 10005

Jason C. Spencer, Esq.
Ford, Nassen & Baldwin
*Counsel for Plaintiff*
98 San Jacinto Blvd., Suite 1450
Austin, TX 78701

And to:

Clerk's Office
United States District Court
450 Main Street
Hartford, CT 06103

By: /s/ Laura F. Baldini
LAURA F. BALDINI, ESQ.
Law Offices of Laura Flynn Baldini, LLC

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

5

**Laura Baldini**

From: CMECF@ctd.uscourts.gov
Sent: Thursday, October 06, 2005 11:01 PM
To: CMECF@ctd.uscourts.gov
Subject: Summary of ECF Activity

Activity has occurred in the following cases:

3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al
Order 96

**Docket Text:**
AMENDED ORDER. NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. This order supercedes this court's order of October 5, 2005 (dkt. # 94). The plaintiff, Call Center Technologies, shall file with the court any objections it has re [92] MOTION for Joel M. Shafferman to Withdraw as Attorney by October 21, 2005. If no objection is filed by said date, said motion shall be granted. If Attorney Shafferman is allowed to withdraw, the plaintiff, Call Center Technologies, shall have an attorney appear on its behalf on or before November 6, 2005. Failure to so appear will mean that the case shall be dismissed with prejudice and closed, meaning that there shall be no further proceedings in this court. Attorney Shafferman shall cause to be served on plaintiff, and/or its agent, by an indifferent person, a copy of this Order along with the Motion to Withdraw (dkt. # 92) and thereafter file with the court an affidavit of compliance with this order and the! service of process on the plaintiff.Signed by Judge Dominic J. Squatrito on 10/06/2005. (Zaehringer, K.)

3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al
Order 97

**Docket Text:**
AMENDED ORDER. NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. This order supercedes this court's order of October 5, 2005 (dkt. # 95). The plaintiff, Call Center Technologies, shall file with the court any objections it has re [93] MOTION for Jason C. Spencer to Withdraw as Attorney by October 21, 2005. If no objection is filed by said date, said motion shall be granted. If Attorney Spencer is allowed to withdraw, the plaintiff, Call Center Technologies, shall have an attorney appear on its behalf on or before November 6, 2005. Failure to so appear will mean that the case shall be dismissed with prejudice and closed, meaning that there shall be no further proceedings in this court. Attorney Spencer shall cause to be served on plaintiff, and/or its agent, by an indifferent person, a copy of this Order along with the Motion to Withdraw (dkt. # 93) and thereafter file with the court an affidavit of compliance with this order and the servic! e of process on the plaintiff. Signed by Judge Dominic J. Squatrito on 10/06/2005. (Zaehringer, K.)

3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al
Set Motion and Rcmd Ruling Deadlines/Hearings

**Docket Text:**
Set/Reset Deadlines as to [92] MOTION for Joel M. Shafferman to Withdraw as Attorney, [93] MOTION for Jason C. Spencer to Withdraw as Attorney. Responses due by 10/21/2005 (Bauer, J.)

10/12/2005