UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

CASE NUMBER: 3:03CV-01036-DJS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Call Center Technologies

Date: 11/15/05

Connecticut Federal Bar Number: Ct 26843

Telephone Number: 203 792-0011

Fax Number: 203 792-3370

E-mail address: chamberlaw3@aol.com

Signature: /s/

Print Clearly or Type Name: Kevin P. Chamberlin

Address: 100 Mill Plain Road, 4th Floor
Danbury, CT 06811

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was mailed on this date to the following:

Laura Flynn Baldini
2 Batterson Park Rd 2nd Floor
Farmington, CT 06032

Signature: /s/

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001