UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | : |
| v. | : |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | : |
| Defendants. | : NOVEMBER 21, 2005 |

**OBJECTION TO NOTICE OF APPEARANCE
& REQUEST FOR ENFORCEMENT OF COURT ORDER**

Pursuant to Rule 55 of the Federal Rules of Civil Procedure and the Court's Order dated October 6, 2005 ("Order") (copy attached), Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, objects to the proposed appearance that was filed with the Court on November 17, 2005 on behalf of the plaintiff, Call Center Technologies ("CCT"), by Attorney Kevin P. Chamberlin, Esq.

**ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

Interline requests that the Court enforce its written Order and dismiss this action with prejudice for the following reasons:

1. On October 6, 2005, the Court issued an Order in response to the Motions to Withdraw filed by the law firms of Soloman, Pearl, Heymann & Stich, LLP ("SPHS") and Ford, Nassen & Baldwin, PC ("FNB"), plaintiff's previous counsel.[1] The Court's Order unequivocally states that if SPHS and FNB were permitted to withdraw as counsel "... ***the plaintiff, Call Center Technologies, shall have an attorney appear on its behalf on or before November 6, 2005.***"[2] [emphasis added]. The Court granted SPHS' and FNB's Motions to Withdraw on October 27, 2005, leaving the plaintiff corporation unrepresented in this action.

2. The plaintiff failed to file an appearance by the Court's deadline. The consequence of the plaintiff's failure to engage counsel in accordance with the Court's Order is dismissal of this action with prejudice. The Order explicitly states that the plaintiff's "*[f]ailure to so appear [by November 6, 2005] will mean that the case shall be dismissed with prejudice and closed, meaning that there shall be no further proceedings in this court.*" [emphasis added]. According to the Court's Order, this

---

[1] The law firms of Soloman, Pearl, Heymann & Stich, LLP and Ford, Nassen & Baldwin, PC moved to withdraw as counsel for, among other reasons, "fee dispute[s]" with the plaintiff.
[2] The plaintiff actually had an extra day, until November 7, 2005, to file an appearance since November 6, 2005 was a Sunday.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

action was dismissed on November 7, 2005 when the plaintiff failed to have a successor counsel file an appearance on its behalf. Attorney Chamberlain's appearance (filed ten (10) days after the Court-mandated deadline) is therefore untimely and should be stricken from the docket.

**WHEREFORE**, Interline respectfully requests that the Court:

a) enforce its written Order dated October 6, 2005;

b) strike the proposed appearance by Attorney Chamberlin;

c) dismiss this action with prejudice; and

d) grant any other and further relief in its discretion.

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: *[signature]*
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

3

## ORDER

The foregoing Request to enforce the Court's October 6, 2005 Order, having been duly presented to this Court, it is hereby **ORDERED** that the same be and hereby is GRANTED/DENIED.

THE COURT,

_____

JUDGE/Clerk

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

4

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed via U.S. mail, postage prepaid on this 21st day of November, 2004 to the following:

Kevin P. Chamberlin, Esq.
100 Mill Plain Road, 4th Floor
Danbury, CT 06811

*And by hand delivery to:*

The Honorable Dominic J. Squatrito
United States District Court
450 Main Street
Hartford, CT 06103

By: _____
LAURA F. BALDINI, ESQ.
Law Offices of Laura Flynn Baldini, LLC

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

5

**Laura Baldini**

From: CMECF@ctd.uscourts.gov
Sent: Thursday, October 06, 2005 11:01 PM
To: CMECF@ctd.uscourts.gov
Subject: Summary of ECF Activity

**Activity has occurred in the following cases:**

3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al
**Order 96**

**Docket Text:**
AMENDED ORDER. NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. This order supercedes this court's order of October 5, 2005 (dkt. # 94). The plaintiff, Call Center Technologies, shall file with the court any objections it has re [92] MOTION for Joel M. Shafferman to Withdraw as Attorney by October 21, 2005. If no objection is filed by said date, said motion shall be granted. If Attorney Shafferman is allowed to withdraw, the plaintiff, Call Center Technologies, shall have an attorney appear on its behalf on or before November 6, 2005. Failure to so appear will mean that the case shall be dismissed with prejudice and closed, meaning that there shall be no further proceedings in this court. Attorney Shafferman shall cause to be served on plaintiff, and/or its agent, by an indifferent person, a copy of this Order along with the Motion to Withdraw (dkt. # 92) and thereafter file with the court an affidavit of compliance with this order and the! service of process on the plaintiff.Signed by Judge Dominic J. Squatrito on 10/06/2005. (Zaehringer, K.)

3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al
**Order 97**

**Docket Text:**
AMENDED ORDER. NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. This order supercedes this court's order of October 5, 2005 (dkt. # 95). The plaintiff, Call Center Technologies, shall file with the court any objections it has re [93] MOTION for Jason C. Spencer to Withdraw as Attorney by October 21, 2005. If no objection is filed by said date, said motion shall be granted. If Attorney Spencer is allowed to withdraw, the plaintiff, Call Center Technologies, shall have an attorney appear on its behalf on or before November 6, 2005. Failure to so appear will mean that the case shall be dismissed with prejudice and closed, meaning that there shall be no further proceedings in this court. Attorney Spencer shall cause to be served on plaintiff, and/or its agent, by an indifferent person, a copy of this Order along with the Motion to Withdraw (dkt. # 93) and thereafter file with the court an affidavit of compliance with this order and the servic! e of process on the plaintiff. Signed by Judge Dominic J. Squatrito on 10/06/2005. (Zaehringer, K.)

3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al
**Set Motion and Rcmd Ruling Deadlines/Hearings**

**Docket Text:**
Set/Reset Deadlines as to [92] MOTION for Joel M. Shafferman to Withdraw as Attorney, [93] MOTION for Jason C. Spencer to Withdraw as Attorney. Responses due by 10/21/2005 (Bauer, J.)

11/21/2005