UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | : |
| v. | : |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | : |
| Defendants. | : JANUARY 4, 2006 |

**DEFENDANT INTERLINE TRAVEL & TOUR INC.'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56, Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, moves for summary judgment on all claims directed against it in the plaintiff's Second Amended Complaint dated July 29, 2003. The reasons for seeking such relief are set forth in the attached Memorandum of Law which is incorporated herein by reference.

**ORAL ARGUMENT REQUESTED**

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

**WHEREFORE**, for the reasons set forth in the accompanying Memorandum of Law, Interline respectfully requests that the Court enter judgment in Interline's favor on all counts of the Second Amended Complaint and dated July 29, 2003 and grant it such other relief as to which it may be entitled as a matter of law or equity.

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: _____
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2