UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>GRAND ADVENTURES TOUR &<br>TRAVEL PUBLISHING CORPORATION,<br>INTERLINE TRAVEL & TOUR, INC.<br><br>Defendants. | : CIVIL ACTION NO. 3:03CV1036 (DJS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JANUARY 4, 2006 |

**INTERLINE TRAVEL & TOUR, INC.'S RULE 56(a)(1)
STATEMENTS OF UNDISPUTED FACTS**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56(a)(1), Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, submits the following Statements of Undisputed Facts in support of its Motion for Summary Judgment:

1. On June 16, 1998, CCT and Grand Adventures Tour & Travel, Inc. ("GATTInc.") entered into a Customer Agreement ("Agreement") for the sale and purchase of "certain goods called an Aspect Call Center" ("Equipment"). *Second Amended Complaint dated July 28, 2003,*

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

1

*First Count*, ¶ 1 attached to Interline's Memorandum of Law ("Memorandum") as **Exhibit A**; *Customer Agreement* attached to Memorandum at **Exhibit B**.

2. The Agreement states that the purchase price for the Equipment was $130,090 and any costs to install the Equipment would be in addition to the purchase price. *Second Amended Complaint* at ¶¶ 1-2.

3. The Agreement states that GATTInc. granted to CCT a security interest in the Equipment to secure payment in the purchase price, installation charges, freight and taxes related to the Equipment. *Id.* at ¶ 13.

4. The Agreement states that GATTInc. agreed to execute "such documents as CCT shall reasonably require protecting its security interest." *Id.*

5. CCT took no steps to obtain a security interest in the Equipment. *Deposition of Dean Vlahos ("Vlahos Dep.") dated March 29, 2005* at pp. 83:18-20; 136:15-20 attached to Interline's Memorandum as **Exhibit D**.

6. In the Agreement, CCT warranted, among other things, that for a period of 24 months from the date of delivery, that the Equipment would be free from material defects under normal conditions and use. *Customer Agreement* at ¶ 14(a).

7. CCT also promised to replace any Equipment suspected of defect within 24 hours of being notified of the defect. *Id.*

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

8. CCT also promised that it would "maintain the Equipment [provided to GATTInc.] under the Agreement for year 2000 compliance" and agreed to hold GATTInc. "harmless of and from any loss incurred by [GATTInc.] as a result of any failure of the Equipment to maintain year 2000 compliance." *Id.* at ¶ 14(b).

9. CCT further agreed that it would reimburse GATTInc. for any cost actually incurred by GATTInc. in shipping, installing and replacing any of the Equipment determined to be defective. *Id.* at ¶ 14(c).

10. CCT has introduced no record evidence to show that GATT is liable for the debts of GATTInc., and the sum and substance of CCT's evidence on this point is its unsworn and unsupported allegation in the Second Amended Complaint that GATT was "doing business" as GATTInc. *Second Amended Complaint, First Count,* ¶ 1 attached to Interline's Memorandum as **Exhibit A**.

11. GATT, an Oregon corporation, was incorporated on or about April 3, 1987. *See Corporate Information from Oregon Secretary of State Records* attached to Interline's Memorandum as **Exhibit E**.

12. GATT provided travel services to travel agents, airline employees and newlyweds. *Deposition of Joseph Juba dated April 13, 2005 ("Juba Dep.")* at pp. 24:19-25:21 attached to

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

3

Interline's Memorandum as **Exhibit F**; *deposition of In Churl Yo dated April 13, 2005 ("Yo Dep.")* at p. 54:11-17 attached to Interline's Memorandum as **Exhibit G**.

13. GATT published travel magazines entitled *Interline Adventures*; *Destination Weddings & Honeymoons* and *Interline Update*. *Yo Dep.* at p. 9:13-20.

14. GATT was a publicly-traded company on the NASDAQ with over 1000 shareholders. *Juba Dep.* at p. 17:11-20; 46:18-21.

15. GATT's Chief Executive Officer was Matthew O'Hayer. *Juba Dep.* at p. 49:3-4.

16. Joseph Juba was GATT's President and Chief Operating Officer. *Juba Dep.* at p. 96:7-9; *Deposition of Duane Boyd dated April 14, 2005 ("Boyd Dep.")* attached to Interline's Memorandum as **Exhibit H** at p. 227:10-16.

