

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | : |
| v. | : |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | : |
| Defendants. | : JANUARY 4, 2006 |

### INTERLINE TRAVEL & TOUR, INC.'S
### NOTICE OF MANUAL FILING

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56(a)(1), the Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, submits the following Notice of Manual Filing in connection with its Motion for Summary Judgment dated January 4, 2006.

Interline has manually filed the enclosed Motion for Summary Judgment, Memorandum of Law in Support of Summary Judgment, Exhibits To Interline's Motion for Summary Judgment and L.Civ.R.56(a)(1) Statement of Undisputed Facts because the enclosed documents are too voluminous to be converted into electronic (PDF) format.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

1

The aforementioned documents have been manually served on all appearing parties.

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: *[signature]*
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed via U.S. mail, postage prepaid on this 4th day of January, 2006 to the following counsel of record:

Kevin Chamberlin, Esq.
Law Offices of Kevin P. Chamberlin
*Counsel for Plaintiff*
Mill Pond Road, 4th Floor
Danbury, CT 06811

By: _____
LAURA F. BALDINI, ESQ.
Law Offices of Laura Flynn Baldini, LLC