UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 FEB 15 P 4: 23

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, (DJS) | : | CIVIL ACTION NO. 3:03CV1036 |
| Plaintiff, | | |
| v. | | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | | |
| Defendants. | : | FEBRUARY 15, 2006 |

## MOTION FOR EXTENSION OF TIME

### NUNC PRO TUNC

The Plaintiff, Call Center Technologies, move for an extension of time to file their Motion for Leave to Amend and Amended Complaint. The Plaintiff represents that time required to plead fraud with particularity, pursuant to the Federal Rules of Civil Procedure, required an additional five (5) days.

WHEREFORE, the Plaintiff prays that it be allowed an extension of time to file.

THE PLAINTIFF

By _____
Kevin P. Chamberlin
100 Mill Plain Road, 4th Floor
Danbury, CT 06811
Federal Bar #- ct26843
Tel. (203) 792-0011

## **CERTIFICATION**

I hereby certify that a copy of the above objection was mailed and faxed on February 15, 2006 to:

>Law Offices of Laura Baldini
>2 Batterson Park Road, 2nd Floor
>Farmington, CT  06032

BY: _____
Kevin P. Chamberlin

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 FEB 15 P 4: 23

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, (DJS) | : | CIVIL ACTION NO. 3:03CV1036 |
| Plaintiff, | | |
| v. | | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | | |
| Defendants. | : | FEBRUARY 15, 2006 |

### PLAINTIFF'S NOTICE OF MANUAL FILING

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56(a)(1), Call Center Technologies, the Plaintiff in the above-captioned matter, submits the following Notice of Manual Filing in connection with its Motion for Leave to Amend, Amended Complaint, and Motion for Extension of Time, dated February 15, 2006.

Plaintiff has manually filed the enclosed Motion for Leave to Amend, Amended Complaint with Exhibits, Motion for Extension of Time because the documents are too voluminous for PDF format.

THE PLAINTIFF

By /s/

Kevin P. Chamberlin
100 Mill Plain Road, 4th Floor
Danbury, CT 06811
Federal Bar #- ct26843
Tel. (203) 792-0011

## CERTIFICATION

I hereby certify that a copy of the above objection was mailed and faxed on February 15, 2006 to:

    Law Offices of Laura Baldini
    2 Batterson Park Road, 2nd Floor
    Farmington, CT  06032

BY: _____
       Kevin P. Chamberlin