UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 FEB 15 P 4: 23

US DISTRICT COURT
HARTFORD CT

CALL CENTER TECHNOLOGIES,   :   CIVIL ACTION NO. 3:03CV1036 (DJS)

Plaintiff,

v.

GRAND ADVENTURES TOUR &
TRAVEL PUBLISHING CORPORATION,
INTERLINE TRAVEL & TOUR, INC.

Defendants.   :   FEBRUARY 15, 2006

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The Plaintiff to the above titled action, CALL CENTER TECHNOLOGIES, respectfully requests, pursuant Rule 15a of the Federal Rules of Civil Procedure, leave to file the amended complaint annexed hereto. In support of this request, the Plaintiff states as follows:

1. This is an action claiming successor liability;

2. There are outstanding subpoenas filed by the Plaintiff, the narrowing of which requires an adjudication of a claim of an allegation of fraud;

3. Pursuant to Court Order based on telephone conference held on January 19, 2006, the Plaintiff was directed by the Court to file an amended complaint.

WHEREFORE, the Plaintiff prays that it be allowed to amend its complaint as requested.

BY: _____/s/_____
Kevin P. Chamberlin
100 Mill Plain Road, 4th Floor
Danbury, CT 06811
Federal Bar #- ct26843
Tel. (203) 792-0011

## **CERTIFICATION**

I hereby certify that a copy of the above objection was mailed and faxed on February 15, 2006 to:

    Law Offices of Laura Baldini
    2 Batterson Park Road, 2nd Floor
    Farmington, CT  06032

BY: _____
       Kevin P. Chamberlin