UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, : | |
| v. : | |
| GRAND ADVENTURES TOUR & : <br> TRAVEL PUBLISHING CORPORATION, : <br> INTERLINE TRAVEL & TOUR, INC. : | |
| Defendants. : | FEBRUARY 17, 2006 |

**DEFENDANT INTERLINE TRAVEL & TOUR INC.'S
OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME
AND MOTION FOR FEES AND COSTS**

Defendant, Interline Travel & Tour, Inc. ("Interline"), hereby objects to the "Motion for Extension of Time Nunc Pro Tunc" filed by plaintiff, Call Center Technologies, Inc. ("CCT"), on February 15, 2006. The plaintiff's motion should be denied for the following important reasons:

1.      The plaintiff's proposed Motion for Extension of Time Nunc Pro Tunc is **untimely**.

   On January 19, 2006, counsel for the parties participated in a court-ordered telephone conference with Judge Dominic J. Squatrito. During that telephone conference,

**ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

Judge Squatrito issued an order which permitted plaintiff's counsel to file a motion to amend his complaint by **February 10, 2006** and allowed for the undersigned to respond to such a motion by February 24, 2006. *See* attached Order dated January 20, 2006. During that telephone conference, plaintiff's counsel represented that he would file a motion for leave to amend by the February 10, 2006 deadline. Notwithstanding this representation, plaintiff's counsel: 1) failed to file a motion to amend the plaintiff's complaint by February 10th; and 2) failed to preserve his right to seek additional time to file a motion for leave to amend by not filing a motion for extension of time before the February 10th deadline. CCT's Motion for Extension of Time should therefore be denied and plaintiff's counsel should not be permitted to file CCT's proposed Motion for Leave to Amend.

2. The plaintiff's proposed Motion for Extension of Time Nunc Pro Tunc should be denied because it is **procedurally defective and not in compliance with the Local Rules of Civil Procedure**. The Local Rules of Civil procedure require a party seeking an extension of time to include in the motion a statement that: "(1) he or she has inquired of opposing counsel and there is agreement or objection to the motion, or that (2) despite diligent effort, he or she cannot ascertain opposing counsel's position." L.Civ.R. 7(b)(3). The Local Rules also require the movant to "indicate the

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

number of motions for extension of time that have been filed by the moving party with respect to the same limitation." *Id.* In the present case, the plaintiff failed to comply with either requirement. Plaintiff's counsel did <u>not</u> contact the undersigned before filing his proposed motion. Instead, plaintiff's counsel sought to surprise the undersigned with his motion by sending it via facsimile on November 16, 2006. Plaintiff's counsel's motion for extension of time is procedurally defective and should be denied by the Court.

3. The plaintiff's proposed Motion for Extension of Time Nunc Pro Tunc is also procedurally defective because <u>**the plaintiff has failed to state good cause for not complying with the Court's February 10, 2006 deadline**</u>. The Federal Rules specifically require that: "All other motions for extension of time must be decided by a judge and will not be granted *except for good cause*. The good cause standard *requires a particularized showing that the time limitation in question cannot reasonably be met despite the diligence of the party seeking the extension*." L.Civ.R. 7(b)(2) (emphasis added).

4. The plaintiff's motion provides absolutely <u>no</u> factual or legal support for justifying its request to circumvent the Court's rules and obtain an extension of time. Moreover, plaintiff's counsel has failed to articulate the reason for his filing CCT's proposed

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

3

Motion for Extension of Time **five days** after the expiration of the February 10, 2006 deadline. Indeed, plaintiff's counsel fails to set forth any facts to justify CCT's ignoring yet another Court-ordered deadline because there simply is no excuse for seeking an extension of time at this late date. Accordingly, CCT's motion should be denied and CCT should not be permitted to file its proposed motion for leave to amend.

