UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 MAR 16  A 10: 46

CALL CENTER TECHNOLOGIES,           :       CIVIL ACTION NO. 3:03CV1036
(DJS)

            Plaintiff,

v.

GRAND ADVENTURES TOUR &
TRAVEL PUBLISHING CORPORATION,
INTERLINE TRAVEL & TOUR, INC.

           Defendants.         :       MARCH 15, 2006

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME OF DISCOVERY DEADLINE

The Plaintiff, Call Center Technologies, Inc. ("CCT"), in accordance with the provisions of Local Rule 7(b), moves for an extension of time of the Court's deadline for completion of discovery in this matter. The Court's current deadline for completion of discovery is April 19, 2006. CCT moves for an order that the discovery deadline in this case be extended for thirty days. This is the fourth request for extension of the discovery deadline. In support of this motion, the undersigned states:

**NO ORAL ARGUMENT REQUESTED**

**TESTIMONY NOT REQUIRED**

1. In this action CCT asserts a claim for breach of contract against Interline Travel & Tour, Inc. ("Interline") as a successor to defendant Grand Adventures Tour & Travel Publishing Corporation for the latter's purchase of certain parts and equipment being used by Interline.

2. On January 20, 2006, the Court entered an Order that in part required all discovery, including experts reports and depositions, shall be completed by April 19, 2006.

3. To date, the Court has yet to make a ruling as to how the parties will proceed in the narrowing of subpoenas that remain outstanding. A Motion to Amend the Complaint and a Proposed Amended Complaint, along with a Request for Extension of Time, were filed in an effort to expedite this task. The Motion for Extension of Time was then met with objection, and awaits court ruling.

WHEREFORE, the Plaintiff respectfully requests that the discovery deadline be extended thirty days in light of the fact that the information sought in the subpoenas has not yet been requested. Further, opposing counsel has been contacted with respect to this request and takes no position as to the outcome.

THE PLAINTIFF

By /s/ 
Kevin P. Chamberlin
100 Mill Plain Road, 4th Floor
Danbury, CT 06811
Federal Bar #- ct26843
Tel. (203) 792-0011

## CERTIFICATION

I hereby certify that a copy of the above objection was mailed and faxed on March 15, 2006 to:

> Law Offices of Laura Baldini
> 2 Batterson Park Road, 2nd Floor
> Farmington, CT 06032

BY: /s/
Kevin P. Chamberlin