UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES,     : | |
|     Plaintiff,     : | |
|     : | |
| v.     : | No. 3:03CV1036(DJS) |
|     : | |
| GRAND ADVENTURES TOUR &     : | |
| TRAVEL PUBLISHING CORPORATION     : | |
| and INTERLINE TRAVEL & TOUR, INC.,     : | |
|     Defendants.     : | |

## ORDER

The court **ORDERS** the following:

    1. Plaintiff's "Motion for Extension of Time <u>Nunc Pro Tunc</u>" **(dkt. # 116)** is **GRANTED**.

    2. Plaintiff's "Motion for Leave to File Amended Complaint" **(doc. # 117)** is **GRANTED.**

    3. The Clerk of the Court shall **DOCKET** plaintiff's submission of February 15, 2006, entitled "Third Amended Complaint."

    4. Defendants must file a response to plaintiff's amended complaint on or before April 7, 2006.

    5. Defendant Interline Travel & Tour Inc.'s Objection to Plaintiff's Motion for Extension of Time and Motion for Fees and Costs **(dkt. #s 118 & 119)** is **DENIED**.

    6. Plaintiff's Motion for Extension of Time of Discovery Deadline **(dkt. # 120)** is **GRANTED**. As such, all discovery, including experts reports and depositions, shall be completed by May 19, 2006.

**IT IS SO ORDERED** at Hartford, Connecticut on this __24th___ day of March, 2006.

_____/s/DJS_____
**DOMINIC J. SQUATRITO**
**UNITED STATES DISTRICT JUDGE**