310-750 Brent Press

EXHIBIT A

**CALL CENTER TECHNOLOGIES**
632-640 Federal Road
Brookfield, CT 06804
203.740.3530  203.740-3536 (fax)

## CUSTOMER AGREEMENT

This agreement (the "Agreement") is made as of <u>June 16, 1998</u>, by and between Call Center Technologies, Inc. ("CCTI"), a Delaware corporation, with its principal place of business located at 632-640 Federal Road, Brookfield, Connecticut, 06804, and <u>Grand Adventures Tour & Travel, Inc.</u> ("Customer"), a Texas Corporation, with its principal place of business located at <u>211 East Seventh Street, Southwest Tower, 11th Floor, Austin, Texas 7870</u>, collectively referred to herein as the "Parties."

WHEREAS, Customer desires to purchase, subject to the terms and conditions set forth herein, the equipment described on the attached or referenced Order Schedule(s), consisting of <u>One Aspect CallCenter</u> as described therein (the "Equipment" or the "Systems");

WHEREAS, CCTI desires to sell Customer the Equipment subject to the terms and conditions set forth herein;

NOW, THEREFORE, the Parties agree as follows:

1. **Purchase Price and Quantity Discount**
   (a). The Purchase Price for the Equipment is <u>130,090.00 (one hundred thirty thousand ninety dollars U.S.)</u>, as stated on the attached or referenced Order Schedule(s). CCTI will add installation, freight and related charges and any applicable taxes to the Purchase Price.
   (b). Customer hereby acknowledges and agrees that the Purchase Price reflects a discount of <u>N/A</u> % (<u>N.A.</u> percent) (the "Discount Percentage") based upon Customer's agreement herein to purchase a minimum quantity of <u>N/A</u> (<u>N/A</u>) (the "Minimum Quantity") Systems on or before <u>N/A</u>, <u>N/A</u> (the "Commitment Date"). Customer further agrees that in the event that Customer fails to purchase the Minimum Quantity of Systems on or before the Commitment Date, or in the event that Customer elects, pursuant to Paragraph 7(c) below, to cancel the purchase of any additional Systems on or before the Commitment Date, then upon the earlier of the Commitment Date or the Cancellation Date, as the case may be, Customer shall pay CCTI an amount equal to the amount of discount (if any) previously given Customer on those Systems previously purchased, plus interest equal to 8% (eight percent) per annum;

2. **Installation Charge**
   The Installation Charge, if any, for setting up and placing into service the Equipment is stated on the attached or referenced Order Schedule(s). Any applicable Installation Charge shall be in addition to the Purchase Price.

3. **Order Acceptance**
   Each order placed under this Agreement is subject to CCTI's acceptance. If accepted, CCTI's acceptance shall be in writing.

4. **Equipment Acceptance**
   Customer may, within 14 days after Delivery of the Equipment, reject acceptance of the Equipment by serving CCTI with written notice thereof by certified mail at CCTI's address stated above. In the event no such notice is received by CCTI, Customer shall be deemed to have accepted the Equipment upon the expiration of such time period (the "Equipment Acceptance Date"). Notwithstanding the foregoing, Customer shall be responsible for and bear the entire risk of loss or damage to the Equipment while the Equipment is located on Customer's premises.

5. **Terms of Payment**

(a) Customer shall pay a Deposit in an amount equal to 25% (twenty-five percent) of the Purchase Price upon execution of this Agreement;

(b) Within 14 (fourteen) days from the Delivery date, Customer shall pay CCTI the balance of the Purchase Price, in addition to the Installation Charge, travel related expenses, any freight and related charges and any applicable taxes.

(c) Customer agrees to pay CCTI a finance charge at the rate of 1.5% (one and one half percent) per month, or if greater the maximum lawful rate, for any amounts due and payable to CCTI by Customer under this Customer Agreement and which remain unpaid beyond thirty days.

6. **Change Orders**

Any written request from Customer for a change to an order shall be subject to approval from CCTI. If approved by CCTI, Customer may be subjected to a price change reflecting the inclusion, deletion, or substitution of items and/or CCTI's direct costs of handling the requested change. A change in an accepted order may also result in a change in the scheduled Delivery Date. A written acceptance by CCTI of a change order will specify any price or delivery changes.

