UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | : |
| v. | : |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | : |
| Defendants. | : APRIL 5, 2006 |

## DEFENDANT INTERLINE TRAVEL & TOUR INC.'S
## MOTION FOR EXTENSION OF TIME

Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, respectfully requests an extension of time of the current April 7, 2006 deadline to file a response to the plaintiff's Third Amended Complaint.

Interline seeks an extension of the April 7, 2006 deadline because there is a Motion for Reconsideration/Articulation pending which directly relates to the deadline to file a response to the plaintiff's Third Amended Complaint. In particular, Interline's Motion for

**NO ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

Reconsideration/Articulation seeks reconsideration of the Court's May 24, 2006 Order which granted the plaintiff's Motion for Extension of Time to file a Motion for Leave to Amend simultaneously with the plaintiff's Motion for Leave to Amend. The Court's decision to issue a ruling on the plaintiff's Motion for Leave to Amend at the same time as the Motion for Extension of Time precluded Interline from filing a proper objection to the Motion for Leave to Amend. Accordingly, since there is a Motion for Reconsideration/Articulation pending concerning the decisions set forth in the Court's March 24, 2006 Order, Interline seeks to extend the April 7, 2006 deadline to a date that is fifteen (15) days from the date a decision is rendered on Interline's Motion for Reconsideration/Articulation.

The undersigned contacted plaintiff's counsel, Kevin P. Chamberlin, on April 5, 2006 to advise him of the instant motion and was advised that he is taking no position with respect to this motion.

**WHEREFORE**, Interline respectfully requests that its Motion for Extension of Time be granted.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: *[signature]*
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

3

## ORDER

The foregoing MOTION, having been duly presented to this Court, it is hereby **ORDERED**, that the same be and hereby is GRANTED/DENIED.

THE COURT,

_____

JUDGE/Clerk

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served on this 6th day of April upon the following via the Court's electronic filing system:

Kevin Chamberlin, Esq.
*Counsel for Plaintiff*
100 Mill Plain Road, 4th Fl.
Danbury, CT 06511

By: _____
LAURA F. BALDINI, ESQ.
Law Offices of Laura Flynn Baldini, LLC

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8463 • Fax: (860) 561-9823

5