UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, | : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | | |
| v. | | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | | |
| Defendants. | : | APRIL 10, 2006 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME OF DISCOVERY DEADLINE

The Plaintiff, Call Center Technologies, Inc. ("CCT"), in accordance with the provisions of Local Rule 7(b), moves for an extension of time of the Court's deadline for completion of discovery in this matter. The Court's current deadline for completion of discovery is May 19, 2006. CCT moves for an order that the discovery deadline in this case be extended for thirty days beyond the rendering of a decision on Interline's Motion for Reconsideration and Articulation. This is the fifth request for extension of the discovery deadline. In support of this motion, the undersigned states:

**NO ORAL ARGUMENT REQUESTED**

**TESTIMONY NOT REQUIRED**

1.  In this action CCT asserts a claim for breach of contract against Interline Travel & Tour, Inc. ("Interline") as a successor to defendant Grand Adventures Tour & Travel Publishing Corporation for the latter's purchase of certain parts and equipment being used by Interline.

2.  On January 20, 2006, the Court entered an Order that in part required all discovery, including experts reports and depositions, shall be completed by April 19, 2006.

3.  Plaintiff's previous Motion for Extension of Time and Motion for Leave to Amend were granted by the Court on March 24, 2006.  At that time, a discovery deadline was set for May 19, 2006.

Defendant's Motion for Reconsideration and Articulation does not automatically stay their necessity of filing an answer, pursuant to the Federal Rules. Therefore, accordingly, they filed a companion request for extension of time to plead.

The effect of the filing of Defendant's Motion for Reconsideration and Articulation is that it further delays the narrowing of the subpoenas, which remain outstanding (the Complaint needed to be amended to plead fraud in particularity before this was possible).

The Plaintiff is prejudiced by the fact that Defendant's motions further delay the initial step that is required for Plaintiff to perform discovery.

WHEREFORE, the Plaintiff respectfully requests that the discovery deadline be extended thirty days beyond the ruling of Defendant's Motion for Reconsideration and Articulation on the basis that we are impeded from completing discovery. Further, has been made aware of this request and did not respond.

                                           THE PLAINTIFF

By    /s/ Kevin P. Chamberlin
Kevin P. Chamberlin
100 Mill Plain Road, 4th Floor
Danbury, CT 06811
Federal Bar #- ct26843
Phone: 203-792-0011
Fax: 203-792-3370
Chamberlaw3@aol.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, | : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | | |
| v. | | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | | |
| Defendants. | : | APRIL 10, 2006 |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2006, a copy of foregoing Motion for Extension of Time of Discovery Deadline, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Kevin P. Chamberlin
Kevin P. Chamberlin
Federal Bar No. ct26843
100 Mill Plain Road, 4th Floor
Danbury, CT 06811
Phone: 203-792-0011
Fax: 203-792-3370
Chamberlaw3@aol.com