UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, | : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | | |
| v. | | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | | |
| Defendants. | : | JULY 14, 2006 |

### AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF TIME NUNC PRO TUNC

Please see enclosed affidavit of Michael A. Chamberlin, which is in support of Plaintiff's July 13, 2006 Motion for Extension of Time Nunc Pro Tunc.

/s/ Kevin P. Chamberlin
Kevin P. Chamberlin
39 Mill Plain Road, Suite 10
Danbury, CT 06811
Federal Bar #- ct26843
Tel. (203) 792-0011

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, (DJS) | : | CIVIL ACTION NO. 3:03CV1036 |
| Plaintiff, | | |
| v. | | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | | |
| Defendants. | : | JULY 14, 2006 |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2006, a copy of the foregoing Affidavit in Support of Motion for Extension of Time Nunc Pro Tunc, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Kevin P. Chamberlin
Kevin P. Chamberlin
39 Mill Plain Road, Suite 10
Danbury, CT  06811
Federal Bar #- ct26843
Tel.  (203) 792-0011

AFFIDAVIT
OF
MICHAEL A. CHAMBERLIN

I, Michael A. Chamberlin, attest to the fact that in mid-May 2006, my wife of 43 years, suffered from a nearly fatal stroke, requiring both the assistance and the presence of my son Kevin for the treatment and re-habilitation of my wife, his mother.

Kevin has been a prominent figure in assisting with her care, despite the obligation to his legal practice, and it is my position that his assistance to myself and his mother was critical in this matter.

Signed: *[signature]*
Michael A. Chamberlin
Husband and Father

July 14, 2006