UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
CALL CENTER TECHNOLOGIES,           :    CIVIL ACTION NO. 3:03CV1036 (SRU)
                                    :
            Plaintiff,              :
                                    :
v.                                  :
                                    :
GRAND ADVENTURES TOUR &             :
TRAVEL PUBLISHING CORPORATION,      :
INTERLINE TRAVEL & TOUR, INC.       :
                                    :
            Defendants.             :    SEPTEMBER 8, 2006
_____

**DEFENDANT INTERLINE TRAVEL & TOUR INC.'S
MOTION FOR EXTENSION OF TIME AND MOTION
TO MODIFY THE STANDING ORDER**

Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, respectfully requests that the Court extend the current September 18, 2006 deadline for filing motions for summary judgment. As will be discussed herein, Interline seeks the foregoing extension because Interline intends to file a motion for summary judgment, but should not be compelled to do so before the existing deadline because the discovery phase of this matter has not been completed (and will not likely be completed before September 18, 2006).

This is an alleged breach of contract action in which the plaintiff, Call Center Technologies,

**NO ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

Inc. ("CCT"), claims that Interline is somehow obligated to compensate the plaintiff for certain parts and equipment provided to co-defendant, Grand Adventures Tour & Travel Publishing Corporation ("GATT"). The gravaman of the plaintiff's complaint against Interline is that Interline is a successor in interest to GATT and should therefore be liable for the alleged debts of GATT. Interline has denied the substantive allegations of the Plaintiff's Third Amended Complaint.

Interline seeks an extension of the existing summary judgment filing deadline because the discovery phase of this case has not yet been completed and will unlikely be completed before September 18, 2006. In July, plaintiff's counsel served four, third-party subpoenas in connection with this case. Counsel for three of the four recipients of the subpoenas filed objections to the subpoenas. In addition, the undersigned filed, in the United States District Court for the Western District of Texas, a Motion to Quash two of the four third party subpoenas (i.e. the subpoenas served on Jackson, Walker LLP and Sprouse & Anderson, LLP). Although the undersigned and plaintiff's Texas counsel were able to resolve the issues surrounding Interline's Motion to Quash and the plaintiff's objection thereto, the objections to the plaintiff's third-party subpoenas have yet to be resolved. In addition, on August 3, 2006, the undersigned served, on counsel for plaintiff, Interline's Second Set of Interrogatories and Requests for Production to which no responses have been provided. Interline intends to file a motion for summary judgment, but would like to do so after all discovery has been completed and exchanged. Accordingly, Interline respectfully requests that the Court

extend the time to file a motion for summary judgment to date thirty (30) days after all discovery in this matter has been completed. In addition, should the Court grant the instant motion, Interline respectfully requests that the deadline for the parties to file trial briefs be extended accordingly.

This is Interline's third request to seek an extension of time for filing a motion for summary judgment. The undersigned contacted plaintiff's counsel, Kevin Chamberlin, on September 5, 2006 to advise him of the instant motion and Attorney Chamberlin stated that he takes no position with respect to it.

**WHEREFORE**, Interline respectfully requests that its Motion for Extension of Time be granted and that the Court's Standing Order be modified accordingly and for such other and further relief that the Court deems just and proper.

          Respectfully submitted,

          DEFENDANT,
          INTERLINE TRAVEL & TOUR, INC.

     By:_____/s/_____
       LAURA F. BALDINI, ESQ.
       Federal Bar Number ct19887
       Law Offices Of Laura Flynn Baldini, LLC
       2 Batterson Park Road, 2nd Floor
       Farmington, CT 06032
       Tel. (860) 874-8483
       Fax. (860) 561-9823
       LBaldini@FlyBal-Law.com
       Juris. No. 421267

## **ORDER**

The foregoing MOTION, having been duly presented to this Court, it is hereby **ORDERED**, that the same be and hereby is GRANTED/DENIED.

THE COURT,

_____
JUDGE/Clerk

4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, | : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GRAND ADVENTURES TOUR & | : | |
| TRAVEL PUBLISHING CORPORATION; | : | |
| INTERLINE TRAVEL & TOUR, INC. | : | |
| | : | |
| Defendants. | : | SEPTEMBER 8, 2006 |

**CERTIFICATE OF SERVICE**

      This is to certify that on SEPTEMBER 8, 2006, a copy of Interline Travel & Tour Inc.'s Motion for Extension of Time and Motion to Modify was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

      Parties may access this filing through the Court's CM/ECF System.

    Respectfully submitted,

    DEFENDANT,
    INTERLINE TRAVEL & TOUR, INC.


By:_____/s/_____
  LAURA F. BALDINI, ESQ.
  Federal Bar Number ct19887
  Law Offices Of Laura Flynn Baldini, LLC
  2 Batterson Park Road, 2nd Floor
  Farmington, CT 06032
  Tel. (860) 874-8483
  Fax. (860) 561-9823
  LBaldini@FlyBal-Law.com
  Juris. No. 421267