UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | : |
| v. | : |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | : |
| Defendants. | : SEPTEMBER 20, 2006 |

**DEFENDANT INTERLINE TRAVEL & TOUR INC.'S
MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH DISCOVERY**

Pursuant to Fed. R. Civ. P. 37, Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, respectfully moves the court to impose sanctions on the plaintiff, Call Center Technologies ("CCT"), for failing to provide responses to Interline's Second Set of Interrogatories and Requests for Production dated August 3, 2006. Pursuant to the Federal Rules, the plaintiff's discovery responses were due on or before September 5, 2006. To date, the discovery deadline has passed and, despite Interline's efforts to obtain compliance (see Attorney Certification and correspondence attached hereto), the plaintiff has not responded to Interline's discovery requests.

The plaintiff and its attorneys have a history of ignoring the rules and procedures of the Court without consequence. *See Interline's Objection to Motion for Extension of Time dated July 17, 2006; Interline's Objection to Plaintiff's Motion for Extension of Time dated February 17, 2006 at ¶ 5; and Interline's Objection to Motion for Extension of Time and Motion for Fees and Costs dated May 30, 2006.* The plaintiff's cavalier treatment of the guidelines set by the Court has not only delayed the progression of this case but has prejudiced Interline, resulting in unnecessary delays of time and defense costs. Unless and until the plaintiff is made accountable for its conduct, this case will continue, as it has, to progress at a snail's pace and Interline will be forced to incur the cost and expense of filing motions to obtain the plaintiff's compliance with the Court's rules.

Accordingly, Interline respectfully requests that the plaintiff be sanctioned for its failure to comply with discovery and that the Court do any or all of the following which is authorized under the Federal Rules:

A)   enter a nonsuit against the plaintiff and judgment by default in favor of Interline;

B)   enter an order refusing to allow CCT to support or oppose any matters requested in Interline's discovery requests dated August 3, 2006;

C)   enter an order striking out any portion or part of CCT's Amended Complaint dated February 15, 2006 which pertains to the information sought in Interline's discovery requests dated August 3, 2006;

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

D)  enter an order finding the plaintiff in contempt of Court for failing to respond to Interline's discovery requests dated August 3, 2006;

E)  enter an order awarding Interline the reasonable expenses, including attorney's fees, caused by CCT's failure to respond to Interline's discovery requests dated August 3, 2006.

**WHEREFORE**, Interline respectfully requests that its Motion for Sanctions be granted and that it be awarded such other and further relief that the Court deems just and proper.

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: _____
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

3

## ORDER

The foregoing MOTION, having been duly presented to this Court, it is hereby **ORDERED**, that the same be and hereby is GRANTED/DENIED.

THE COURT,

_____

JUDGE/Clerk

Law Offices of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | : |
| v. | : |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION; INTERLINE TRAVEL & TOUR, INC. | : |
| Defendants. | : SEPTEMBER 20, 2006 |

### CERTIFICATE OF SERVICE

This is to certify that on SEPTEMBER 20, 2006, a copy of Interline Travel & Tour Inc.'s Motion for Sanctions was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Parties may access this filing through the Court's CM/ECF System.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

5

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: _____
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

6

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | : |
| v. | : |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION; INTERLINE TRAVEL & TOUR, INC. | : |
| Defendants. | : SEPTEMBER 20, 2006 |

**CERTIFICATION CONCERNING COMPLIANCE
WITH FEDERAL RULES**

This is to certify that the undersigned tried to obtain the plaintiff's compliance with Interline's Second Set of Interrogatories and Requests for Production dated August 3, 3006 without the Court's intervention. On September 7, 2006 the undersigned sent CCT's attorney, Kevin P. Chamberlin, a letter via facsimile requesting compliance with Interline's discovery requests. *See Letter from Attorney Laura F. Baldini to Attorney Kevin P. Chamberlin attached hereto.* To date, plaintiff's counsel has not responded to the letter nor has he provided his client's responses to Interline's discovery requests.

Respectfully submitted,

By: *[signature]*
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

Law Offices of
**Laura Flynn Baldini, LLC**
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032

| | |
|---|---|
| Tel: (860) 874-8483 | E-Mail: LBaldini@FlyBal-Law.com |
| Fax: (860) 561-9823 | Web: www.FlyBal-Law.com |

TO: _Kevin P. Chamberlin, Esq._

Fax #: _(203) 792-3370_

FROM: Laura F. Baldini, Esq.

DATE: _9/7/6_

RE: _CCTV. GATT, et al._

# of pages including cover sheet: _2_

**Comments:**

**CONFIDENTIALITY NOTICE:** A lawyer has sent this facsimile transmission. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, which may attach to this communication. Thank you for your cooperation.

Law Offices of
**Laura Flynn Baldini, LLC**
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032

Tel: (860) 874-8483
Fax: (860) 561-9823

E-Mail: LBaldini@FlyBal-Law.com
Web: www.FlyBal-Law.com

September 7, 2006

**VIA FACSIMILE**
**(203) 792-3370**

Kevin P. Chamberlin, Esq.
Law Office of Kevin P. Chamberlin
39 Mill Plain Road, Suite 10
Danbury, CT 06811

Re: *Call Center Technologies, Inc. v. Interline Travel & Tour, Inc., et al.*
Docket No.: 3:03CV1036 (DJS)

Dear Attorney Chamberlin:

Please be advised that I have not received your client's response to Interline's Second Set of Interrogatories and Requests for Production of Documents dated August 3, 2006. Pursuant to the Federal Rules, your client's response was due on September 5, 2006. To avoid judicial intervention in this regard, please provide me with your client's responses on or before Friday, September 15, 2006.

This will also confirm that on Tuesday, September 5, 2006, I advised you via telephone that I will be filing a Motion for Extension of Time in which I will be asking the Court to extend the current September 18, 2006 summary judgment filing deadline given that discovery has not yet been completed. This will further confirm that you have advised me to indicate in my motion papers that you take no position with respect to my motion.

If you have any questions concerning the foregoing, please contact me.

Very truly yours,

LAURA F. BALDINI

HP Officejet 6100 Series 6110  
Personal Printer/Fax/Copier/Scanner

Log for  
Laura Flynn Baldini  
860-561-9823  
Sep 07 2006 12:51pm

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Sep 7 | 12:50pm | Fax Sent | 12037923370 | 0:50 | 2 | OK |