## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CALL CENTER TECHNOLOGIES,        :        CIVIL ACTION NO. 3:03CV1036
(DJS)

        Plaintiff,

v.

GRAND ADVENTURES TOUR &
TRAVEL PUBLISHING CORPORATION,
INTERLINE TRAVEL & TOUR, INC.

        Defendants.        :        OCTOBER 9, 2006

### PLAINTIFF'S REPLY TO DEFENDANT'S SPECIAL DEFENSES

The Plaintiff, Call Center Technologies, Inc. ("CCT"), responds to Defendant's

Special Defenses dated May 19, 2006 as follows :

### AS TO THE FIRST SPECIAL DEFENSE

Denied;

### AS TO THE SECOND SPECIAL DEFENSE

Denied;

### AS TO THE THIRD SPECIAL DEFENSE

Denied;

### AS TO THE FOURTH SPECIAL DEFENSE

Denied;

### AS TO THE FIFTH SPECIAL DEFENSE

Denied;

**AS TO THE SIX SPECIAL DEFENSE**

Denied;

**AS TO THE SEVENTH SPECIAL DEFENSE**

Denied;

**AS TO THE EIGHTH SPECIAL DEFENSE**

Denied;

**AS TO THE NINTH SPECIAL DEFENSE**

Denied;

**AS TO THE TENTH SPECIAL DEFENSE**

Denied;

**AS TO THE ELEVENTH SPECIAL DEFENSE**

Denied;

**AS TO THE TWELVE SPECIAL DEFENSE**

Denied;

**AS TO THE THIRTEENTH SPECIAL DEFENSE**

Denied;

**AS TO THE FOURTEENTH SPECIAL DEFENSE**

Denied;

**AS TO THE FIFTEENTH SPECIAL DEFENSE**

Denied.

THE PLAINTIFF

By      /s/ Kevin P. Chamberlin
        Kevin P. Chamberlin
        39 Mill Plain Road, Suite 10
        Danbury, CT  06811
        Federal Bar #- ct26843
        Phone: 203-792-0011
        Fax:  203-792-3370
        Chamberlaw3@aol.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

CALL CENTER TECHNOLOGIES,           :        CIVIL ACTION NO. 3:03CV1036
(DJS)

    Plaintiff,

v.

GRAND ADVENTURES TOUR &
TRAVEL PUBLISHING CORPORATION,
INTERLINE TRAVEL & TOUR, INC.

    Defendants.            :        OCTOBER 9, 2006

**CERTIFICATE OF SERVICE**

   I hereby certify that on October 9, 2006, a copy of foregoing pleading, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        /s/ Kevin P. Chamberlin
        Kevin P. Chamberlin
        Federal Bar No. ct26843
        39 Mill Plain Road, Suite 10
        Danbury, CT 06811
        Phone: 203-792-0011
        Fax: 203-792-3370
        Chamberlaw3@aol.com