UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | No. 3:03CV1036(DJS) |
| : | |
| GRAND ADVENTURES TOUR & : | |
| TRAVEL PUBLISHING CORPORATION : | |
| and INTERLINE TRAVEL & TOUR, INC., : | |
| : | |
| Defendants. : | |

## ORDER

As a result of the telephone conference held today, October 10, 2006, the court hereby enters the following order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."):

1. Plaintiff's Objection to Defendant's Second Set of Interrogatories and Requests for Production **(dkt. # 150)** is **OVERRULED**.

2. Plaintiff's counsel shall, on or before November 9, 2006, provide defendant's counsel with plaintiff's responses to defendant's "Requests for Admission of Statements and Documents dated August 3, 2006" and defendant's "Second Set of Interrogatories and Requests for Production dated August 3, 2006." **Should plaintiff's counsel fail to provide defendant's counsel with the above-mentioned discovery responses, plaintiff and plaintiff's counsel may be subject to sanctions pursuant to Fed. R. Civ. P. 37(b), including dismissal of this lawsuit.**

3. Plaintiff's counsel indicated to the court that he intends file two (2) motions to

compel relating to the Texas subpoenas. Plaintiff's counsel shall file these motions on or before November 9, 2006. Should plaintiff fail to file these motions on or before November 9, 2006, plaintiff shall be foreclosed from filing further motions to compel.

    4. Plaintiff's counsel shall disclose his expert witness(es) to defendant's counsel on or before November 9, 2006. Defendant's counsel shall have the right to depose plaintiff's expert witness(es) and to obtain her own expert witness.

    5. Plaintiff's counsel shall, on or before December 20, 2006, notify the court and opposing counsel in writing as to the status of his acquisition of evidence from the third parties that he subpoenaed.

    6. Defendant may renew its motion for summary judgment on or before January 10, 2007.

    **IT IS SO ORDERED** at Hartford, Connecticut on this 10th day of October, 2006.

/S/DJS
_____
**DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE**