# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, | : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GRAND ADVENTURES TOUR & | : | |
| TRAVEL PUBLISHING CORPORATION, | : | |
| INTERLINE TRAVEL & TOUR, INC. | : | |
| | : | |
| Defendants. | : | NOVEMBER 13, 2006 |

## DEFENDANT INTERLINE TRAVEL & TOUR INC.'S MOTION TO DISMISS, MOTION FOR ENFORCEMENT OF COURT ORDER AND MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH DISCOVERY

Pursuant to Rules 37 and 41 of the Federal Rules of Civil Procedure, the defendant, Interline Travel & Tour, Inc. ("Interline"), respectfully moves the court to dismiss the above-captioned action with prejudice. The plaintiff, Call Center Technologies ("CCT"), has failed to provide complete responses to Interline's Second Set of Interrogatories and Requests for Production dated August 3, 2006 and Interline's Requests for Admission of Statements and Documents dated August 3, 2006. Having failed to completely respond to Interline's discovery, the plaintiff has violated a

**ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8433 • Fax: (860) 561-9823

Court Order dated October 10, 2006 which required the plaintiff to provide said responses by **November 9, 2006**. The plaintiff's dilatory conduct has once again prejudiced Interline and its failure to provide Interline with discovery has hindered Interline's efforts to assess the validity of the plaintiff's claims and prepare this case for trial.

Although aware of the consequences of its own inaction, the plaintiff has demonstrated a blatant and unequivocal unwillingness to proceed with this case. Accordingly, for the foregoing reasons and for those set forth in the attached Memorandum of Law, Interline seeks to dismiss this action with prejudice on the grounds that the plaintiff has: 1) failed to comply with the Court's October 10, 2006 Order; 2) failed to provide complete responses to Inteline's Second Set of Interrogatories and Requests for Production dated August 3, 2006; 3) failed to respond to Interline's Requests for Admission of Statements and Documents dated August 3, 2006; and 4) failed to timely serve motions to compel the third parties subpoenaed in this case.

In the unlikely event that the Court does not dismiss this action, Interline seeks to enforce the terms of the Court's October 10, 2006 Order and any and all mandates directed by The Honorable Dominic J. Squatrito in the telephone conference with plaintiff's counsel and the undersigned which was transcribed by this Court on October 10, 2006. Such orders would include, but not be limited to, the enforcement of the November 9, 2006 deadline for filing of motions to compel and the preclusion of any late motions.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

And finally, pursuant to Fed. R. Civ. P. 37, Interline moves the court to impose sanctions on CCT for failing to provide responses to Interline's Second Set of Interrogatories and Requests for Production dated August 3, 2006 and Interline's Requests for Admission of Statements and Documents dated August 3, 2006 that comport with the Federal Rules. Pursuant to the Federal Rules, the plaintiff's discovery responses were due on or before September 5, 2006. To date, despite Interline's efforts to obtain compliance (see Attorney Certification and correspondence attached hereto) and a Court Order extending the time to respond to November 9, 2006, the plaintiff has not provided responses that comply with the rules of this Court.

**WHEREFORE,** Interline respectfully moves that the court issue an order dismissing this action with prejudice and award Interline the costs of filing this motion. In the alternative, Interline respectfully moves to enforce the Court's October 10, 2006 Order and any and all mandates directed by The Honorable Dominic Squatrito in the October 10, 2006 telephone conference. Interline further requests that the Court impose sanctions on the Plaintiff and do any or all of the following which it is authorized under the Federal Rules:

A)    enter a nonsuit against the plaintiff and judgment by default in favor of Interline;

B)    enter an order refusing to allow CCT to support or oppose any matters requested in Interline's Requests for Admission of Statements and Documents dated August 3,

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

3

2006 and Second Set of Interrogatories and Requests for Production dated August 3, 2006;

C)   enter an order striking out any portion or part of CCT's Amended Complaint dated February 15, 2006 which pertains to the information sought in Interline's Requests for Admission of Statements and Documents dated August 3, 2006 and Second Set of Interrogatories and Requests for Production dated August 3, 2006;

D)   enter an order finding the plaintiff in contempt of Court for its failure to comply with the Court's October 10, 2006 Order and failure to provide complete responses to Interline's Requests for Admission of Statements and Documents dated August 3, 2006 and Second Set of Interrogatories and Requests for Production dated August 3, 2006; and

E)   enter an order awarding Interline the reasonable expenses, including attorney's fees, caused by CCT's failure to a comply with the Court's October 10, 2006 Order and failure to provide complete responses to Interline's Requests for Admission of Statements and Documents dated August 3, 2006 and Second Set of Interrogatories and Requests for Production dated August 3, 2006.

