UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
CALL CENTER TECHNOLOGIES,          :    CIVIL ACTION NO. 3:03CV1036 (DJS)
                                   :
            Plaintiff,             :
                                   :
v.                                 :
                                   :
GRAND ADVENTURES TOUR &            :
TRAVEL PUBLISHING CORPORATION,     :
INTERLINE TRAVEL & TOUR, INC.      :
                                   :
            Defendants.            :    DECEMBER 12, 2006
_____

**DEFENDANT INTERLINE TRAVEL & TOUR INC.'S OBJECTION TO PLAINTIFF'S DECEMBER 11, 2006 "NOTICE OF STATUS AND REQUEST FOR ORDER" AND MOTION FOR HEARING AND ADJUDICATION OF PENDING MOTIONS**

Interline Travel & Tour, Inc. ("Interline") submits the foregoing in response to the "Notice of Status and Request for Order" served by plaintiff, Call Center Technologies ("CCT" or "Plaintiff"), on December 11, 2006 and in support of its Motion for Hearing and Adjudication of Pending Motions.

**ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

1. The undersigned objects to plaintiff's counsel's request to conduct a "teleconference" concerning the above-referenced matter and does not consent to participate in a "teleconference". The plaintiff's request is improper as it is a <u>blatant</u> attempt to circumvent the adjudication of several motions pending before the Court. Plaintiff's counsel seeks a "telephonic conference" to discuss his admitted failure to comply with the Court's October 10, 2006 Order (which pertains to, among other things, compliance with Interline's discovery requests and service of third party subpoenas). This is the <u>precise</u> issue which has been raised in motions previously filed with this Court, *to wit*, Interline's Motion to Dismiss, Motion for Sanctions and Motion for Enforcement of Court Order dated November 13, 2006 and Interline's Motion to Correct Court Order dated November 29, 2006. These motions, not the plaintiff's counsel's "Notice", require the Court's immediate attention.

2. The Plaintiff's "Notice" is improper in that it seeks relief which should have been addressed in plaintiff's Objection to Interline's motions or by way of its own motion. On December 1, 2006, plaintiff's counsel filed an "Objection" to Interline's motions. The plaintiff had ample opportunity to fully address the "issues" set forth in its "Notice" in its Objection, but failed to do so. In addition, plaintiff's counsel failed to file an appropriate motion to request the relief sought in its "Notice." Instead, plaintiff's counsel has shamelessly asked the Court for an informal "teleconference" in attempt to, once again, ask the Court for forgiveness for his

"fatal" mistakes which resulted in his, and his client's, inability to comply with the Court's October 10, 2006 Order. *See Notice, p. 2.*

3. Interline's motions were filed well in advance of Plaintiff's "Notice" and should be fully and fairly litigated by this Court. Interline therefore requests (as is stated in its motion papers dated November 13, 2006 and November 29, 2006) oral argument on its motions at a time that is mutually agreeable to the Court, the undersigned, and opposing counsel. To protect the interests of Interline, the undersigned respectfully requests that any argument or discussions concerning Interline's motions be transcribed before a court reporter. If a court reporter is not available from the courthouse, the undersigned will obtain one to prepare a certified transcript of the proceedings by listening to the same on a speaker phone at the undersigned's telephone extension.

4. If the Court does not wish to hear oral argument on the aforementioned motions, Interline respectfully requests that the Court immediately adjudicate Interline's November 13, 2006 and November 29, 2006 motions pending before the Court as it appears that plaintiff's counsel is engaging in, and contemplating, conduct which is in direct violation of the Court's October 10, 2006 Order.

**WHEREFORE**, Interline respectfully objects to the plaintiff's "Notice" dated December 11, 2006 and does not consent to participate in a teleconference. Interline also moves for a hearing on its motions dated November 13, 2006 and November 29, 2006 and requests such other and further relief in law or equity that the Court deems just and proper.

        Respectfully submitted,

        DEFENDANT,
        INTERLINE TRAVEL & TOUR, INC.


    By:_____/s/_____
        LAURA F. BALDINI, ESQ.
        Federal Bar Number ct19887
        Law Offices Of Laura Flynn Baldini, LLC
        2 Batterson Park Road, 2nd Floor
        Farmington, CT 06032
        Tel. (860) 874-8483
        Fax. (860) 561-9823
        LBaldini@FlyBal-Law.com
        Juris. No. 421267

## **ORDER**

The foregoing OBJECTION TO NOTICE OF STATUS AND REQUEST FOR ORDER, having been duly presented to this Court, it is hereby **ORDERED**, that the same be and hereby is OVERRULED/SUSTAINED.

The foregoing MOTION FOR HEARING AND ADJUDICATION OF PENDING MOTIONS, having been duly presented to this Court, it is hereby **ORDERED**, that the same be and hereby is GRANTED/DENIED.

THE COURT,

_____
JUDGE/Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| _____ | | |
| CALL CENTER TECHNOLOGIES, | : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GRAND ADVENTURES TOUR & | : | |
| TRAVEL PUBLISHING CORPORATION; | : | |
| INTERLINE TRAVEL & TOUR, INC. | : | |
| | : | |
| Defendants. | : | DECEMBER 12, 2006 |
| _____ | | |

**CERTIFICATE OF SERVICE**

  This is to certify that on December 12, 2006, a copy of Interline Travel & Tour Inc.'s Objection to Plaintiff's December 11, 2006 Notice of Status and Request for Court Order and Motion for Hearing and Adjudication of Pending Motions was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

  Parties may access this filing through the Court's CM/ECF System.

       Respectfully submitted,

       DEFENDANT,
       INTERLINE TRAVEL & TOUR, INC.


By:_____/s/_____
   LAURA F. BALDINI, ESQ.
   Federal Bar Number ct19887
   Law Offices Of Laura Flynn Baldini, LLC
   2 Batterson Park Road, 2nd Floor
   Farmington, CT 06032
   Tel. (860) 874-8483
   Fax. (860) 561-9823
   LBaldini@FlyBal-Law.com