UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, (DJS) | : | CIVIL ACTION NO. 3:03CV1036 |
| Plaintiff, | | |
| v. | | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | | |
| Defendants. | : | JANUARY 16, 2007 |

**CALL CENTER TECHNOLOGIES, INC.'S NOTICE OF MANUAL FILING**

Pursuant to the Federal Rules of Civil Procedure, Call Center Technologies, Inc. (CCT), the Plaintiff in the above-captioned matter, submits the following Notice of Manual Filing in connection with its Memorandum of Law in Support of Plaintiff's December 11, 2006 Request for Order.

Call Center Technologies has manually filed the enclosed Memorandum of Law in Support of Plaintiff's December 11, 2006 Request for Order because the enclosed documents are too voluminous to be converted into electronic (PDF) format.

The aforementioned document has been manually served on all appearing parties.

Respectfully Submitted,

THE PLAINTIFF

By _____
Kevin P. Chamberlin
39 Mill Plain Road, Suite 10
Danbury, CT 06811
Federal Bar #- ct26843
Phone: 203-792-0011
Fax: 203-792-3370

## CERTIFICATE OF SERVICE

This is to certify that the foregoeing was mailed via U.S. mail, postage prepaid on this 16th day of January, 2007 to the following counsel of record.

Laura F. Baldini
Law Office of Laura F. Baldini
2 Batterson Park Road, 2nd Road
Farmington, CT
06032

BY: _____
Kevin P. Chamberlin

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, (DJS) | : | CIVIL ACTION NO. 3:03CV1036 |
| Plaintiff, | : | |
| v. | : | **Declaration that Plaintiff was Unable to File in a Timely Matter Due to Technical Difficulties** |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | : | |
| Defendants. | : | JANUARY 16, 2007 |

Please take note that the Plaintiff, Call Center Technologies, was unable to file the attached **Memorandum of Law in Support of Plaintiff's December 11, 2006 Request for Order** in a timely manner due to technical difficulties. The deadline for filing the **Memorandum of Law in Support of Plaintiff's December 11, 2006 Request for Order** was January 12, 2007. The reasons that I was unable to file the **Memorandum of Law in Support of Plaintiff's December 11, 2006 Request for Order** in a timely manner and the good faith efforts I made prior to the filing deadline to both file in a timely manner and to inform the court and the other parties that I could not do so are set forth below:

On January 12, 2007, the primary scanner in my office was not working and therefore a secondary scanner was used. When attempting to file the **Memorandum of Law in Support of Plaintiff's December 11, 2006 Request for Order** in a timely fashion, the CM/ECF system informed me that the file was too big. Due to the size of the scanned motion, 18 MB, I determined there was a scanner malfunction. In an effort to

show opposing counsel that the motion was attempting to be filed in a timely manner, the motion was faxed in its entirety to opposing counsel, and a confirmation sheet of said transmittal was retained. Since this occurred on the Friday of a holiday weekend, technical assistance could not be obtained.

I declare under penalty of perjury that the foregoing is true and correct.

                        Respectfully Submitted,

                        THE PLAINTIFF

By   _____
       Kevin P. Chamberlin
       39 Mill Plain Road, Suite 10
       Danbury, CT 06811
       Federal Bar #- ct26843
       Phone: 203-792-0011
       Fax: 203-792-3370
       Chamberlaw3@aol.com