UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | : |
| v. | : |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | : |
| Defendants. | : JANUARY 23, 2007 |

**DEFENDANT INTERLINE TRAVEL & TOUR INC.'S OBJECTION TO PLAINTIFF'S JANUARY 12, 2007 "MEMORANDUM" CONCERNING ITS "REQUEST FOR ORDER"**

Interline Travel & Tour, Inc. ("Interline") submits the foregoing Objection in response to the "Memorandum" concerning its "Request for Order" served by plaintiff, Call Center Technologies ("CCT" or "Plaintiff"), on or about January 12, 2007.

**ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

1

Interline objects to the plaintiff's "request" to extend the already expired deadlines for serving third party subpoenas and filing third party motions. As will be discussed in the Memorandum of Law which is filed herewith and incorporated herein, the plaintiff has failed to comply with the motion requirements set forth in Fed. R. Civ. P. 6(b) and L.Civ.R. 7 which pertain to post-deadline motions. *Smith v. District of Columbia*, 368 U.S. App. D.C. 361, 430 F. 3d 450, 457 (2005)("In the absence of any motion for an extension, [a] Court has no basis upon which to exercise its discretion"); *Lujan v. National wildlife Federation,* 497 U.S. 871, 896, 110 S.Ct. 3177 (1990)(stating that "any *post*deadline motion must be 'upon motion made'"). As such, this court cannot exercise its discretion and consider whether plaintiff's counsel can be permitted to re-serve a third party subpoena on Sprouse & Anderson ("Sprouse & Anderson") and re-file a third party Motion to Compel on Grant Thornton at this late date.

In the unlikely event that this Court does consider the plaintiff's procedurally improper request, the plaintiff has failed to demonstrate 'excusable neglect' (as is required by Fed. R. Civ. P. 6(b)) to justify re-opening the discovery deadlines in this case. As plaintiff's counsel has repeatedly admitted, his failure to serve a proper subpoena on Sprouse & Anderson and failure to file a procedurally proper motion to compel on Grant Thornton was due to his own failure to comply with the rules of this Court. His (and his Texas co-counsel's) misapplication of clear and unambiguous procedural rules does not constitute 'excusable neglect' to justify

LAW OFFICES OF LAURA FLYNN BALDINI, LLC – JURIS NO. 421267 - LBALDINI@FLYBAL-LAW.COM
P.O. BOX 887 – 74 BATTERSON PARK ROAD – FARMINGTON, CT – 06034-0887 - (860) 676-3123 – FAX: (860) 606-9797

granting his requests. *See Advanced Estimating Sys., Inc. v. Riney*, 130 F.3d 996 (11th Cir. 1997); *Committee v. Yost*, 92 F.3d 814, 825 (9th Cir. 1996)(ignorance of procedural rule not 'excusable neglect'); *Prizevoits v. Indiana Bell Telephone Co.*, 76 F.3d 132, 133 (7th Cir. 1996)("the excusable neglect standard can never be met by a showing of inability or refusal to read and comprehend the plain language of the federal rules").

**WHEREFORE**, for the reasons stated above and for the reasons set forth in the accompanying Memorandum of Law which is incorporated herein, Interline respectfully requests that the Plaintiff's "Request" be denied, that its Objection be sustained and for such other and further relief as this Court deems just and proper.

>   Respectfully submitted,
>   DEFENDANT,
>   INTERLINE TRAVEL & TOUR, INC.
>
>   By: _____
>   LAURA F. BALDINI, ESQ.
>   Federal Bar Number ct19887
>   Law Offices Of Laura Flynn Baldini, LLC
>   P.O. Box 887
>   74 Batterson Park Road, 2nd Floor
>   Farmington, CT 06034-887
>   Tel. (860) 676-3123
>   Fax. (860) 606-9797
>   LBaldini@FlyBal-Law.com
>   Juris. No. 421267

3

## ORDER

The foregoing OBJECTION, having been duly presented to this Court, it is hereby **ORDERED**, that the same be and hereby is SUSTAINED/OVERRULED.

THE COURT,

_____

LAW OFFICES OF LAURA FLYNN BALDINI, LLC – JURIS NO. 421267 - LBALDINI@FLYBAL-LAW.COM
P.O. BOX 887 – 74 BATTERSON PARK ROAD – FARMINGTON, CT – 06034-0887 - (860) 676-3123 – FAX: (860) 606-9797

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | : |
| v. | : |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION; INTERLINE TRAVEL & TOUR, INC. | : |
| Defendants. | : JANUARY 23, 2006 |

### CERTIFICATE OF SERVICE

This is to certify that on January 23, 2007, a copy of Interline Travel & Tour Inc.'s Objection to Plaintiff's January 12, 2007 "Memorandum" in connection with its "Request for Order" was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

5

Parties may access this filing through the Court's CM/ECF System.

>Respectfully submitted,
>DEFENDANT,
>INTERLINE TRAVEL & TOUR, INC.
>
>By: *[signature]*
>LAURA F. BALDINI, ESQ.
>Federal Bar Number ct19887
>LAURA F. BALDINI, ESQ.
>Federal Bar Number ct19887
>Law Offices Of Laura Flynn Baldini, LLC
>P.O. Box 887
>74 Batterson Park Road, 2nd Floor
>Farmington, CT 06034-887
>Tel. (860) 676-3123
>Fax. (860) 606-9797
>LBaldini@FlyBal-Law.com
>Juris. No. 421267

6

LAW OFFICES OF LAURA FLYNN BALDINI, LLC – JURIS NO. 421267 - LBALDINI@FLYBAL-LAW.COM
P.O. BOX 887 – 74 BATTERSON PARK ROAD – FARMINGTON, CT – 06034-0887 - (860) 676-3123 – FAX: (860) 606-9797