# EXHIBIT A

Case 3:03-cv-010...  DJS    Document 153    Filed 11/09/...06    Page 1 of 2

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CALL CENTER TECHNOLOGIES,           :           CIVIL ACTION NO. 3:03CV1036 (DJS)

        Plaintiff,

v.

GRAND ADVENTURES TOUR &
TRAVEL PUBLISHING CORPORATION,
INTERLINE TRAVEL & TOUR, INC.

        Defendants.           :           November 9, 2005

### DISCLOSURE OF EXPERT WITNESS

The Plaintiff in the above-entitled matter pursuant to Federal Rule of Civil Procedure

26(a)(2)(A) hereby discloses Richard J. Proctor, CPA, CVA, Cr.FA, CGFM, DABFA, who

can be located at 90 Grove St., Suite 101, Ridgefield, CT 06877, 203-438-9977. As discovery

is not yet completed in this case, Mr. Proctor has yet to receive all information, documents, or

data compilations to be used in support of his testimony. A report will be prepared pursuant to

Rule 26(a)(2)(B) when discovery in this matter has been concluded and all opinions to be

opined or expressed and the documents used therefore can be compiled.

BY: _____

Kevin P. Chamberlin
100 Mill Plain Road, 4th Floor
Danbury, CT 06811
Federal Bar #- ct26843
Tel. (203) 792-0011

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CALL CENTER TECHNOLOGIES,       :      CIVIL ACTION NO. 3:03CV1036
(DJS)

          Plaintiff,

v.

GRAND ADVENTURES TOUR &
TRAVEL PUBLISHING CORPORATION,
INTERLINE TRAVEL & TOUR, INC.

          Defendants.      :      NOVEMBER 9, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that on October 9, 2006, a copy of foregoing pleading, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                /s/ Kevin P. Chamberlin
                Kevin P. Chamberlin
                Federal Bar No. ct26843
                39 Mill Plain Road, Suite 10
                Danbury, CT 06811
                Phone: 203-792-0011
                Fax: 203-792-3370
                Chamberlaw3@aol.com

# **EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, INC. | : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GRAND ADVENTURES TOUR & | : | |
| TRAVEL PUBLISHING CORPORATION, | : | |
| INTERLINE TRAVEL & TOUR, INC. | : | |
| | : | |
| Defendants. | : | DECEMBER 15, 2006 |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to pursuant to Fed. R. Civ. P. 26, counsel for

Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, will take the

deposition of **Richard J. Proctor** ("Deponent") on **Friday, December 29, 2006 at 10:00 a.m.** at

the **Law Offices of Laura Flynn Baldini, LLC, Two Batterson Park Road, 2nd Floor,**

**Farmington, Connecticut 06032** before a disinterested and duly qualified officer authorized by law

to administer oaths. The deposition will be taken before a court stenographer who will prepare a

transcript of the deposition.

The deposition will continue from day to day until completed.  You are invited to attend and to cross-examine.

Pursuant to Fed. R. Civ. P. 34, the deponent shall bring to the deposition, or produce to Interline's counsel prior to the deposition at a time and place agreeable to the undersigned counsel, the documents requested on the attached Schedule A, according to the definitions and rules of construction set forth therein.

Dated at Farmington, Connecticut this 15th day of December, 2006.

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: _____
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

2

## SCHEDULE A

## DEFINITIONS AND RULES OF CONSTRUCTION

### Definitions

(1) *Communication.* The term 'communication' means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

(2) *Document.* The term 'document' is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a). A draft or non-identical copy is a separate document within the meaning of this term.

(3) *Identify.* The term 'identify' means to provide, to the extent known, information about the (i) type of document; (ii) its general subject matter; (iii) the date of the document; and (iv) the author(s), address(es) and recipient(s).

(5) *Person.* The term 'person' is defined as any natural person or any business, legal or governmental entity or association.

(6) *Concerning.* The term 'concerning' means relating to, referring to, describing, evidencing or constituting.

