# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | |
| v. | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC., | |
| Defendants. | SEPTEMBER 7, 2007 |

## DEFENDANT INTERLINE TRAVEL & TOUR INC.'S
## MOTION FOR RECONSIDERATION AND ARTICULATION

Pursuant to L.Civ.R. 7(c), Defendant, Interline Travel & Tour, Inc. ("Interline"), moves for reconsideration and/or articulation of one, specific portion the Court's Order dated August 24, 2007 which was filed with the Court on August 28 2007. In particular, Interline seeks reconsideration and/or articulation on part of the Court's decisions on Interline's Motion for Sanctions dated September 20, 2006 **(dkt. #147)**, Motion for Sanctions for Failure to Comply with Discovery dated October 5, 2006 **(dkt. #148)** and Motion for Sanctions for Failure to Comply with Discovery dated November 13, 2006 **(dkt. #155)** which pertain to certain outstanding discovery in this case.

**ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

1

The grounds for the foregoing motion are that the Court's existing Order, while explicitly clear that "[a]ll discovery in this case is closed" (Order, p. 16), is ambiguous with regard to certain discovery already served upon plaintiff, Call Center Technologies ("CCT"), with which CCT has refused to comply. In its Order, the Court concluded that CCT "failed to fully comply with its Order of October 10, 1006, which directed CCT to provide Interline with responses to defendant's "Requests for Admission of Statements and Documents. . . .and defendant's "Second Set of Interrogatories and Requests for Production". . ." and that such non-compliance was "not substantially justified." (Order, pp. 8-9, 11.) Although the Court specifically denied Interline's request to dismiss this action, the Court did not address Interline's alternative requests for relief under Federal Rule 37, namely relief under Federal Rule 37 A-C. As such, there is a question as to whether CCT has an obligation to respond to the outstanding discovery or whether it has been precluded from doing so given its dilatory conduct and the fact that "discovery is now closed".

Interline therefore requests reconsideration and/or articulation of this part of the Court's Order to avoid any confusion with regard to this matter and to avoid unnecessary motion practice as this case progresses.

The arguments in support of this motion are set forth in the accompanying Memorandum of Law to which the Court is respectfully referred.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC • JURIS NO. 421267• LBALDINI@FLYBAL-LAW.COM
P.O. BOX 887 • 74 BATTERSON PARK ROAD • FARMINGTON, CT • 06034-0887 • TEL: (860) 676-3123 •FAX: (860) 606-9797

**WHEREFORE**, for the foregoing reasons and for those set forth in the accompanying Memorandum of Law, Interline respectfully requests that its Motion for Reconsideration and Articulation be granted and for such other and further relief that this Court deems just and proper.

        Respectfully submitted,
        DEFENDANT,
        INTERLINE TRAVEL & TOUR, INC.

By /s/ *[signature]*
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
74 Batterson Park Road, 2nd Floor
P.O. Box 887
Farmington, CT 06034-0887
Tel. (860) 676-3123
Fax. (860) 606-9797
LBaldini@FlyBal-Law.com
Juris. No. 421267

## **ORDER**

The foregoing Motion, having been duly presented to this Court, it is hereby **ORDERED:**

*GRANTED/DENIED.*

BY THE COURT

_____
Judge/Clerk

LAW OFFICES OF LAURA FLYNN BALDINI, LLC • JURIS NO. 421267• LBALDINI@FLYBAL-LAW.COM
P.O. BOX 887 • 74 BATTERSON PARK ROAD • FARMINGTON, CT • 06034-0887 • TEL: (860) 676-3123 •FAX: (860) 606-9797

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | : |
| v. | : |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC., | : |
| Defendants. | : SEPTEMBER 7, 2007 |

### CERTIFICATE OF SERVICE

This is to certify that on September 7, 2207, a copy of Interline Travel & Tour Inc.'s Motion for Articulation/Reconsideration was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Parties may access this filing through the Court's CM/ECF System.

5

Respectfully submitted,
DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: *[signature]*

LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
74 Batterson Park Road, 2nd Floor
P.O. Box 887
Farmington, CT 06034-0887
Tel. (860) 676-3123
Fax. (860) 606-9797
LBaldini@FlyBal-Law.com
Juris. No. 421267

6