UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, | : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | | |
| v. | | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | | |
| Defendants. | : | October 12, 2007 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME OF DISCOVERY DEADLINE**

The Plaintiff, Call Center Technologies, Inc. ("CCT"), in accordance with the provisions of Local Rule 7(b), moves for an extension of time of the Court's deadline for completion of discovery in this matter. The Court's current deadline for completion of the balance of discovery is October 12, 2007. CCT moves for an order granting the Plaintiff an additional 30 days to file the balance of their responses to Defendants supplemental interrogatories and requests for production. This is the first request for an extension of time to respond to the supplemental requests. In support of this motion, the undersigned states:

**NO ORAL ARGUMENT REQUESTED**

**TESTIMONY NOT REQUIRED**

1.    In this action CCT asserts a claim for breach of contract against Interline Travel & Tour, Inc. ("Interline") as a successor to defendant Grand Adventures Tour & Travel Publishing Corporation for the latter's purchase of certain parts and equipment being used by Interline.

2.    On September 10, 2007, the Court entered an Order that in part required the Plaintiff to respond to the Defendant's outstanding discovery requests on or before October 12, 2007.

3.    A combination of the fact that the Plaintiff's counsel has moved his place of business from one location to another (in August, 2007) and the fact that the Plaintiff, himself, has been traveling to and from California for business has caused a delay in completing the aforementioned responses and compilations.

4.    Due to the schedule set by this Court in the same order it is more likely than not, that Defendant's counsel is hard at work on a draft for Summary Judgment and would not be prejudiced by this delay.

WHEREFORE, the Plaintiff respectfully requests a thirty day extension of time to complete its responses and compilations necessary to comply with the court's 9/10/07 order. Finally, opposing counsel has been made aware of this request and does not consent.

                                                          THE PLAINTIFF

By    /s/ Kevin P. Chamberlin
        Kevin P. Chamberlin
        40 Lake Avenue Extension – Suite 4
        Danbury, CT  06811
        Federal Bar #- ct26843
        Phone: 203-792-0011
        Fax:  203-792-3370
        Chamberlaw3@aol.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, | : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | | |
| v. | | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | | |
| Defendants. | : | OCTOBER 12, 2007 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, a copy of foregoing Motion for Extension of Time of Discovery Deadline, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Kevin P. Chamberlin
Kevin P. Chamberlin
Federal Bar No. ct26843
40 Lake Avenue Extension – Suite 4
Danbury, CT  06811
Phone: 203-792-0011
Fax:  203-792-3370
Chamberlaw3@aol.com