UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | : |
| v. | : |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC., | : |
| Defendants. | : NOVEMBER 2, 2007 |

**INTERLINE TRAVEL & TOUR, INC.'S**
**NOTICE OF MANUAL FILING**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56(a)(1), the Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, submits the following Notice of Manual Filing in connection with its Motion for Summary Judgment dated November 2, 2007.

Interline has manually filed the enclosed Motion for Summary Judgment, Memorandum of Law in Support of Summary Judgment, Exhibits To Interline's Motion for Summary Judgment and L.Civ.R.56(a)(1) Statement of Undisputed Facts because the enclosed documents are too voluminous to be converted into electronic (PDF) format.

1

The aforementioned documents have been manually served on all appearing parties.

                Respectfully submitted,
                DEFENDANT,
                INTERLINE TRAVEL & TOUR, INC.

By: *[signature]*
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
74 Batterson Park Road, 2nd Floor
P.O. Box 887
Farmington, CT 06034-0887
Tel. (860) 676-3123
Fax. (860) 606-9797
LBaldini@FlyBal-Law.com
Juris. No. 421267

LAW OFFICES OF LAURA FLYNN BALDINI, LLC • JURIS NO. 421267• LBALDINI@FLYBAL-LAW.COM
P.O. BOX 887 • 74 BATTERSON PARK ROAD • FARMINGTON, CT • 06034-0887 • TEL: (860) 676-3123 •FAX: (860) 606-9797

## CERTIFICATE OF SERVICE

      This is to certify that the foregoing was mailed via U.S. mail, postage prepaid on this 2nd day of November, 2007 to the following counsel of record:

Kevin P. Chamberlin, Esq.
Law Offices of Kevin P. Chamberlin
*Counsel for Plaintiff*
40 Lake Avenue Extension – Suite 4
Danbury, CT 06811

By: _____
LAURA F. BALDINI, ESQ.
Law Offices of Laura Flynn Baldini, LLC

3

LAW OFFICES OF LAURA FLYNN BALDINI, LLC • JURIS NO. 421267 • LBALDINI@FLYBAL-LAW.COM
P.O. BOX 887 • 74 BATTERSON PARK ROAD • FARMINGTON, CT • 06034-0887 • TEL: (860) 676-3123 • FAX: (860) 606-9797