UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, INC., | : | 3:03CV1036 (DJS) |
| Plaintiff, | : | |
| v. | : | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, & INTERLINE TRAVEL & TOUR, INC., | :<br>: | |
| Defendants, | : | November 2, 2007 |

**PLAINTIFF'S MOTION PURSUANT TO FED. R. CIV. P. 55(a) FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION**

Pursuant to Fed. R. Civ. Proc. 55(a), Plaintiff Call Center Technologies, Inc. ("Plaintiff") hereby moves to for the Clerk's entry of default against the Defendant Grand Adventures Tour & Travel Publishing Corporation ("GATT"), and in support hereof states as follows:

1. On or about August 27, 2002 the Plaintiff commenced an action against GATT based upon breach of contract for non-payment of goods sold, which was filed in the Superior Court, Judicial District of Danbury, Connecticut, docketed as case number CV-02-0346965-S (the "State Court Proceeding").

2. After GATT failed to appear or plead in the State Court proceeding, a default was entered against GATT in the State Court Proceeding.

3. Thereafter, on or about April 21, 2003, Connecticut Superior Court Judge White granted the Plaintiff's motion to cite-in Defendant Interline Travel & Tour, Inc. ("Interline"), as a party defendant in the State Court Proceeding.

4. On or about May 12, 2003 Plaintiff amended its Complaint in the State Court proceeding, making the Interline a party defendant.

5. On or about June 3, 2003, the Defendant Interline appeared in the State Court Proceeding, and on June 10, 2003 filed a Notice of Removal to the United States District Court for the District of Connecticut.

6. On or about August 20, 2003, the Plaintiff amended its Complaint filed in this Court (the "Second Amended Complaint").

7. On or about March 24, 2006, the Plaintiff again amended its Complaint filed in this Court (the "Third Amended Complaint.")

8. The original complaint filed in the State Court Proceeding alleged breach of contract and sought contract damages including attorneys fees and finance charges against Defendant GATT. The subsequent amendments to the original complaint have added claims against Defendant Interline for successor liability but have not alleged new or additional claims against Defendant GATT.

9. Defendant GATT was defaulted in the State Court Proceeding prior to this action being removed to this Court, thus Defendant GATT's default appears in the record of this action from the State Court.

10. Defendant GATT has subsequently failed to appear or plead in this Court since the removal from State Court and amendment of the original complaint.

**WHEREFORE**, Plaintiff respectfully requests that the Clerk of this Court enter a default pursuant to Fed. R. Civ. P. 55(a) as against the Defendant Grand Adventures Tour & Travel Publishing Corporation.

        PLAINTIFF,
        CALL CENTER TECHNOLOGIES, INC.


By   _____
     Kevin P. Chamberlin, its Attorney
     Federal Bar No. ct26843
     40 Lake Avenue Extension
     Suite 4
     Danbury, CT 06811
     Tel: 203-792-0011
     Fax: 203-792-3370
     Chamberlinlaw@comcast.net

Dated: November 2, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007, a copy of foregoing Motion for Default, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Grand Adventures Tour & Travel Publishing Corporation
211 East 7th Street – 11th Floor
Austin, TX 78701

     /s/ Kevin P. Chamberlin
     Kevin P. Chamberlin
     Federal Bar No. ct26843
     40 Lake Avenue Extension – Suite 4
     Danbury, CT 06811
     Phone: 203-792-0011
     Fax: 203-792-3370
     Chamberlinlaw@comcast.net