UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, (DJS) | : | CIVIL ACTION NO. 3:03CV1036 |
| Plaintiff, | | |
| v. | | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | | |
| Defendants. | : | NOVEMBER 21, 2007 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, Call Center Technologies, Inc. ("CCT"), in accordance with the provisions of Local Rule 7(b), moves for an extension of time to file its Objection to the Defendant's Motion for Summary Judgment. CCT moves for an order granting the Plaintiff an additional 30 days to file their Objection to Defendant's Motion for Summary Judgment. This is the first request for an extension of time to file an Objection to Defendant's Motion for Summary Judgment. In support of this motion, the undersigned states:

**NO ORAL ARGUMENT REQUESTED**

**TESTIMONY NOT REQUIRED**

1. In this action CCT asserts a claim for breach of contract against Interline Travel & Tour, Inc. ("Interline") as a successor to defendant Grand Adventures Tour & Travel Publishing Corporation for the latter's purchase of certain parts and equipment being used by Interline.

2. On November 2, 2007, the Court entered an Order that required the Plaintiff to respond to the Defendant's Motion for Summary Judgment on or before November 23, 2007.

3. This request is being made for a number of reasons including, one, the motion filed by the Defendant is extremely voluminous and will require a significant period of time to produce a proper objection; and two, the standard twenty one (21) day period for response has been limited by the fact that the Thanksgiving holiday falls within same both limiting office time for counsel and availability of staff for filing procedures.

4. Counsel for the Defendant has been contacted, is aware of this request and does not object.

WHEREFORE, the Plaintiff respectfully requests a thirty day extension of time to file its Objection to Defendant's Motion for Summary Judgment.

THE PLAINTIFF

By   /s/ Kevin P. Chamberlin
     Kevin P. Chamberlin
     40 Lake Avenue Extension – Suite 4
     Danbury, CT  06811
     Federal Bar #- ct26843
     Phone: 203-792-0011
     Fax: 203-792-3370
     Chamberlinlaw@comcast.net

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, (DJS) | : | CIVIL ACTION NO. 3:03CV1036 |
| Plaintiff, | | |
| v. | | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | | |
| Defendants. | : | NOVEMBER 21, 2007 |

### CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2007, a copy of foregoing Motion for Extension of Time to file Objection to Defendant's Motion for Summary Judgment, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Kevin P. Chamberlin
Kevin P. Chamberlin
Federal Bar No. ct26843
40 Lake Avenue Extension – Suite 4
Danbury, CT  06811
Phone: 203-792-0011
Fax:  203-792-3370
Chamberlinlaw@comcast.net