UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, | : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | | |
| v. | | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | | |
| Defendants. | : | DECEMBER 12, 2007 |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, Call Center Technologies, Inc. ("CCT"), in accordance with the provisions of Local Rule 7(b), moves for an extension of time to file its Objection to the Defendant's Motion for Summary Judgment. CCT moves for an order granting the Plaintiff a one week extension of time until December 21, 2007 to file their Objection to Defendant's Motion for Summary Judgment. This is the second request for an extension of time to file an Objection to Defendant's Motion for Summary Judgment. In support of this motion, the undersigned states:

**NO ORAL ARGUMENT REQUESTED**

**TESTIMONY NOT REQUIRED**

1.  In this action CCT asserts a claim for breach of contract against Interline Travel & Tour, Inc. ("Interline") as a successor to defendant Grand Adventures Tour & Travel Publishing Corporation for the latter's purchase of certain parts and equipment being used by Interline.

2.  On November 2, 2007, the Court entered an Order that required the Plaintiff to respond to the Defendant's Motion for Summary Judgment on or before November 23, 2007.

3.  On November 21, 2007 Plaintiff filed a Motion for Extension of Time to file Objection to Defendant's Summary Judgment.

4.  On November 28, 2008, the Court entered an Order granting an extension of time to file Objection to Summary Judgment until December 14, 2007 also stating that no further extensions will be granted.

5.  This request is being made for a number of reasons including, one, Counsel was and is continuing preparation on a Petition for Certification for Appellate docket #27324 (Roy Young v. Call Center Technologies) simultaneously with the Objection to Summary Judgment; and two, Counsel has been experiencing difficulties with his Lexis Nexis search database for a number of days, causing an inability to research.

6.  Further, the undersigned counsel urges the court to, despite the Court's Order of no further extensions, to consider the lack of prejudice to both opposing counsel in responding and to the Court in deciding the Defendant's motion due to the fact that both the Christmas and New Year's holiday immediately follow this filing and neither party would or should expect a ruling to come until after the Court has enjoyed its holidays to the fullest extent.

7.   Counsel for the Defendant has been contacted, is aware of this request and does not consent due to the fact that the November 28, 2007 Order states that no further extensions will be granted.

WHEREFORE, the Plaintiff respectfully requests a final one week extension of time to file its Objection to Defendant's Motion for Summary Judgment until December 21, 2007.

THE PLAINTIFF

By   /s/ Kevin P. Chamberlin
     Kevin P. Chamberlin
     40 Lake Avenue Extension – Suite 4
     Danbury, CT  06811
     Federal Bar #- ct26843
     Phone: 203-792-0011
     Fax:  203-792-3370
     Chamberlinlaw@comcast.net

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, (DJS) | : | CIVIL ACTION NO. 3:03CV1036 |
| Plaintiff, | | |
| v. | | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC. | | |
| Defendants. | : | DECEMBER 12, 2007 |

### CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2007, a copy of foregoing Second Motion for Extension of Time to file Objection to Defendant's Motion for Summary Judgment, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Kevin P. Chamberlin
Kevin P. Chamberlin
Federal Bar No. ct26843
40 Lake Avenue Extension – Suite 4
Danbury, CT 06811
Phone: 203-792-0011
Fax: 203-792-3370
Chamberlinlaw@comcast.net