# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, INC., | : | 3:03CV1036 (DJS) |
| Plaintiff, | : | |
| v. | : | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, & INTERLINE TRAVEL & TOUR, INC., | : | |
| Defendants. | : | December 14, 2007 |

**EXHIBITS TO AFFIDAVIT OF DEAN VLAHOS IN SUPPORT OF**

**PLAINTIFF'S RULE 56(a)(2) STATEMENT IN OPPOSITION TO INTERLINE TRAVEL & TOUR, INC.'S STATEMENT OF UNDISPUTED FACTS**

A.    Letter of Attorney Vince Mouer dated November 20, 1998.

B.    CCT shipping record for Additional Parts.

C.    www.perx.com home page printout

D.    Printout of confirmation of order placed on store.perx.com website

E.    Interline Net Assets Acquired, Plaintiff's Deposition Exhibit 24.

F.    SEC Form 8-K filed April 9, 2001 with SEC.

EXHIBIT A

# KUPERMAN, ORR, MOUER & ALBERS
### A PROFESSIONAL CORPORATION
Attorneys & Counselors

100 CONGRESS AVENUE, SUITE 1400
AUSTIN, TEXAS 78701
(512) 322-8000

WRITER'S DIRECT NUMBER
(512) 322-8038

WRITER'S E-MAIL ADDRESS
pvmouer@komalaw.com

FAX
(512) 322-8143

November 20, 1998

FAX AND FEDEX

Call Center Technologies, Inc.
632-640 Federal Road
Brookfield, Connecticut 06804
Attn: President

Re:    Grand Adventures Tour & Travel Publishing Corporation;
       Purchase of Call Answering System

Dear Sir:

This firm is counsel to Grand Adventures Tour & Travel Publishing Corporation ("GATT"). GATT has referred to us the matter of its purchase from CCTI of a telephone answering system which will permit GATT to route and answer incoming telephone calls.

To date, CCTI has not delivered to GATT a system which complies with the specifications set forth within the purchase contract between GATT and CCTI, and in particular, a system which is Year 2000 compliant.

I understand that CCTI will not dispute its failure to perform to date. Therefore, GATT has two demands. First, GATT demands that CCTI deliver to GATT, not later than November 30, 1998, a product which conforms in all respects to the specifications set forth in such agreement, including certified compliance with Year 2000 system standards. Second, GATT demands that not later than November 24, 1998, CCTI inform them of CCTI's intention to comply with the foregoing demand. Should you fail to do either of these things, then I will be forced to recommend to GATT that they consider pursuit of the legal remedies available to GATT.

Please call with any questions.

Sincerely,

Vince Mouer

VM:pth
cc:    Mr. Matthew O'Hayer
       Mr. Joseph S. Juba
       Mr. Darrell W. Barker

# KUPERMAN, ORR, MOUER & ALBERS

A PROFESSIONAL CORPORATION

100 CONGRESS AVENUE, SUITE 1400
AUSTIN, TEXAS 78701
(512) 322-8000

## FACSIMILE COVER SHEET
November 20, 1998

TO:     President - Call Center Technologies, Inc.
FAX:    203-740-3536

FROM:   Vince Mouer
PHONE : 512-322-8038

MESSAGE:

TOTAL NUMBER OF PAGES:  2  (INCLUDING THIS SHEET)

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (512) 322-8000
OUR FAX #: 512-322-8143

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL ATTORNEY INFORMATION INTENDED ONLY FOR THE USE OF THE ADDRESSEE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE HEREBY NOTIFIED NOT TO READ THE ATTACHED AND THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND PLEASE RETURN THE ORIGINAL MESSAGE TO US AT OUR LETTERHEAD ADDRESS VIA THE U.S. POSTAL SERVICE.

