**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, | : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, | : | |
| v. | : | |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TRAVEL & TOUR, INC., | : | |
| Defendants. | : | DECEMBER 24, 2007 |

**DEFENDANT INTERLINE TRAVEL & TOUR INC.'S**
**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Interline Travel & Tour, Inc. ("Interline"), a defendant in the above-captioned matter, respectfully requests that the Court extend the current December 31, 2007 deadline for filing a Reply Brief in connection with Interline's Motion for Summary Judgment filed with the Court on November 2, 2007.

Interline respectfully requests a ten (10) day extension of time to file its Reply Brief. Interline seeks this extension because the undersigned needs additional time to confer with her client to prepare a meaningful response. The people at Interline with whom the undersigned

**NO ORAL ARGUMENT REQUESTED/**
**TESTIMONY NOT REQUIRED**

1

LAW OFFICES OF LAURA FLYNN BALDINI, LLC • JURIS NO. 421267• LBALDINI@FLYBAL-LAW.COM
P.O. BOX 887 • 74 BATTERSON PARK ROAD • FARMINGTON, CT • 06034-0887 • TEL: (860) 676-3123 •FAX: (860) 606-9797

needs to speak are all out of state and some are traveling during the Christmas holiday. Interline therefore requests a ten (10) day extension of time (until January 10, 2008) to file its Reply Brief in this matter.

This is Interline's first request to seek an extension of time for filing a motion for summary judgment. The undersigned sent plaintiff's counsel, Kevin Chamberlin, a letter on December 24, 2007 to advise him of the instant motion and to ask him his position with respect to it. The undersigned also called Attorney Chamberlin's office but learned from a message on his answering machine that his office would be closed until January 2, 2008. The undersigned was not able to get a response from Attorney Chamberlin concerning his position with respect to this motion as of the filing of this motion.

W**HEREFORE**, Interline respectfully requests that its Motion for Extension of Time be granted and that the deadline for filing a Summary Judgment Reply Brief be extended to January 10, 2008 and for such other and further relief that the Court deems just and proper.

LAW OFFICES OF LAURA FLYNN BALDINI, LLC • JURIS NO. 421267• LBALDINI@FLYBAL-LAW.COM
P.O. BOX 887 • 74 BATTERSON PARK ROAD • FARMINGTON, CT • 06034-0887 • TEL: (860) 676-3123 •FAX: (860) 606-9797

        Respectfully submitted,

        DEFENDANT,
        INTERLINE TRAVEL & TOUR, INC.

By:_____/s/_____
    LAURA F. BALDINI, ESQ.
    Federal Bar Number ct19887
    Law Offices Of Laura Flynn Baldini, LLC
    74 Batterson Park Road, 2nd Floor
    P.O. Box 887
    Farmington, CT 06034-0887
    Tel. (860) 676-3123
    Fax. (860) 606-9797
    LBaldini@FlyBal-Law.com
    Juris. No. 421267

3

**LAW OFFICES OF LAURA FLYNN BALDINI, LLC • JURIS NO. 421267• LBALDINI@FLYBAL-LAW.COM**
**P.O. BOX 887 • 74 BATTERSON PARK ROAD • FARMINGTON, CT • 06034-0887 • TEL: (860) 676-3123 •FAX: (860) 606-9797**

## **ORDER**

The foregoing MOTION, having been duly presented to this Court, it is hereby **ORDERED**, that the same be and hereby is GRANTED/DENIED.

                                                  THE COURT,

                                                  _____

                                                  JUDGE/Clerk

**LAW OFFICES OF LAURA FLYNN BALDINI, LLC • JURIS NO. 421267• LBALDINI@FLYBAL-LAW.COM**
**P.O. BOX 887 • 74 BATTERSON PARK ROAD • FARMINGTON, CT • 06034-0887 • TEL: (860) 676-3123 •FAX: (860) 606-9797**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CALL CENTER TECHNOLOGIES, | : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GRAND ADVENTURES TOUR & | : | |
| TRAVEL PUBLISHING CORPORATION; | : | |
| INTERLINE TRAVEL & TOUR, INC. | : | |
| | : | |
| Defendants. | : | DECEMBER 24, 2007 |

**CERTIFICATE OF SERVICE**

This is to certify that on DECEMBER 24, a copy of Interline Travel & Tour Inc.'s Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Parties may access this filing through the Court's CM/ECF System.

5

LAW OFFICES OF LAURA FLYNN BALDINI, LLC • JURIS NO. 421267• LBALDINI@FLYBAL-LAW.COM
P.O. BOX 887 • 74 BATTERSON PARK ROAD • FARMINGTON, CT • 06034-0887 • TEL: (860) 676-3123 •FAX: (860) 606-9797

        Respectfully submitted,

        DEFENDANT,
        INTERLINE TRAVEL & TOUR, INC.


By:_____/s/_____
        LAURA F. BALDINI, ESQ.
        Federal Bar Number ct19887
        Law Offices Of Laura Flynn Baldini, LLC
        74 Batterson Park Road, 2nd Floor
        P.O. Box 887
        Farmington, CT 06034-0887
        Tel. (860) 676-3123
        Fax. (860) 606-9797
        LBaldini@FlyBal-Law.com
        Juris. No. 421267

6

**LAW OFFICES OF LAURA FLYNN BALDINI, LLC • JURIS NO. 421267• LBALDINI@FLYBAL-LAW.COM**
**P.O. BOX 887 • 74 BATTERSON PARK ROAD • FARMINGTON, CT • 06034-0887 • TEL: (860) 676-3123 •FAX: (860) 606-9797**