17. Bob Roe was GATT's Chief Financial Officer. *Boyd Dep.* at p. 13:5-7; *Yo Dep.* at p. 34:6.

18. Duane Boyd was a shareholder and director of GATT. *Boyd Dep.* at pp. 5:20-21; 6:11-12; *Juba Dep.* at 17:24-25.

19. Mr. Boyd was never an officer or employee of GATT. *Boyd Dep.* at p. 6:9-10, 7:10-12.

20. In April 2001, GATT retained Boyd and Lawrence Fleischman ("Fleischman") as unpaid consultants to work with GATT's management to help GATT with their financial problems. *Boyd Dep.* at pp. 7:4-8, 12:21-25, 13:1.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

4

21. Shortly after Mr. Boyd was retained by GATT, he resigned as a director from GATT. *Boyd Dep.* at p. 7:13-20; 8:1-6.

22. Boyd and Fleischman personally invested their money in GATT to help GATT turn a profit. *Boyd Dep.* at pp. 19:13-22; 35:6-8.

23. On May 24, 2001, after Boyd resigned as a director of GATT, Boyd extended a $90,000 line of credit to GATT in exchange for a security interest in 65% of the issued and outstanding capital stock of Grand Adventures Tour & Travel (UK) Limited ("GATT-UK") subject to a parallel security interest held by Fleischman. *Affidavit of Timothy Taylor, Esq. ("Taylor Aff.") dated July 27, 2005* attached to Interline's Memorandum as **Exhibit I** at Exhibit B.

24. GATT and Boyd executed a Promissory Note formalizing this line of credit agreement. *Id.*

25. The Promissory Note was signed by Juba, President and COO of GATT, and Duane Boyd. *Id.*

26. On May 24, 2001, GATT entered into a similar Promissory Note with Fleischman for a line of credit loan in the amount of $80,000. *Id.*

27. On July 18, 2001, Boyd and Fleischman each loaned GATT $100,000 in exchange for a security interest in all of GATT's assets or other property including accounts, inventory, equipment, investment property, choses in action, general intangibles, real estate as well as 65% of the issued and outstanding capital stock of Grand Adventures Tour & Travel (UK) Limited ("GATT-UK"). *Id.* at Exhibit A.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

5

28. The rights of the parties to the $100,000 loans were exercisable under the Texas UCC. *Id.*

29. On July 18, 2001, GATT (through Juba) executed Promissory Notes with Boyd and Fleischman promising to repay these $100,000 loans. *Id.* at Exhibit B.

30. A Security Agreement executed on July 18, 2001 secured all debt including the Boyd Line of Credit Note dated May 24, 2001, the Fleischman Line of Credit Note dated May 24, 2001, the July Boyd Note and the July Fleischman Note. *Id.* at Exhibit A.

31. On August 8, 2001, GATT filed financing statements for Boyd and Fleischman with the Travis County Clerk. *See Financing Statements* attached to Interline's Memorandum as **Exhibit J.**

32. On October 9, 2001, the law firm of Jackson Walker LLP, representing Boyd and Fleischman, sent GATT, via certified mail, a Notice of Intent to Accelerate and Demand Payment. *Taylor Aff.* at ¶ 2, Exhibits C & D.

33. The October 9, 2001 letter stated that GATT had defaulted on the May 2001 $90,000 and $80,000 Line of Credit loans and the July 2001 $100,000 Loans. *Id.* at Exhibits C & D.

34. GATT was given until October 19, 2001 to pay the full amounts due and owing under the loans, namely the $140,000 that Boyd and Fleischman advanced to GATT pursuant to the lines of credit and the $200,000 that Boyd and Fleischman advanced to GATT via term loans, a total of $340,000. *Id.*

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

6

35. On October 19, 2001, Boyd and Fleischman executed a Transfer and Assignment of Notes and Liens assigning their rights in the May $90,000 and $80,000 Lines of Credit and their July $100,000 term loans to Interline Travel & Tour, Inc. *Id.* at ¶ 3, Exhibits E and F.

36. On October 19, 2001, Jackson Walker LLP, representing Interline Travel and Tour, Inc. as holder of the four promissory notes described above and secured by the July 18, 2001 Security Agreement, sent GATT a Notice of Intent to Accelerate and Demand Payment via certified mail. *Id.* at ¶ 4, Exhibit G.

37. GATT was given until October 29, 2001 to pay the full amounts due and owing under the loans. *Id.*

38. GATT did not repay its loans from Boyd and Fleischman that were assigned to Interline. *Boyd Dep.* at pp. 35:6-12; 36:1-3.

39. On October 19, 2001, Interline, through its attorneys, sent notices to GATT's secured creditors, Wells Fargo Bank Texas, NA ("Wells Fargo")(who held a first lien on GATT's assets), IBM Credit Corp. and Dell Financial Services, LP, and advised of its intent to conduct a public sale to dispose of GATT's collateral to satisfy GATT's indebtedness to Interline. *Taylor Aff.* at ¶ 7, Exhibits J, K, L.