5. The plaintiff and its attorneys have demonstrated a **consistent and flagrant disregard for the rules and orders of this Court**. Most notably, the plaintiff and its present and former attorneys:

    a. ignored Judge Dominic Squatrito's October 6, 2005 Order which stated that the plaintiff had until November 6, 2005 to engage successor counsel to represent it in this action after the Court granted motions filed by two of CCT's previous attorneys, Soloman, Pearl, Heymann & Stich, LLP and Ford, Nassen & Baldwin, PC to withdraw as counsel. Plaintiff's new attorney, Kevin P. Chamberlin, did not file an appearance by the Court-imposed deadline. Instead, the plaintiff filed an appearance on November 17, 2005, which was allowed by this Court.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

4

    b. ignored Judge Stefan Underhill's August 24, 2004 Order which required CCT to obtain successor counsel by September 20, 2004 after the Court granted a motion filed by one of CCT's previous legal counsel, Collins, Hannafin, Garamella, Jaber & Tuozzolo, PC, to withdraw as counsel.

    c. violated the terms of the Court's Scheduling Order dated October 1, 2003 (which mandated that all discovery in this case be completed by June 1, 2004) by failing to respond to Interline's Interrogatories and Request for Production dated April 19, 2004 by the October 1st deadline.

    d. violated the terms of the Court's Scheduling Order modified on August 9, 2005 which ordered the parties to complete discovery by September 30, 2005. In November 2005, almost two months after the expiration of the discovery deadline, plaintiff's counsel attempted to conduct additional discovery. The Court (Squatrito, J.) subsequently re-opened discovery and set a new discovery deadline which is now April 19, 2006.

6. The plaintiff and its attorneys have a history of ignoring the rules and procedures of the Court without consequence. The plaintiff's cavalier treatment of the guidelines set by the Court has not only delayed the progression of this case but has prejudiced Interline. Unless and until the plaintiff is made accountable for its conduct, this case

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

5

will continue to progress at a snail's pace and Interline will be forced to respond to untimely motions and to object to the plaintiff's repeated requests for the Court to ignore its improper conduct. Accordingly, Interline respectfully requests that the Court issue an order awarding Interline its fees and costs related to responding to the plaintiff's untimely Motion for Extension of Time and for such other and further relief as the Court deems just and proper.

**WHEREFORE**, Interline respectfully requests that the plaintiff's "Motion for Extension of Time Nunc Pro Tunc" be denied and that the plaintiff be precluded from filing its proposed Motion for Leave to Amend. In addition, Interline respectfully requests that the Court grant its Motion for Fees and Costs and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: _____
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8433 • Fax: (860) 561-9823

6

## ORDER

The foregoing OBJECTION to Motion for Extension of Time, having been duly presented to this Court, it is hereby **ORDERED**:

    **SUSTAINED/OVERRULED.**

The foregoing Motion for Fees and Costs, having been duly presented to this Court, it is hereby **ORDERED**:

    **GRANTED/DENIED.**

BY THE COURT

_____
Judge/Clerk

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

7

### CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed via U.S. mail, postage prepaid on this 17th day of February, 2006 to the following counsel of record:

Kevin Chamberlin, Esq.
*Counsel for Plaintiff*
100 Mill Plain Road, 4th Fl.
Danbury, CT 06511

*And to:*

The Honorable Dominic Squatrito
United States District Court
450 Main Street
Hartford, CT 06103

By: _____
LAURA F. BALDINI, ESQ.
Law Offices of Laura Flynn Baldini, LLC

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

8

**Laura Baldini**

From:  CMECF@ctd.uscourts.gov
Sent:  Saturday, January 21, 2006 12:00 AM
To:    CMECF@ctd.uscourts.gov
Subject: Summary of ECF Activity

**Activity has occurred in the following cases:**

**3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al**
Status Conference   113

**Docket Text:**
Minute Entry for Telephone Conference before Judge Dominic J. Squatrito held on 1/19/2006. (45 minutes)(Lamoureux, Court Reporter) (Glynn, T.)

**3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al**
Scheduling Order   114

**Docket Text:**
NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. Pursuant to a telephone conference held on January 19, 2006, the following will control the pretrial proceedings in this case until further notice from this Court. SCHEDULING ORDER: The plaintiff may file a Motion to Amend the Complaint by February 10, 2006. If the plaintiff files a Motion to Amend the Complaint, the defendant shall be able to respond to that motion by February 24, 2006. All discovery, including experts reports and depositions, shall be completed by April 19, 2006. Signed by Judge Dominic J. Squatrito on 1/20/06. (Pike, C.)

**3:03-cv-01036-DJS Call Ctr Tech, Inc v. Grand Adventures, et al**
Set Deadlines/Hearings

**Docket Text:**
Set Deadlines: Amended Pleadings due by 2/10/2006. Discovery due by 4/19/2006. (Pike, C.)

2/16/2006