7. **Cancellation**

(a) CCTI shall have the right to cancel any order and recover any goods in transit or at Customer's premises shipped by CCTI if Customer fails to perform any of Customer's obligations under the material terms and conditions of this Agreement; or if Customer's delay directly causes material delay to CCTI's performance of this Agreement; or in the event that any bankruptcy or insolvency proceedings are commenced by or against the Customer; or in the event of the appointment of any assignee for the benefit of creditors or of a receiver of Customer or its properties.

(b) Customer shall not have the right to cancel the purchase of items being ordered under this Agreement after the Equipment Acceptance Date. Any written request from Customer to cancel an order or a portion of an order for Equipment after the Equipment Acceptance Date shall be subject to approval by CCTI. If approved by CCTI, Customer shall be subject to a cancellation charge equal to 20% (twenty percent) of the Purchase Price of the canceled item(s). Customer shall also remain liable for payment of 100% (one hundred percent) of the Installation Charge of the canceled item(s), if any, plus freight and related charges and any applicable taxes.

(c) If a Discount Percentage has been given Customer pursuant to Paragraph 1(b) of this Agreement, and Customer has not yet purchased the Minimum Quantity of Systems, then Customer may elect to cancel the purchase of additional Systems by serving written notice thereof upon CCTI by certified mail and remitting therewith payment of the amount of discount previously given Customer plus interest as provided in Paragraph 1(b) above. Customer's notice of such election upon CCTI must include full payment for the amount of discount previously given Customer plus interest in order for Customer's election hereunder to be deemed effective. Upon receipt of such payment, Customer's obligation hereunder to purchase Equipment shall be deemed fully discharged.

8. **Shipment**

In the absence of specific shipping instructions from Customer, CCTI will ship the Equipment by the method it deems most advantageous to both parties. CCTI will prepay transportation and insurance charges. These actual charges will subsequently be invoiced to Customer.

9. **Delivery**

Delivery will be F.O.B. at the dock or receiving door at Customer's Premises. The delivery date shall be the date that the common carrier or other delivery service makes the first attempt to transfer the ordered goods at the Customer's Premises during Customer's normal business hours.

3

10. **Installation**
Except as provided in Section 12 of this Agreement, CCTI shall utilize its own personnel to perform Installation or may subcontract the performance of portions of Installation activity to a third party.

11. **Training**
Except as provided in Section 12 of this Agreement, CCTI shall utilize its own personnel to perform Training to Customer's employees, or may delegate the performance of portions of Training to a third party. Customer will select one employee to act in the capacity of System Manager; CCTI will provide Training to the System Manager in the methods and procedures to effectively use the Equipment; Customer will select up to five employees to act in the capacity of Group Supervisor(s); CCTI will provide Training to the selected Group Supervisor(s), as a single group, in the methods and procedures to effectively assist in the completion of calls and in turn to train other Customer employees to act in the capacity of telephone operators or agents.

12. **Third Party Training Or Installation**
Customer may request, subject to written approval from CCTI, that Installation or Training be performed by another party. Except as provided in Section 14(b) of this Agreement, Customer shall bear the costs associated with such Installation or Training. Customer shall be entirely responsible for and bear risk of loss or damage to the Equipment caused by such third party.

13. **Security Interest**
Customer grants to CCTI a security interest in the equipment being ordered under this Agreement to secure payment of the Purchase Price, Installation Charges, freight, and taxes relating to such equipment. CCTI shall have the rights of a secured party under the Uniform Commercial Code in effect in the state where the Equipment was delivered to Customer, including the right to retake possession of or inhibit the use of the Equipment on any default by Customer. CCTI's security interest in such Equipment shall expire upon payment to CCTI of the full Purchase Price, Installation Charges, freight charges, taxes, and finance charges relating to such Equipment. Customer agrees to execute such documents as CCTI shall reasonably require to protect its security interest. A copy of the relevant invoice(s) may be filled with appropriate authorities at any time as a financing statement and/or chattel mortgage, in order to protect CCTI's security interest. The provisions of this Section shall survive termination of this Agreement.