Interline further seeks such other and further relief in law or equity that the Court deems just and proper.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

4

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By:

LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

5

## **ORDER**

The foregoing MOTION TO DISMISS, having been duly presented to this Court, it is hereby **ORDERED**, that the same be and hereby is GRANTED/DENIED.

The foregoing MOTION FOR ENFORCEMENT OF COURT ORDER, having been duly presented to this Court, it is hereby **ORDERED**, that the same be and hereby is GRANTED/DENIED.

The foregoing MOTION FOR SANCTIONS, having been duly presented to this Court, it is hereby **ORDERED**, that the same be and hereby is GRANTED/DENIED.

THE COURT,

_____

JUDGE/Clerk

Law Offices of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

6

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, | : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GRAND ADVENTURES TOUR & | : | |
| TRAVEL PUBLISHING CORPORATION; | : | |
| INTERLINE TRAVEL & TOUR, INC. | : | |
| | : | |
| Defendants. | : | NOVEMBER 13, 2006 |

## CERTIFICATE OF SERVICE

This is to certify that on November 13, 2006, a copy of Interline Travel & Tour Inc.'s Motion to Dismiss, Motion for Enforcement of Court Order and Motion for Sanctions was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Parties may access this filing through the Court's CM/ECF System.

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By:

LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, | : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GRAND ADVENTURES TOUR & | : | |
| TRAVEL PUBLISHING CORPORATION; | : | |
| INTERLINE TRAVEL & TOUR, INC. | : | |
| | : | |
| Defendants. | : | NOVEMBER 13, 2006 |

## CERTIFICATION CONCERNING COMPLIANCE
## WITH FEDERAL RULES

This is to certify that the undersigned tried to obtain the plaintiff's compliance with Interline's Requests for Admission of Statements and Documents dated August 3, 2006 and Second Set of Interrogatories and Requests for Production dated August 3, 3006 without the Court's intervention.

On **September 7, 2006** the undersigned sent CCT's attorney, Kevin P. Chamberlin, a letter via facsimile requesting compliance with Interline's discovery requests. *See Letter from Attorney Laura F. Baldini to Attorney Kevin P. Chamberlin attached hereto.*

On **September 21, 2006**, the undersigned sent CCT's attorney, Kevin P. Chamberlin, a letter via facsimile and regular mail requesting compliance with Interline's Requests for Admission of Statements and Documents.. *See Letter from Attorney Laura F. Baldini to Attorney Kevin P. Chamberlin attached hereto.*

On **October 17, 2006**, the undersigned sent CCT's attorney, Kevin P. Chamberlin, another letter requesting compliance with Interline's discovery requests. *See Letter from Attorney Laura F. Baldini to Attorney Kevin P. Chamberlin attached hereto.*

CCT did not provide complete responses to Interline's Requests for Admission of Statements and Documents dated August 3, 2006 and Second Set of Interrogatories and Requests for Production dated August 3, 3006 as was required by the Court's Order dated October 10, 2006.

Respectfully submitted,

By

LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris. No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

Law Offices of
## Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032

Tel: (860) 874-8483
Fax: (860) 561-9823

E-Mail: LBaldini@FlyBal-Law.com
Web: www.FlyBal-Law.com

**TO: Kevin P. Chamberlin, Esq.**

**Fax #: (203) 792-3370**

**FROM: Laura F. Baldini, Esq.**

**DATE:  October 17, 2006**

**RE: CCT v. GATT, et al.**

**# of pages including cover sheet: 4**

**Comments:**

**CONFIDENTIALITY NOTICE:** A lawyer has sent this facsimile transmission. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, which may attach to this communication. Thank you for your cooperation.

Law Offices of
**Laura Flynn Baldini, LLC**
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032

Tel: (860) 874-8483
Fax: (860) 561-9823

E-Mail: LBaldini@FlyBal-Law.com
Web: www.FlyBal-Law.com

October 17, 2006

**VIA FACSIMILE & REGULAR MAIL**
**(203) 792-3370**

Kevin P. Chamberlin, Esq.
Law Office of Kevin P. Chamberlin
39 Mill Plain Road, Suite 10
Danbury, CT 06811

Re:    *Call Center Technologies, Inc. v. Interline Travel & Tour, Inc., et al.*
       Docket No.: 3:03CV1036 (DJS)

Dear Attorney Chamberlin:

I am in receipt of your client's responses to Interline's Interrogatories and Requests for Production dated August 3, 2006. In reviewing your client's responses, it appears that many of your client's responses are incomplete or not responsive to the questions being asked. In particular:

1.    Interrogatory # 6 asks for specific information concerning the foreclosure sale alleged in the Third Amended Complaint. The paragraphs referenced in your client's response relate to events that occurred months before the foreclosure sale. Accordingly, please provide a responsive answer to this interrogatory citing to the specific statutes, ordinances, regulations, procedures or other guidelines that form the basis of your client's claim;