(7) *You/your.* The terms 'you' and 'your' shall refer to the deponent, Richard J. Proctor.

### Rules of Construction

(1) *All/Each.* The terms 'all' and 'each' shall both be construed as all and each.

(2) *And/Or.* The connectives 'and' and 'or' shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

(3) *Number.* The use of the singular form of any word includes the plural and vice versa.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8433 • Fax: (860) 561-9823

3

## DOCUMENTS TO BE PRODUCED

1.  Any and all documents, including drafts and notes, setting forth your opinions concerning the matter of *Call Center Technologies v. Grand Adventures Tour & Travel Publishing Corporation, et al.*, Docket 3:03cv1036 ("Lawsuit"), pending in the United States District Court for the Judicial District of Connecticut.

2.  Any and all expert reports concerning the Lawsuit.

3.  Any and all documents considered by you in preparing or rendering expert report(s) concerning the Lawsuit.

4.  Any and all documents concerning the terms of your engagement (including fee agreements) as an expert witness in the Lawsuit.

5.  Any and all documents that would reflect the dates and times of communications between you and CCT (including its attorneys), including, without limitation, paper and electronic date books and travel receipts.

6.  Any and all documents provided by you to Plaintiff (including its attorneys) concerning the Lawsuit.

7.  Any and all documents provided by Plaintiff (including its attorneys) to you concerning the Lawsuit.

8.  Any other documents concerning the Lawsuit.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

4

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was mailed via U.S. mail, postage prepaid on this 15th

day of December, 2005 to the following counsel of record:

Kevin P. Chamberlin, Esq.
*Counsel for Plaintiff*
39 Mill Plain Road, Suite 10
Danbury, CT 06811

And to:

Brandon Reporting
44 Capitol Avenue
Hartford, CT 06106

By: _____
          LAURA F. BALDINI, ESQ.
          Law Offices of Laura Flynn Baldini, LLC

LAW OFFICES OF LAURA FLYNN BALDINI, LLC
2 Batterson Park Road, 2nd Floor • Farmington, CT 06032
Juris No. 421267 • (860) 874-8483 • Fax: (860) 561-9823

5

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, INC. | : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GRAND ADVENTURES TOUR & | : | |
| TRAVEL PUBLISHING CORPORATION, | : | |
| INTERLINE TRAVEL & TOUR, INC. | : | |
| | : | |
| Defendants. | : | DECEMBER 15, 2006 |

**TO:**  Richard J. Proctor
90 Grove Street, Suite 101
Ridgefield, CT 06877

**YOU ARE HEREBY COMMANDED** to appear for a deposition on **Friday, December 29, 2006 at 10:00 a.m.** at the **Law Offices of Laura Flynn Baldini, LLC, Two Batterson Park Road, 2nd Floor, Farmington, Connecticut 06032** before a disinterested and duly qualified officer authorized by law to administer oaths. and to testify under oath what you know in the above-captioned matter.  You shall also produce and bring the documents requested on the attached Schedule "A" in accordance with the attached definitions and rules of construction.

**HEREOF FAIL NOT, UNDER PENALTY OF LAW.**

To any proper officer or indifferent person to serve and return.

Dated at Farmington, Connecticut this 15th day of December, 2006.

LAURA F. BALDINI, ESQ.
Commissioner of the Superior Court
Law Offices Of Laura Flynn Baldini, LLC
2 Batterson Park Road, 2nd Floor
Farmington, CT 06032
Tel. (860) 874-8483
Fax. (860) 561-9823
LBaldini@FlyBal-Law.com
Juris. No. 421267

## SCHEDULE A

## DEFINITIONS AND RULES OF CONSTRUCTION

### Definitions

(1) *Communication.* The term 'communication' means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

(2) *Document.* The term 'document' is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a). A draft or non-identical copy is a separate document within the meaning of this term.

(3) *Parties.* The term 'plaintiff' and 'defendant' as well as a party's full or abbreviated name or a pronoun referring to a party mean the party and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates. This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation.