# KUPERMAN, ORR, MOUER & ALBERS
### A PROFESSIONAL CORPORATION
Attorneys & Counselors

100 CONGRESS AVENUE, SUITE 1400
AUSTIN, TEXAS 78701
(512) 322-8000

WRITER'S DIRECT NUMBER
(512) 322-8038

WRITER'S E-MAIL ADDRESS
pvmouer@komalaw.com

FAX
(512) 322-8143

November 20, 1998

FAX AND FEDEX

Call Center Technologies, Inc.
632-640 Federal Road
Brookfield, Connecticut 06804
Attn: President

Re:    Grand Adventures Tour & Travel Publishing Corporation;
        Purchase of Call Answering System

Dear Sir:

This firm is counsel to Grand Adventures Tour & Travel Publishing Corporation ("GATT"). GATT has referred to us the matter of its purchase from CCTI of a telephone answering system which will permit GATT to route and answer incoming telephone calls.

To date, CCTI has not delivered to GATT a system which complies with the specifications set forth within the purchase contract between GATT and CCTI, and in particular, a system which is Year 2000 compliant.

I understand that CCTI will not dispute its failure to perform to date. Therefore, GATT has two demands. First, GATT demands that CCTI deliver to GATT, not later than November 30, 1998, a product which conforms in all respects to the specifications set forth in such agreement, including certified compliance with Year 2000 system standards. Second, GATT demands that not later than November 24, 1998, CCTI inform them of CCTI's intention to comply with the foregoing demand. Should you fail to do either of these things, then I will be forced to recommend to GATT that they consider pursuit of the legal remedies available to GATT.

Please call with any questions.

Sincerely,

Vince Mouer

VM:pth
cc:    Mr. Matthew O'Hayer
        Mr. Joseph S. Juba
        Mr. Darrell W. Barker

EXHIBIT  B

Date: 2/1/99

Shipping Information

Order #: _____
Cust. Order #: _____
Prepared by: BKC

Name: SCOTT
Company: GRAND ADVENTURE
Address: _____
_____

Phone: _____
_____

FedEX          UPS          Airborne

Other: _____
_____

# of boxes:  1

Dimensions: 14 X 22 X 10   Weight: 19 lbs
Dimensions: ___ X ___ X ___   Weight: ___ lbs

| Item | | Serial Number | Item | | Serial Number |
|------|------|---------------|------|------|---------------|
| 1. | TIC CARD | 266020  4392 | 16. | | |
| 2. | TIC CARD | 059994  0394 | 17. | | |
| 3. | TIC CABLE | 0406 | 18. | | |
| 4. | TIC CABLE | 0460 | 19. | | |
| 5. | TIC CABLE | 0461 | 20. | | |
| 6. | | | 21. | | |
| 7. | | | 22. | | |
| 8. | | | 23. | | |
| 9. | | | 24. | | |
| 10. | | | 25. | | |
| 11. | | | 26. | | |
| 12. | | | 27. | | |
| 13. | | | 28. | | |
| 14. | | | 29. | | |
| 15. | | | 30. | | |

EXHIBIT C



Corporate Information | Email Subscription FAQ

Interline Vacations is a company with a tradition of providing the interline community with discounted resort and cruise vacations. Incorporated in Texas in October 2001, as Interline Travel & Tour, Inc. and doing business under the name Interline Vacations, we are a closely held, privately owned company with committed investors who actively manage the affairs of the business on a daily basis. These investors are led by Lawrence Fleischman, Chairman and Chief Executive Officer, and Duane Boyd, President, who collectively own a majority of the company's stock.

Interline Vacations' goal is to provide active and retired airline employees, as well as their parents, other family members and friends, a wide variety of cruise and resort/hotel vacations at an exceptional value with unparalleled customer service. Headquartered in Texas, we maintain a call center ready to meet your needs seven days per week. The company publishes a brochure that is distributed once every approximately six weeks to the airline community and sends e-mail specials to those interested customers once every week. If you would like to receive a copy of our most recent brochure it may be downloaded from the www.perx.com. This is also the page to use if you would like to be added to our e-mail specials distribution list.

We look forward to being able to provide you with the vacation of a lifetime and are keenly interested in learning how we can serve you better and encourage you to contact us at ideas@perx.com with your thoughts, comments and ideas. Thank you for your interest, and we look forward to serving you soon.