40. On October 22, 2001, a copy of a notice of Interline's intent to conduct a public sale to dispose of GATT's collateral to satisfy GATT's indebtedness to Interline (including the date,

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

7

time and place at which the sale would occur) was posted at the regular place for posting foreclosure notices at the Travis County Courthouse in Austin, Travis County, Texas. *Taylor Aff.* at ¶ 5.

41. Between October 24, 2001 and October 28, 2001, Interline published a daily paid notice in the *Austin American Statesman* advising the public of the scheduled foreclosure sale. *Id.* at Exhibit H.

42. On October 30, 2001, GATT's collateral was sold at a public foreclosure sale conducted at the Travis County Courthouse. *Id.* at ¶11.

43. The purchaser of the assets was Interline Travel and Tour, Inc. and the bid price was $340,000. *Id.* at ¶12.

44. There were no other bidders at the sale and Interline purchased GATT's assets subject to a first lien upon GATT's assets held by Wells Fargo. *Id.* at ¶8, Exhibit M.

45. At the time of the sale, GATT's assets were not encumbered by any security interest in favor of CCT. *Vlahos Dep.* at pp. 83:18-20; 136:15-20.

46. October 30, 2001, Wells Fargo Bank, in accordance with Article 9 of the UCC, executed a Transfer and Assignment of Debt Claims and Security Interests, and transferred and assigned its secured debt and liens to Boyd without recourse and without representations or warranties. *Id.*

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

8

47. On November 1, 2001, Boyd executed a similar Transfer and Assignment of Debt Claims and Security Interests and transferred and assigned the acquired Wells Fargo lien to DBMK Partners Ltd (50%) and to Fleischmann (50%). *See Transfer and Assignment of Debt, Claims and Security Interests* attached to Interline's Memorandum as **Exhibit K.**

48. By letter dated November 1, 2001, Jackson Walker LLP sent Wells Fargo two checks in the amount of $52,500 executed by Boyd on behalf of DBMK Partners Ltd. and Fleischman on behalf of himself. *Id.*

49. Interline Travel & Tour, Inc. d/b/a Interline Vacations ("Interline") is a privately-held company that was incorporated in Texas on October 15, 2001. *Boyd Dep.* at p. 32:12-14; *Texas Secretary of State Records* attached to Interline's Memorandum as **Exhibit L.**

50. Interline was founded by Duane Boyd, Interline's current President, and Lawrence Fleischman who is Interline's present Chairman and Chief Executive Officer. Boyd Dep. at p. 96:16-17; *Affidavit of Duane Boyd dated June 12, 2003* attached to Interline's Memorandum as **Exhibit M**.

51. Interline's management consists of the following officers:

> Duane Boyd - President;
> Lawrence K. Fleischman - Chairman and Chief Executive Officer;
> Joseph Juba - Executive Vice President;
> Fernando Cruz Silva, Senior Vice President;

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

9

Patricia Macchi, Vice President. *Interline's June Discovery Responses* at Interrog. 4; *Juba Dep.* at pp. 42:25-43:1.

52. Mr. Juba had differing managerial titles with GATT (President and Chief Operating Officer) and Interline (Executive Vice President). *Juba Dep.* at pp. 42:25-43:1.

53. Mr. Juba had different job responsibilities with GATT and Interline. *Juba Dep.* at pp. 122:11-14, 122:25-123:3; *see also Boyd Dep.* at p. 124:11-14.

54. Interline has approximately 21 shareholders and 52 employees. *See Interline's Supplemental Responses to Plaintiff's Interrogatories dated May 4, 2005 ("Interline's May Discovery Responses")* attached to Interline's Memorandum as **Exhibit N** at Interrogs. 4, 24.

55. Interline is a closely held company and there is no majority shareholder of this business. *Boyd Dep.* at pp. 103:17-25, 104:1.

56. Interline offers to active and retired airline employees, as well as their parents, other family members and friends, cruise and resort/hotel vacations at discounted prices. *Boyd Aff.* at ¶3; *Yo Dep.* at p. 54:23-55:2.

57. Interline offers cruise and resort/hotel vacations at discounted prices to active and retired employees of FedEx and the military, services that GATT did not offer. *Boyd Dep.* at pp. 83:16-22, 134:9-135:3; *Yo Dep.* at p. 55:1-2.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

10

58. Interline did not, and does not, provide travel services to travel agents or newlyweds. *Yo Dep.* at p. 102:17-22.

59. Interline never published the publications known as *Interline Adventures, Destination Weddings & Honeymoons* or *Interline Update*. *Yo Dep.* at pp. 12:24-13:1; *Juba Dep.* at p. 118:8-13.

60. Interline operates www.perx.com, one of GATT's former website addresses, which it purchased at the October 2001 foreclosure sale. *Boyd Dep.* at p. 70:18-24.