14. **Warranties**
( a )  CCTI warrants that Equipment provided to Customer under this Agreement will meet appropriate regulatory requirements governing equipment of its general class on the date of Delivery. CCTI further warrants that for a period of 24 months from the date of Delivery, that all Equipment will be free from material defect under normal conditions and use. Upon notification from Customer of any suspected Equipment defect, CCTI shall provide Customer with a replacement for such Equipment within 24 hours. Customer shall return the replaced Equipment to CCTI within 10 days thereafter. Installation of replacement Equipment under these Warranties shall be in accordance with Sections 10 and 12 of this Agreement. Replacement of Equipment does not extend its warranty period beyond warranty period then in effect.
( b )  CCTI warrants that it shall maintain the Equipment provided to Customer under this Agreement for year 2000 compliance. For the purposes of this paragraph, "year 2000 compliance" shall mean that as a result in the change in millennium to year 2000 upon January 1, 2000, the Equipment shall not malfunction, and shall continue to operate, report, and otherwise function normally. CCTI hereby indemnifies and holds Customer harmless of and from any loss incurred by Customer as a result of any failure of the Equipment to maintain year 2000 compliance as stated above.

4

(c) CCTI shall reimburse Customer for costs actually incurred by Customer in the shipping, installation, deinstallation, and replacement of any Equipment determined to be defective and subject to replacement under these Warranties. Customer shall be responsible for costs actually incurred by CCTI relating to Equipment determined to be free from material defect.

(d) These Warranties are contingent upon Customer's proper use of the Equipment and shall not apply to damage caused by abuse, misuse, alteration, neglect, vandalism, or unauthorized repair or installation. These Warranties shall not apply to reconstruction of Customer's configuration or other data files residing on the Equipment that are rendered inoperable, corrupt, or inconsistent through the attachment of Customer-selected equipment or the application of Customer's independently developed procedures or software.

(e) Prior to expiration of the warranty period, Customer shall have the right to extend the warranty period by an additional twelve months, subject to an Extended Warranty charge equal to 8% (eight percent) of the Purchase Price. Upon timely written notification from Customer that Customer has elected to extend the warranty period, the warranty period shall be deemed automatically extended by an additional twelve months and CCTI shall invoice Customer for the Extended Warranty charge. Customer shall have the right to continue to extend the warranty period by twelve month increments by providing written notice to CCTI prior to the expiration of the warranty period then in effect.

(f) THE WARRANTIES SET FORTH HEREIN ARE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY, USE, AND FITNESS FOR A PARTICULAR PURPOSE.

### 15. Limitation Of Liability. Force Majeure

EXCEPT AS EXPRESSLY PROVIDED IN THIS AGREEMENT, CCTI WILL NOT BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES, HOWEVER CAUSED, OR ON ANY SIMILAR THEORY OF LIABILITY. EXCEPT AS EXPRESSLY PROVIDED IN THIS AGREEMENT, CCTI WILL NOT BE LIABLE FOR ANY LOSS, DAMAGE, OR EXPENSE THAT DIRECTLY OR INDIRECTLY ARISES FROM CUSTOMER'S USE OF OR INABILITY TO USE THE EQUIPMENT, EITHER SEPARATELY OR IN COMBINATION WITH ANY OTHER EQUIPMENT OR SYSTEM, OR FOR COMMERCIAL LOSS OF ANY KIND, OR FOR PROCUREMENT OF SUBSTITUTE GOODS, WHETHER OR NOT CCTI HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE OR LOSS. IN NO EVENT SHALL CCTI'S LIABILITY ARISING OUT OF THIS AGREEMENT EXCEED THE AMOUNT PAID TO CCTI BY CUSTOMER FOR THE PURCHASE OF SUCH ITEMS GIVING RISE TO SUCH LIABILITY. THIS LIMITATION IS INTENDED TO LIMIT CCTI'S LIABILITY AND SHALL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY.

CCTI SHALL HAVE NO LIABILITY FOR DELAYS OR DAMAGES DUE TO FIRE, FLOOD, EXPLOSION, LIGHTNING, POWER SURGES OR FAILURES, ACTS OF GOD, THE ELEMENTS, PEST DAMAGE, STRIKES OR LABOR DISPUTES, WAR, CIVIL DISTURBANCES, FUEL OR ENERGY SHORTAGES, TRANSPORTATION FACILITIES, ACTS OR OMISSIONS OF ANY COMMON CARRIER OR ITS AGENT, OR OTHER CAUSES BEYOND CCTI'S CONTROL WHETHER OR NOT SIMILAR TO THE FOREGOING.

### 16. Software

(a) Customer agrees that its purchase of the Equipment is limited to hardware only and does not include the purchase of any software, intangible, or intellectual property resident on the Equipment at the time of Delivery.