2.    Please provide a revised answer to Interrogatory #9. As you know, there have been hundreds of documents provided to you during discovery and several depositions taken in this case. Accordingly, please cite to the specific portions of the depositions of Duane Boyd and Joseph Juba that form the basis of your client's answer. In addition, please cite to the specific "documents turned over by Defendant in discovery" and specific "responses to interrogatories dated May 4, 2005" that form the basis of your client's answer;

3.    Please provide a revised answer to Requests for Production #1 and 2. Interline has requested copies of documents responsive to these requests. Accordingly, please provide copies of the documents that are responsive to these requests for production. If documents responsive to these requests for production have already been exchanged during discovery, please identify these documents by listing them in the space provided;

Law Offices of
**Laura Flynn Baldini, LLC**
2 Batterson Park Road, 2ⁿᵈ Floor
Farmington, CT 06032

Page 2 of 2

    4.    Please provide a revised answer to Requests for Production #5. Again,
Interline has requested copies of <u>documents</u> responsive to this request -- an interrogatory
response is not appropriate; and

    5.    Please provide documents responsive to Requests for Production #8, 9 and
11. Interline was not provided with any documents responsive to these requests.

    I would appreciate it if you would please forward the requested information to my
attention on or before Tuesday, October 24, 2006. I would also appreciate it if your
client would provide a certification to the Requests for Admission dated August 3, 2006.
I have enclosed a Certification for your convenience. In addition, please see to it that you
have complied with the signature requirements contained in Federal Rule 26(g) for the
Requests for Admission, Interrogatories and Requests for Production. If I do not hear
from you or receive responses from your client to these items on or before October 24,
2006, I will seek judicial intervention in this regard.

    It is my understanding that you had erroneously filed your client's objections to
Interline's discovery requests with Court. Since those objections cannot be accessed on
line because the Court has sealed them, please immediately forward the objections to me
so that I have them for my file. Given that the Court has overruled your discovery
objections, please forward your client's responses to me on or before November 9, 2006.
These would include responses to interrogatories 5(b), 6(b), 7(b) and 8 and requests for
production 3, 6, 7, 12 and 13.

    Please be advised that your client has a continuing obligation to supplement its
responses to Interline's discovery requests which include Interline's Interrogatories and
Requests for Production dated April 29, 2004 and August 3, 2006.

    Thank you for your anticipated cooperation.

                                                Very truly yours,

                                                LAURA F. BALDINI

Enc.

## CERTIFICATION

I, _____ hereby certify that I have reviewed Interline's

Requests for Admission dated August 3, 2006 and responses thereto on behalf of Call

Center Technologies and that the responses to the Requests for Admission are true and

accurate to the best of my knowledge and belief.


Dated: _____


_____

CALL CENTER TECHNOLOGIES, INC.

By:_____

Its:_____

**HP Officejet 6100 Series 611ʊ**
**Personal Printer/Fax/Copier/Scanner**

Log for
Laura Flynn Baldini
860-561-9823
Oct 17 2006 4:16pm

### Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Oct 17 | 4:14pm | Fax Sent | 12037923370 | 1:38 | 4 | OK |

Law Offices of
## Laura Flynn Baldini, LLC
2 Batterson Park Road, 2ⁿᵈ Floor
Farmington, CT 06032

Tel: (860) 874-8483
Fax: (860) 561-9823

E-Mail: LBaldini@FlyBal-Law.com
Web: www.FlyBal-Law.com

**TO: Kevin P. Chamberlin, Esq.**

**Fax #: (203) 792-3370**

**FROM: Laura F. Baldini, Esq.**

**DATE:  September 21, 2006**

**RE: CCT v. GATT, et al.**

**# of pages including cover sheet: 3**

**Comments:**

**CONFIDENTIALITY NOTICE:** A lawyer has sent this facsimile transmission. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, which may attach to this communication. Thank you for your cooperation.

Law Offices of
**Laura Flynn Baldini, LLC**
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032

Tel: (860) 874-8483
Fax: (860) 561-9823

E-Mail: LBaldini@FlyBal-Law.com
Web: www.FlyBal-Law.com

September 21, 2006

**VIA FACSIMILE & REGULAR MAIL**
(203) 792-3370

Kevin P. Chamberlin, Esq.
Law Office of Kevin P. Chamberlin
39 Mill Plain Road, Suite 10
Danbury, CT 06811

Re:    *Call Center Technologies, Inc. v. Interline Travel & Tour, Inc., et al.*
Docket No.: 3:03CV1036 (DJS)

Dear Attorney Chamberlin:

I am in receipt of your client's undated, unsigned responses to Interline's Requests for Admission of Statements and Documents dated August 3, 2006. Please be advised that your client's responses are not in conformity with the Federal Rules. The Federal Rules provide that your client's responses be signed by you or your client. The Rules also provide that "[a]n answering party may not give lack of information or knowledge as a reason for failure to admit or deny unless the party states that the party has made reasonable inquiry and that the information known or readily obtainable by the party is insufficient to enable the party to admit or deny." The Requests for Admission of Statements pertain to information that has already been provided to your client during discovery. Accordingly, it is confusing why your client would respond that it had "insufficient evidence" or "insufficient information" to answer these requests. Interline therefore requests that your client revise its responses to Interline's Requests for Admission of Statements (i.e. to Requests for Admission #: 15, 21, 22, 28, 29, 37, 40, 47, 48, 50-53, 55-59, 63, 66, 67, 73-76, 78, 84, 87, 88).

Interline also requests that CCT revise its responses to Interline's Request for Admission of Statements #16-20. Your client's responses directly contradict the deposition testimony of Mr. Dean Vlahos of CCT. Interline further requests that CCT respond to Requests for Admission of Statements # 23, 64 and 65. CCT's claim against Interline is that it is a successor of defendant Grant Adventures Tour and Travel Publishing Corporation. The requests pertain to information that has been alleged in CCT's pleadings and produced during discovery and therefore "relevance" is not a sufficient objection to these requests.

Law Offices of
**Laura Flynn Baldini, LLC**
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Page 2 of 2

Interline also requests that CCT revise its response to Request for Admission of
Statement #12. Your client's answer is not responsive to this request.

And finally, CCT's responses to Interline's Requests for Production of
Documents are not in compliance with the Federal Rules. Accordingly, please provide
responses that conform with the Federal Rules.

To avoid judicial intervention, please provide me with your client's signed,
revised responses on or before Wednesday, September 27, 2006.

Thank you for your anticipated cooperation.

Very truly yours,

LAURA F. BALDINI

**HP Officejet 6100 Series 6110**
**Personal Printer/Fax/Copier/Scanner**

**Log for**
Laura Flynn Baldini
860-561-9823
Sep 21 2006 12:53pm

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Sep 21 | 12:51pm | Fax Sent | 12037923370 | 1:10 | 3 | OK |

**Law Offices of**
**Laura Flynn Baldini, LLC**
2 Batterson Park Road, 2ⁿᵈ Floor
Farmington, CT 06032

Tel: (860) 874-8483                                    E-Mail: LBaldini@FlyBal-Law.com
Fax: (860) 561-9823                                    Web: www.FlyBal-Law.com

**TO:** Kevin P. Chamberlin, Esq.

**Fax #:** (203) 792-3370

**FROM:** Laura F. Baldini, Esq.

**DATE:** 9/7/6

**RE:** CCTV, GATT, et al.

**# of pages including cover sheet:** 2

**Comments:**

**CONFIDENTIALITY NOTICE:** A lawyer has sent this facsimile transmission. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, which may attach to this communication. Thank you for your cooperation.

Law Offices of
## Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032

Tel: (860) 874-8483
Fax: (860) 561-9823

E-Mail: LBaldini@FlyBal-Law.com
Web: www.FlyBal-Law.com

September 7, 2006

**VIA FACSIMILE**
**(203) 792-3370**

Kevin P. Chamberlin, Esq.
Law Office of Kevin P. Chamberlin
39 Mill Plain Road, Suite 10
Danbury, CT 06811

Re:  *Call Center Technologies, Inc. v. Interline Travel & Tour, Inc., et al.*
     Docket No.: 3:03CV1036 (DJS)

Dear Attorney Chamberlin:

Please be advised that I have not received your client's response to Interline's Second Set of Interrogatories and Requests for Production of Documents dated August 3, 2006. Pursuant to the Federal Rules, your client's response was due on September 5, 2006. To avoid judicial intervention in this regard, please provide me with your client's responses on or before Friday, September 15, 2006.

This will also confirm that on Tuesday, September 5, 2006, I advised you via telephone that I will be filing a Motion for Extension of Time in which I will be asking the Court to extend the current September 18, 2006 summary judgment filing deadline given that discovery has not yet been completed. This will further confirm that you have advised me to indicate in my motion papers that you take no position with respect to my motion.

If you have any questions concerning the foregoing, please contact me.

Very truly yours,

LAURA F. BALDINI

**HP Officejet 6100 Series 6110**
**Personal Printer/Fax/Copier/Scanner**

Log for
Laura Flynn Baldini
860-561-9823
Sep 07 2006 12:51pm

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Sep 7 | 12:50pm | Fax Sent | 12037923370 | 0:50 | 2 | OK |