(4) *Identify.* The term 'identify' means to provide, to the extent known, information about the (i) type of document; (ii) its general subject matter; (iii) the date of the document; and (iv) the author(s), address(es) and recipient(s).

(5) *Person.* The term 'person' is defined as any natural person or any business, legal or governmental entity or association.

(6) *Concerning.* The term 'concerning' means relating to, referring to, describing, evidencing or constituting.

(7) *You/your.* The terms 'you' and 'your' shall refer to the deponent, Richard J. Proctor.

**Rules of Construction**

(1) *All/Each.* The terms 'all' and 'each' shall both be construed as all and each.

(2) *And/Or.* The connectives 'and' and 'or' shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

(3) *Number.* The use of the singular form of any word includes the plural and vice versa.

## DOCUMENTS TO BE PRODUCED

You are requested to produce the following:

1.      Any and all documents, including drafts and notes, setting forth your opinions concerning the matter of *Call Center Technologies v. Grand Adventures Tour & Travel Publishing Corporation, et al.*, Docket 3:03cv1036 ("Lawsuit"), pending in the United States District Court for the Judicial District of Connecticut.

2.      Any and all expert reports concerning the Lawsuit.

3.      Any and all documents considered by you in preparing or rendering expert report(s) concerning the Lawsuit.

4.      Any and all documents concerning the terms of your engagement (including fee agreements) as an expert witness in the Lawsuit.

5.      Any and all documents that would reflect the dates and times of communications between you and CCT (including its attorneys), including, without limitation, paper and electronic date books and travel receipts.

6.      Any and all documents provided by you to Plaintiff (including its attorneys) concerning the Lawsuit.

7.     Any and all documents provided by Plaintiff (including its attorneys) to you concerning the Lawsuit.

8.     Any other documents concerning the Lawsuit.

# EXHIBIT C

# Reynolds & Rowella LLP

Full Service Accounting & Financial Solutions
**expect more from us**

**Partners:**
Thomas F. Reynolds, CPA
Frank A. Rowella, Jr., CPA
Steven I. Risbridger, CPA
Ben Maini, CPA
Scott D. Crane, CPA

**Principal:**
Richard J. Proctor, CPA,
CVA, CGFM

| | |
|---|---|
| **TO:** | Laura Flynn Baldini, LLC |
| **ATTENTION:** | Laura Baldini |
| **FAX NUMBER:** | 860 561-9823 |
| **SENT BY:** | Patricia m. Poli |
| **DATE:** | December 20, 2006 |
| **Number of Pages: Including Cover:** | 1 |

## SUBJECT:

Summons to Richard J. Proctor, Jr.

## MESSAGE:

Dear Attorney Baldini,

We are in receipt of a summons for a deposition regarding Civil Action No. 3:03CV 036 (DJS). Richard Proctor has not been retained as an expert or in any other capacity for any of the companies listed on the summons.

If you feel it is necessary for Richard Proctor to attend the deposition on December 29, 2006, please send a deposition retainer in the amount of $2,500 so that it is received by Reynolds & Rowella by Tuesday, December 26, 2006.

Thank you,
Patricia M. Poli
Litigation Consulting Associate
Reynolds & Rowella
90 Grove Street
Ridgefield, CT 06877

***Any tax advice in this communication is not intended or written to be used, and cannot be used, by any taxpayer(s) for the purpose of: 1) avoiding penalties that may be imposed on any taxpayer(s) or 2) promoting, marketing or recommending to another party any matters addressed herein.***

| | | |
|---|---|---|
| 90 Grove Street | 87 Old Ridgefield Road | 11 Locust Avenue |
| Ridgefield, CT 06877 | Wilton, CT 06897 | New Canaan, CT 06840 |
| **(203) 438-0161** | **(203) 762-2419** | **(203) 972-5191** |