To contact an agent about a cruise, tour or resort, please visit http://www.perx.com/agentrequest.php. To report problems with this website, please send an email to webmaster@perx.com.

Perx.com                                                                                          Page 1 of 1

# *perx* .com

**INTERLINE VACATIONS**



MEGA
Tamarijn Aruba
*All inclusive*

WE DO ALL THE WORK SO
YOU CAN HAVE ALL THE FUN!

| RESORTS | CRUISES | TOURS | SPECIALS |

SIGN IN | REGISTER NOW

## 1-888-PERXCOM
AIRLINE EMPLOYEE DISCOUNT TRAVEL



### THE LATEST DEALS DELIVERED!
Just enter your email address
to receive hot updates on great rates!

[ Submit ]

### OUR BROCHURE
Download and print our most recent four-color
Perx brochure for discounts in your favorite
destinations and cruise itineraries in PDF format.

**FRONT COVER**
**BACK COVER**
**CRUISES**
**RESORTS**
**HOTSHEET/MEXICO**

### CONTACT AN AGENT
Need a live person? Send us an information
request and one of our talented and knowledgeable
agents will get back with you!



**CRUISE AGENT**
**RESORT AGENT**
**TOURS AGENT**



## Fall for these amazing autumn vacation deals!

## MAKE LIKE A TREE AND LEAF!

Perx has the perfect Fall getaway! And just in time before Winter hits.
Whether you want to be pampered in a luxury resort on a pristine
beach or sail across the world's most beautiful oceans on an amazing
cruise ship, Perx can deliver it to you—at price you won't want to
pass up. Call us today! Remember, we do all the work so you can
have all the fun!



HOT INTERLINE DEALS!



CAR RENTALS AT
INTERLINE RATES!
CLICK TO BOOK NOW





**CLICK HERE** FOR INTERLINE VACATIONS' RESERVATIONS TERMS & CONDITIONS
FOR OUR CUSTOMERS WHO NEED HELP WITH AN EXISTING RESERVATION.
CONTACT US AT CUSTOMERSERVICE@PERX.COM
©2004 COPYRIGHT INTERLINE TRAVEL & TOUR | **CAREER OPPORTUNITIES** : **ABOUT US**

FOUNDING
MEMBER
APITA

# HOTSHEET
*FRESH NEW TRAVEL DEALS DELIVERED DIRECTLY TO YOU!*

# MEXICO

**THE HEAT OF SUMMER IS FINALLY** dissipating, the kids are headed back to school, and "Prime Time to Interline" has arrived! It doesn't get any better than this...
**THE RATES ARE THE BEST OF THE YEAR,** and if you haven't already, it's time to give us a call, pack your bag and use some of that vacation time! I've hit the highlights, but there are just too many bargains to mention here... Alaska is in the very last throws of the season, and if you take a peek at our web site, you might find a few sailings before the season ends mid-September. Coastal repositioning from Alaska south to Los Angeles or San Diego, follow immediately, and there are some great prices for 3, 4, 5, and 6-night cruises. Two more bargain destinations are the South Pacific & Australia/New Zealand; Celebrity's *Mercury* is cruising 16-nights, Nov 23, Honolulu to Auckland starting at $899; the *Pacific Princess* is cruising between Honolulu and Papeete in Sep, Oct, Nov, & Dec, 11-nights from just $899; and in 2008, Jan, Feb, Mar & Apr, the *Sapphire Princess* is cruising between Sydney and Auckland, 12-nights from $999. 10-nights Papeete round trip on the *Tahitian Princess* starts at just $899; while RCCL's, the *Rhapsody of the Seas* does Sydney round trip Nov 10, 14-nights from just $999. And, of course, the *Paul Gauguin*... Luxury cruising, Papeete round trip 7-nights from $1785! And, that for Christmas and New Year's sailings! Incredible prices for Exotic Cruises; you'll be saving thousands of dollars!
**SPEAKING OF CHRISTMAS AND NEW YEAR'S SAILINGS** – there is excellent availability! Princess started the ball rolling with amazing rates (the *Coral Princess*, Dec 20, 7-night Eastern Caribbean is still available from just $599) and now the other cruise lines are coming out to play. Holiday cruises are available on Carnival, Celebrity, Holland America, MSC and NCL and the rates are very competitive.
**IN OTHER NEWS, DESPITE TREMENDOUS** efforts by the company, many esteemed partners and thousands of previous guests, the U.S. Congress has decided that the Delta Queen should not continue operating on America's rivers beyond 2008. Built in 1926, the Delta Queen is registered as a National Historic Landmark and is the last operational over-night steam-powered sternwheeler in the United States. Delta Queen's owner, Majestic America Line, is committed to providing this American treasure with a proper and well-deserved send off, and will spend the Delta Queen's 2008 farewell season celebrating this historic landmark with the communities and people who hold her storied tradition of sailing the waterways of the United States so dear. Watch for fall, winter and spring sailings at excellent interline rates on www.perx.com/specials if you'd like to catch a bit of "history" before it disappears.
**THERE ARE ALL SORTS OF BARGAINS** worthy of note... Azamara Cruises, the latest entry into the deluxe market, will be cruising from Miami to Sao Paulo Nov 11, 18-nights from just $1349... Wow! And, don't forget we have hundreds of 2008 sailings posted with fantastic interline rates... Did you miss Europe this year? Take a look at the fantastic rates already offered for 2008! We even have rates for NCL's *Norwegian Jade*, for the inaugural sailing March 30, a 12-night sailing from just $899! Looking for bargains! We have them all at www.perx.com!
Remember: "We do all the work so you can have all the fun!"
That's all for now. Until next time, smooth sailing and safe home. *(Written on 8/07)*