61. Interline is headquartered in Austin, Texas but also has an office in Boca Raton, Florida. *Interline's May Discovery Responses* at Interrog. 2.

62. Interline performs all of its business operations in Texas and in Florida. *Boyd Aff.* at ¶4.

63. All travel reservations and bookings are conducted in Texas and/or Florida. *Id.*

64. Interline has no business offices in Connecticut and has no employees in Connecticut. *Id.* at ¶5.

65. Interline does not own, lease or rent real property in Connecticut. *Id.* at ¶6.

66. Interline has no agent for the service of process in Connecticut and has never filed a tax return in Connecticut. *Id.* at ¶7.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

11

67. Interline presently derives only $33,000 in annual income (approximately 0.3% of its total annual income) from orders placed from individuals that have a residence address in the State of Connecticut. *Interline's May Discovery Responses* at Interrog. 17.

68. Of the approximately 115,000 persons in its e-mail customer and marketing database, only 680 e-mail addresses indicate that they are from persons who have an address in the State of Connecticut. *See Interline's Supplemental Responses to Plaintiff's Interrogatories dated June 8, 2005 ("Interline's June Discovery Responses")* attached to Interline's Memorandum as **Exhibit O** at Interrog. 16.[1]

69. The instant case does not arise from a dispute between Interline and any of its Connecticut customers. *See Second Amended Complaint dated July 28, 2003.*

70. Interline acquired the tangible and intangible assets of GATT by virtue of an October 30, 2001 foreclosure sale, including GATT's furniture, computers, office equipment, internet domain names, telephone numbers and customer lists. *Boyd Dep.* at p. 70:18-24; *Juba Dep.* at p. 124:21-25; *Taylor Aff., Exhibit G.*

71. In November 2001, Interline executed a property lease and conducted its business operations at the same street address as GATT, but in a different office suite. *Boyd Dep.* at p. 73:5-6;

---

[1] The documents attached to these discovery responses are not attached to this motion as they are "Confidential" pursuant to the parties Consent Order and Agreement dated June 1, 2005.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

12

*Juba Dep.* at p. 102:24-25; 103:1-16; *Lease Agreement* attached to Interline's Memorandum as **Exhibit P**.

72. At the time of the foreclosure sale, GATT's business operations were located at 211 West 7th Street, Suite 1100, in Austin, Texas. *Juba Dep.* at p. 103:3.

73. Following Interline's purchase of GATT's assets at the foreclosure sale, Interline entered into a seven month lease for the premises located at 211 West 7th Street, Suite 1120, in Austin, Texas. *Boyd Dep.* at p. 74:10-11; *Juba Dep.* at pp. 102:24-25, 103:5-7; *Interline's May Discovery Responses* at Interrog. 2.

74. Interline has a present business address at 12708 Riata Vista Circle, Suite A-125 in Austin, Texas. *Interline's May Discovery Responses* at Interrog. 2.

75. Interline's management offered employment to some former GATT employees. *Boyd Dep.* at p. 67:10-13; *Juba Dep.* at p. 35:1-5.

76. The former GATT employees who were offered employment with Interline were required to submit formal employment resignation correspondence to GATT and complete new tax forms. *Boyd Dep.* at p. 68:19-24; *Juba Dep.* at p. 35:1-5; *Yo Dep.* at p. 58:3-7.

77. Interline hired Boyd and Fleischman who were not previous GATT employees. *Boyd Dep.* at p. 111:1-8.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

13

78. Following the foreclosure sale, Interline obtained a tax identification number, opened new bank accounts and negotiated new contracts with, among others, customers on GATT customer lists. *Boyd Dep.* at pp. 193:19-22; 199:5.

79. Interline also opened merchant accounts so that it could process credit card transactions and opened an account with the telephone company providing the telephone numbers purchased at the foreclosure sale. *Juba Dep.* at pp. 42:3-7; 125:22-126:1.

80. Interline did not assume any of GATT's debts, liabilities or contracts. *Boyd Dep.* at p. 128:18-24; *Juba Dep.* at pp. 127:9-23, 137:3-6; *Taylor Aff., Exhibit G.*

                              Respectfully submitted,

                              DEFENDANT,
                              INTERLINE TRAVEL & TOUR, INC.

By /s/ *[signature]*
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

Law Offices of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

14

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed via U.S. mail, postage prepaid on this 4th day of January, 2006 to the following counsel of record:

Kevin Chamberlin, Esq.
Law Offices of Kevin P. Chamberlin
*Counsel for Plaintiff*
Mill Pond Road, 4th Floor
Danbury, CT 06811

By: _____
LAURA F. BALDINI, ESQ.
Law Offices of Laura Flynn Baldini, LLC

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

15