(b) CCTI AGREES THAT IT SHALL INDEMNIFY, DEFEND, SAVE AND HOLD HARMLESS CUSTOMER OF AND FROM ANY CLAIM, ACTION, SUIT OR PROCEEDING AGAINST CUSTOMER ARISING FROM CUSTOMER'S USE OR POSSESSION OF ANY SOFTWARE, INTANGIBLE, OR INTELLECTUAL PROPERTY RESIDENT ON THE EQUIPMENT. CUSTOMER SHALL IMMEDIATELY PROVIDE CCTI WITH WRITTEN NOTIFICATION OF ANY SUCH CLAIM, ACTION, SUIT OR PROCEEDING, AND UPON RECEIPT THEREOF CCTI SHALL AT ITS SOLE EXPENSE IMMEDIATELY RETAIN LEGAL COUNSEL TO DEFEND SAME. CCTI SHALL BE EXCLUSIVELY LIABLE FOR COSTS INCURRED INCLUDING REASONABLE ATTORNEY'S FEES IN DEFENDING ANY SUCH CLAIM, ACTION, SUIT OR PROCEEDING.

### 17. Nondisclosure, Confidentiality

It is acknowledged and agreed by Customer that information or document(s) which Customer receives from CCTI, including but not limited to price quotations or estimates, this Customer Agreement and attached or referenced Order Schedules, are confidential in nature and shall not be disclosed to any third party without express prior written authorization from CCTI. The provisions of this Section 17 shall survive termination of this Agreement.

### 18. General Provisions

This Agreement shall be governed and enforceable by the laws of the State of Connecticut, and shall be binding upon both parties and their successors. Customer shall not assign this Agreement or any rights hereunder without prior written consent of CCTI. Should any provision of this Agreement be held to be invalid or unenforceable, the remainder of this Agreement shall remain in full force and effect. This Agreement constitutes the entire agreement between the Parties, and supersedes any previous agreement(s), understanding(s), or representation(s), whether oral or written. This Agreement may be amended, terminated, or altered only by a written instrument signed by both Parties.

### 19 Notices

Any notice required or permitted by this Agreement shall be deemed given on the date received by the party upon whom notice is served at the following addresses:

For CCTI:

Call Center Technologies, Inc.
632-640 Federal Road
Brookfield, CT 06804
facsimile (203)-740-3536

CALL CENTER TECHNOLOGIES, INC.

By _[signature]_

DEAN VLAHOS

Its  PRES.

Date  6/30/98

For Customer:

GATT
211 E. 7th ST  17th Fl.
Austin  TX
78701

_[signature]_
(Customer Company Name)

By _[signature]_
(Customer Signature)

Matthew O'Hayer
(Name – Please Print)

Its  C.E.O.
(Title)

Date  6/26/98

6

# CALL CENTER TECHNOLOGIES
*A DIVISION OF TECHNOLOGY SUPPLY CORPORATION*

632-640 Federal Road  Brookfield, CT 06804
Tel: 800.996.1996   Fax: 800.997.2699
     203.740.3530        203.740.3536

| DATE | ORDER SCHEDULE NUMBER | PG |
|---|---|---|
| 06/15/98 | OS-9806-9401 Rev. 1 | 1 |

## ORDER SCHEDULE

**Sold To:**
Mr. Jay Juba,
GRAND ADVENTURES TOUR & TRAVEL
211 East 7th St.
Soutwest Tower, 11th Fl.
Austin, TX  78701
512-391-2061
512-391-2000 (fax)

**Bill To:**
Mr. Jay Juba,
GRAND ADVENTURES TOUR & TRAVEL
211 East 7th St.
Soutwest Tower, 11th Fl.
Austin, TX  78701
512-391-2061
512-391-2000 (fax)

**Ship To:**
Mr. Jay Juba,
GRAND ADVENTURES TOUR & TRAVEL
211 East 7th St.
Soutwest Tower, 11th Fl.
Austin, TX  78701
512-391-2061
512-391-2000 (fax)