**Fax: (203) 431-3570**

email address: info@reynoldsrowella.com

f:\data\forms\faxform.doc

# EXHIBIT D

Law Offices of
Laura Flynn Baldini, LLC
P.O. Box 887
74 Batterson Park Road, 2ⁿᵈ Floor
Farmington, CT 06034-887

Tel: (860) 676-3123
Fax: (860) 606-9797

Web: www.FlyBal-Law.com
E-Mail:LBaldini@FlyBal-Law.com

**TO: Kevin P. Chamberlin, Esq.**

**Fax #: (203) 792-3370**

**FROM: Laura F. Baldini, Esq.**

**DATE:  January 11, 2007**

**RE: CCT v. GATT, et al.**

**# of pages including cover sheet:** 4

**Comments:**

**CONFIDENTIALITY NOTICE:** A lawyer has sent this facsimile transmission. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, which may attach to this communication. Thank you for your cooperation.

**Law Offices of**
**Laura Flynn Baldini, LLC**
P.O. Box 887
74 Batterson Park Road, 2ⁿᵈ Floor
Farmington, CT 06034-887

Tel: (860) 676-3123
Fax: (860) 606-9797

Web: www.FlyBal-Law.com
E-Mail:LBaldini@FlyBal-Law.com

January 11, 2007

**VIA FACSIMILE & REGULAR MAIL**
**(203) 792-3370**

Kevin P. Chamberlin, Esq.
Law Office of Kevin P. Chamberlin
39 Mill Plain Road, Suite 10
Danbury, CT 06811

Re:   ***Call Center Technologies, Inc. v. Interline Travel & Tour, Inc., et al.***
        Docket No.: 3:03CV1036 (DJS)

Dear Attorney Chamberlin:

        I am writing to request reimbursement for the fees and costs incurred by my client
in connection with the preparation and service of the Deposition Notice and Subpoena
Duces Tecum for Richard J. Proctor, your client's "expert witness." On November 9,
2006, you served a Disclosure of Expert Witness identifying Mr. Proctor as an expert in
this case.  You served this disclosure even though you, nor your client, Call Center
Technologies ("CCT"), had engaged Mr. Proctor to serve as an expert witness.

        In reliance upon that disclosure, on December 15, 2006, I prepared and served a
Notice of Deposition and Subpoena Duces Tecum to conduct Mr. Proctor's deposition on
December 29, 2006.  Following the service of the Subpoena Duces Tecum, Mr. Proctor's
office contacted me (please see attached correspondence) to advise that Mr. Proctor had
not been engaged by Call Center Technologies.  I am therefore requesting that my client
be reimbursed for the costs associated with the preparation of the Notice of Deposition
and Subpoena Duces Tecum ($483.00) and the costs for paying a Connecticut State
Marshal to serve the Subpoena Duces Tecum on Mr. Proctor ($66.80).

Page 2 of 2

 To avoid judicial intervention in this regard, please forward a check or other good funds in the amount of Five Hundred Forty Nine Dollars and Eighty Cents ($549.80) made payable to: "Law Offices of Laura Flynn Baldini, LLC - Client Funds Account" on or before Friday, January 19, 2007. If I do not hear from you, I will take appropriate action to see to it that my client gets reimbursed.

 Thank you for your anticipated cooperation.

Very truly yours,

LAURA F. BALDINI

Enc.

# Reynolds & Rowella LLP

Full Service Accounting & Financial Solutions
expect more from us

**Partners:**
Thomas F. Reynolds, CPA
Frank A. Rowella, Jr., CPA
Steven I. Risbridger, CPA
Ben Maini, CPA
Scott D. Crane, CPA

**Principal:**
Richard J. Proctor, CPA,
CVA, CGFM

| | |
|---|---|
| **To:** | Laura Flynn Baldini, LLC |
| **Attention:** | Laura Baldini |
| **Fax Number:** | 860 561-9823 |
| **Sent By:** | Patricia m. Poli |
| **Date:** | December 20, 2006 |
| **Number of Pages: Including Cover:** | 1 |

## SUBJECT:

Summons to Richard J. Proctor, Jr.