# CALL NOW! 1-800-207-9992

## ACAPULCO
Hyatt Regency from $39 [EP]
Playa Suites by Best Western from $59 [AI]
Ritz Acapulco from $63 [AI]
Calinda Beach from $65 [AI]

## CABO SAN LUCAS
Villas Del Palmar from $59 [EP]
Tesoro Cabo from $69 [AI]
Royal Solaris from $79 [AI]
Presidente Intercontinental from $87 [AI]
Villa del Arco Los Cabos from $89 [EP]
Villa La Estancia from $89 [EP]
Crowne Plaza Los Cabos from $103 [AI]
Melia Cabo Real from $105 [AI]
Desire Resort and Spa from $119 [AI]
Dreams Los Cabos Suites Golf Resort
 & Spa from $125 [AI]
ME Cabo from $125 [EP]
The Grand Baja from $139 [EP]

## CANCUN
Ambiance Villas from $35 [EP]
Oasis Cancun from $55 [AI]
Flamingo Cancun from $59 [AI]
Blue Bay Getaway from $59 [AI]



**OMNI CANCUN**

3 cascading swimming pools, swim-up bar, ocean view Mega Jacuzzi, children's pool, Caribbean restaurant. *Book and travel by Sept 17 for only $69. $99 thru Oct 31* [AI]

CANCUN
from $69/99*

Great Paranssus from $70 [AI]
Barcelo Tucancun from $72 [AI]
Hyatt Regency from $72 [EP]
Royal Solaris from $72 [AI]
Grand Oasis Playa from $73 [AI]
Grand Oasis Cancun from $73 [AI]
Hoteur Beach Paradise from $75 [AI]
GR Solaris from $77 [AI]
Barcelo Costa Cancun from $78 [AI]