Purchase Order Number: 
Requested Delivery Date: By July 12, 1998

Payment Terms: Per contract
Warranty Period: 24 Months
Sales Representative: Dean Vlahos 800-996-1996          This order good until: 07/15/98

| QTY | MODEL | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 1 | 1216 | Aspect CallCenter Model 200R | 55,295.00 | 55,295.00 |
| 1 | 3011 | Music Recording Adapter | Included | In Callcenter |
| 1 | 3030 | Cluster Controller | Included | In Callcenter |
| 2 | 3039 | Management Workstation | Included | In Callcenter |
| 1 | 3044 | H. P. Printer | Included | In Callcenter |
| 2 | 3202 | Slide In System Disk Drive - 2GB | Included | In Callcenter |
| 2 | 3400 | Main Distribution Frame | Included | In Callcenter |
| 1 | 3405 | MDF Utility Shelf | Included | In Callcenter |
| 2 | 3440 | Battery Backup Assembly | Included | In Callcenter |
| 1 | 3441 | Frame 1 Power Connection | Included | In Callcenter |
| 2 | 3442 | Cabinet Power Connection | Included | In Callcenter |
| 1 | 3443 | 48 Volt Power Supply | Included | In Callcenter |
| 1 | 3445 | Frame 2 Power Connection | Included | In Callcenter |
| 2 | 3452 | AC Power Cable For System Power - TDI | Included | In Callcenter |
| 3 | 3560 | 110 Punch Down Block | Included | In Callcenter |
| 1 | 3280 | Voice Buffer Card | Included | In Callcenter |
| 1 | 3282 | Voice Control Card | Included | In Callcenter |
| 2 | 3103 | 68060-U Admin Processor | Included | In Callcenter |
| 2 | 3102 | 68030-X Call Processor | Included | In Callcenter |
| 1 | 3101 | 68030-X Voice Processor | Included | In Callcenter |
| 1 | 4045 | Aspect Voice Subsystem Intf. Card | 2,995.00 | 2,995.00 |

(Continued on page 2)

# CALL CENTER **TECHNOLOGIES**
*A DIVISION OF TECHNOLOGY SUPPLY CORPORATION*

632-640 Federal Road  Brookfield, CT 06804
Tel:  800.996.1996   Fax:  800.997.2699
      203.740.3530         203.740.3536

| DATE | ORDER SCHEDULE NUMBER | PG |
|---|---|---|
| 06/15/98 | OS-9806-9401 Rev. 1 | 2 |

## ORDER SCHEDULE

**Sold To:**

**Bill To:**

**Ship To:**

Purchase Order Number:
Requested Delivery Date:

Payment Terms : Net 30
Warranty Period : 24 Months
Sales Representative: Dean Vlahos 800-996-1996          This order good until : 06/05/98

| QTY | MODEL | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 4 | 4020 | Digital Trunk Interface Card | 3,995.00 | 15,980.00 |
| 4 | 4021 | T1 Interface & Cable | 295.00 | 1,180.00 |
| 4 | 4061 | Aspect TeleSet Interface Card (16 port) | 6,995.00 | 27,980.00 |
| 64 | 3010 | Aspect TeleSet | 325.00 | 20,800.00 |
| 30 | 3013 | Aspect Handset & Cradle | 29.00 | 870.00 |
| 1 | 4038 | Aspect Loop/Ground Start Intf. Card | 2,995.00 | 2,995.00 |
| 1 | 4049 | DTMF Receiver | 1,995.00 | 1,995.00 |

Purchase Price: $130,090.00
Installation:     6,000.00
Sales Tax:          N.A.
Acquisition Price: $136,090.00

X_____
Customer's Signature Authorizing Order    Date

_____  6/15/98
CCTI Sales Representative Signature    Date
CCTI Officer's Signature Accepting Order   Date

*CCTI will add freight and related charges and any applicable taxes to these prices. Invoices paid beyond terms specified above subject to monthly finance charges.*

TOTAL P.08

8

| OUR REFERENCE # | YOUR INV. # | INVOICE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| DOWNPAYMENT ON TELEPHONE SYSTEM | | | EXHIBIT B | | | |

**GATT**
Grand Adventures Tour & Travel Publishing Corporation
211 East 7th Street, 11th Floor, Austin, Texas 78701
Phone: (512) 391-2000 Fax: (512) 391-2099

NORWEST BANK OHIO, N.A.
VAN WERT, OHIO 45891
1-800-827-6535

56-382 / 412

001199

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 6/29/98 | | $35,000.00 |

*****THIRTY-FIVE THOUSAND & NO/100**********************

PAY TO THE ORDER OF   CALL CENTER TECHNOLOGIES, INC.

VOID AFTER 90 DAYS

⑈001199⑈ ⑆041203824⑆ 9600013949⑈