## MESSAGE:

Dear Attorney Baldini,

We are in receipt of a summons for a deposition regarding Civil Action No. 3:03CV 036 (DJS). Richard Proctor has not been retained as an expert or in any other capacity for any of the companies listed on the summons.

If you feel it is necessary for Richard Proctor to attend the deposition on December 29, 2006, please send a deposition retainer in the amount of $2,500 so that it is received by Reynolds & Rowella by Tuesday, December 26, 2006.

Thank you,
Patricia M. Poli
Litigation Consulting Associate
Reynolds & Rowella
90 Grove Street
Ridgefield, CT 06877

***Any tax advice in this communication is not intended or written to be used, and cannot be used, by any taxpayer(s) for the purpose of: 1) avoiding penalties that may be imposed on any taxpayer(s) or 2) promoting, marketing or recommending to another party any matters addressed herein.***

| 90 Grove Street | 87 Old Ridgefield Road | 11 Locust Avenue |
|---|---|---|
| Ridgefield, CT 06877 | Wilton, CT 06897 | New Canaan, CT 06840 |
| **(203) 438-0161** | **(203) 762-2419** | **(203) 972-5191** |

**Fax: (203) 431-3570**

**email address: info@reynoldsrowella.com**

f:\data\forms\faxform.doc

**HP Officejet 6310**
Personal Printer/Fax/Copier/Scanner

**Log for**
Law Office of Laura F Bal
8605619823
Jan 11 2007 3:53PM

---

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| Jan 11 | 3:51PM | Fax Sent | 12037923370 | 1:45 | 4 | OK |

# EXHIBIT E

| From: | Chamberlaw3@aol.com |
| --- | --- |
| To: | LBaldini@FlyBal-Law.com |
| Subject: | memorandum |
| Date: | Sunday, January 14, 2007 7:46:13 PM |

Did you get my fax sent on Friday?

Also, I tend to agree with you about Proctor, just please do not send another notice of depo at least until we get a ruling on my disc requests O.K.? My client will likely not retain an expert unless we actually have something substantial for him to review related to his field of specialty and our claims.
I'll discuss getting the funds from my client ASAP for your requested fees.
You would have saved time and money had you just called me to discuss the matter before sending the notice, but I suppose that would be to much to ask.

Very Truly Yours,
Kevin Chamberlin Esq.

P.S. Is this your only active case?

# EXHIBIT F

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, | : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GRAND ADVENTURES TOUR & | : | |
| TRAVEL PUBLISHING CORPORATION; | : | |
| INTERLINE TRAVEL & TOUR, INC. | : | |
| | : | |
| Defendants. | : | FEBRUARY 2, 2007 |

## CERTIFICATION CONCERNING COMPLIANCE
## WITH FEDERAL RULES

This is to certify that the undersigned tried to obtain the plaintiff's compliance with Interline's request for reimbursement of the fees and costs incurred by Interline in connection with the preparation and service of a Deposition Notice and Subpoena Duces Tecum for Richard J. Proctor, the "expert witness" fraudulently disclosed by plaintiff's counsel on November 9, 2006. On January 11, 2007, the undersigned sent CCT's attorney, Kevin P. Chamberlin, a letter via facsimile and regular mail requesting that Interline be reimbursed for the fees and costs incurred by Interline in connection with the preparation and service of a Deposition Notice and

Subpoena Duces Tecum for Richard J. Proctor. *See Letter from Attorney Laura F. Baldini to Attorney Kevin P. Chamberlin attached to Motion for Sanctions as **Exhibit D***.  To date, CCT has not reimbursed Interline for the requested fees and costs.

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: _____
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
P.O. Box 887
74 Batterson Park Road, 2nd Floor
Farmington, CT 06034-0887
Tel. (860) 676-3123
Fax. (860) 606-9797
LBaldini@FlyBal-Law.com
Juris. No. 421267