**TERMS & CONDITIONS:** All vacation packages booked with Interline Vacations are subject to the terms and conditions as published and periodically updated at http://www.perx.com/specials/candcs.sim. If you do not have access to the internet we will be happy to FAX or MAIL them to you – call and request it at 1-800-446-0116. Remittance of funds, or providing credit card information, to Interline Vacations constitutes acceptance of these terms and conditions as published regardless of whether or not you have been read or reviewed them. **DISCLAIMERS:** Interline Vacations is headquartered in Austin, Texas and acts only as a third party booking agent for suppliers providing cruise, tours, hotels and other services. We do not control the service providers, on whose behalf we market, or the activities engaged in by our clients, and therefore cannot be responsible for their acts or omissions, responsibility for which is expressly disclaimed. Interline Vacations is not responsible for and expressly disclaims responsibility for any claims, losses, damages, costs or expenses arising out of: acts, errors, omissions, personal injury, sickness, accident, or death, damage, loss or delay of baggage or other property; or delay or inconvenience, loss of enjoyment, loss of pay, upset, disappointments, distress, or frustration whether physical or mental resulting from, but not limited to: 1) The act of omission, of any person or person at hotels, cruise lines, tour operators, airlines, transfer companies, other service providers, and clients; and: 2) Mechanical breakdowns or malfunctions, government actions, strikes, lockouts, war, terrorism, weather, act of God, or other factors and causes beyond our control. All services and goods are accepted on a non-warranty "as is" basis. No express warranties are given by Interline Vacations. All implied warranties are expressly disclaimed. **OTHER:** A.) All prices are subject to change or cancellation without notice. B.) Interline Vacations is not responsible for typographical errors. C.) Inquiries should be directed as follows: Interline Vacations, 12708 Riata Vista Circle, Suite A-125, Austin, TX 78727, 512 691-4500. **DATE OF ISSUE:** March 23, 2004.

EXHIBIT D

**Dean Vlahos**

| | |
|---|---|
| **From:** | Welcome to store.perx.com (through Yahoo! Store Order System) [eb@sybr.com] |
| **Sent:** | Wednesday, October 08, 2003 4:42 PM |
| **To:** | Dean Vlahos |
| **Subject:** | order perx-1413 from Welcome to store.perx.com |

Thank you again for your order from Perx

The following items have been shipped to:

    Dean Vlahos
    640 Federal Road
    Brookfield CT 06804 US United States
    203-740-5510

using Ground

The shipper's tracking number is 1Z16R47V0340927034

You can always find out the current status of your order by going to
http://order.store.yahoo.com/OS/stat?perx+1413+8eea236f361f3b835d21

```
Name                   Code       Qty   Each  Options
-----------------------------------------------------
Gran Cru Britania PUB  PUNCH        1   93.00
(Shipped)
UPS Tracking Number:
1Z16R47V0340927034
                              Subtotal  93.00
                              Shipping   4.50
                                 Total  97.50
```

This completes your order. Thank you for shopping with us.

1

**#1413**                    **Order perx-1413 for Welcome to store.perx.com**

| | |
|---|---|
| **Date** | Tue Oct  7 13:03:28 PDT 2003 |
| **Ship to** | Dean Vlahos<br>640 Federal Road<br>Brookfield CT 06804<br>US United States<br>203-740-5510 |
| **Bill to** | Same |
| **E-Mail** | dean@cct.com (emailed) |
| **Via** | Ground |
| **Payment** | MasterCard |

| Item | Code | Qty | Unit Price |
|---|---|---|---|
| Gran Cru Britania PUB<br>http://store.yahoo.com/perx/pub.html | PUNCH | 1 | 93.00 |
| | **Subtotal** | | 93.00 |
| | **Shipping** | | 4.50 |
| | **Total** | | 97.50 |

EXHIBIT  E

**INTERLINE VACATIONS**
NET ASSETS ACQUIRED
10/29/2001
as of 7-5-02

|  |  | BOOK | TAX |
|---|---|---|---|
|  | Petty cash-Boca | 102.58 | 102.58 |
|  | Operating Account-Frost Bank | 16,461.91 | 16,461.91 |
| 1510 | Receivable @ Foreclosure | 28,354.33 | 28,354.33 |
| 1511 | Comm Rec @ Foreclosure | 107,987.15 | 107,987.15 |
| 1512 | Hotel cost payable | (621.30) | (621.30) |
| 1550 | Prepaid Hotel Costs | 59,722.62 | 59,722.62 |
| 1560 | Room nights | 57,304.28 | 57,304.28 |
| 1605 | Furniture held for sale | 614.64 | 614.64 |
| 1610 | Furniture | 30,340.00 | 30,340.00 |
| 1620 | Equipment | 59,000.00 | 59,000.00 |
|  |  |  | 0.00 |
| 1950 | Customer lists and other intangibles | 390,571.75 | 375,279.68 |
|  |  |  | 0.00 |
| 2026 | Accrued Vacation | (15,292.07) |  |
|  | Accrued payroll taxes | (1,169.84) | (1,169.84) |
|  |  |  | 0.00 |
| 2032 | Deferred Cruise Revenue | (83,675.68) | (83,675.68) |
| 2034 | Deferred Hotel Revenue | (108,358.30) | (108,358.30) |
|  |  |  | 0.00 |
| 2071 | Long term debt-Wells Fargo/DBMK | (83,424.76) | (83,424.76) |
| 2072 | Long term debt-Wells Fargo/LF | (83,424.76) | (83,424.76) |
|  |  |  |  |
|  | Net assets | 374,492.55 | 374,492.55 |

Purchase Price:

|  |  |  |
|---|---|---|
| GATT note purchased | 360,000.00 |  |
| Legal Fees | 14,492.55 |  |
|  |  |  |
| Total | 374,492.55 |  |



24 of 211 DOCUMENTS

Copyright 2001 EDGAR Online, Inc.
EDGAR Online

GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORP

FORM TYPE: 8-K

DOCUMENT DATE: April 9, 2001

FILING DATE: April 9, 2001

* * * * * * * * * COMPANY INFORMATION * * * * * * * * * *
ADDRESS: AUSTIN, Texas, 78701
CIK: 0000791958
TICKER: GATT
EXCHANGE: Pink Sheets
SIC CODES:
4700 - Transportation Services

* * * * * * * * * * FILING DATA * * * * * * * * * *
REPORT PERIOD: April 9, 2001
SEC FILE NUMBER: 033-04734-D

* * * * * * * * * * CONTENTS * * * * * * * * * *

        •    Retrieve All - Form and Exhibits
        •    Other Events
        •    Signatures

* * * * * * * * * * TEXT * * * * * * * * * *

    UNITED STATES

    SECURITIES AND EXCHANGE COMMISSION

    WASHINGTON, DC 20549

    FORM 8-K

    CURRENT REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE

    SECURITIES EXCHANGE ACT OF 1934

    DATE OF REPORT (DATE OF EARLIEST EVENT REPORTED): APRIL 9, 2001

    COMMISSION FILE NUMBER 33-4734-D

    GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION

    (Exact name of registrant as specified in charter)
                        DELAWARE                                93-0950786
    --------------------------------          --------------------
    (State or other jurisdiction of                        (IRS. Employer
    incorporation or organization)                    Identification No.)
          211 EAST 7TH STREET, SUITE 1010, AUSTIN, TEXAS        78701
    ---------------------------------------------------      ----------
    (Address of principal executive offices)                (Zip Code)
    Registrant's telephone number, including area code   (512) 391-2000
                                                         ----------------

Return to Contents

    ITEM 5 - OTHER EVENTS

    The Company is filing this Form 8-K to report the following:

    1. Nasdaq has notified the Company that its securities will no longer belisted on the Nasdaq Small Cap Stock Market due to the Company'sfailure to meet market listing requirements. For the immediate futurethe Company's stock will be traded on the pink sheets.

    2. The Company has been notified by its outside auditors that theauditor's opinion on the Company's financial statements as of December31, 2000 will contain a going concern qualification. Based ondiscussions with auditors the Company estimates that its loss for theyear 2000 will exceed $6 million. The Company will not timely file itsannual report on Form 10K-SB and has requested an extension of thefiling date from the Securities and Exchange Commission.

    3. Robert Roe has resigned as the Company's Chief Financial Officer.
Return to Contents

    SIGNATURES

   Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report
to be signed on its behalf by the undersigned hereunto duly authorized.

                    Date:   April 9, 2001        Grand Adventures Tour & Travel Publishing Corporation
                                                                                          Registrant
                                                                            |s|Matthew O'Hayer
                                                                        Chief Executive Officer


        2

**ACCESSION NUMBER:** 0000950134-01-003286

**LANGUAGE:** ENGLISH

**LOAD-DATE:** March 15, 2007