# EXHIBIT 31

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, | : CIVIL ACTION NO. 3:03CV1036 (SRU) |
| Plaintiff, | : |
| v. | : |
| GRAND ADVENTURES TOUR & TRAVEL PUBLISHING CORPORATION, INTERLINE TOUR & TRAVEL, INC. | : |
| Defendants. | : JANUARY 10, 2008 |

**AFFIDAVIT**

STATE OF FLORIDA        )
                        ) ss:   Boca Raton, Florida
COUNTY OF PALM BEACH    )

I, Lawrence K. Fleischman, being duly sworn, hereby depose and say:

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I submit this affidavit in support of Interline's Motion for Summary Judgment dated November 2, 2007.

3. I am the Chairman and Chief Executive Officer of Interline Travel & Tour, Inc. ("Interline").

4. Interline was incorporated in Texas on October 15, 2001.

5. At its inception, Interline's management consisted of Duane Boyd, Interline's President, and me. Mr. Boyd and I provided the initial capital for Interline and owned all of Interline's company stock.

6. On October 30, 2001, Interline acquired the tangible and intangible assets of defendant, Grand Adventures Tour & Travel Publishing Corporation ("GATT"), through a public foreclosure sale conducted at the Travis County Courthouse in Austin, Texas.

7. In or about April 2001, GATT engaged me, through my consulting firm, Capital Vision Group, to be a consultant to GATT. The terms of my engagement with GATT are set forth in the document attached to Interline's Motion for Summary Judgment at Exhibit 17.

8. I was hired by GATT as an independent contractor and was never a GATT employee.

9. I was never a director of GATT.

10. At the time GATT hired me, I was aware that GATT was experiencing financial difficulty.

11. As part of my engagement, I worked with GATT's management to raise cash to operate GATT's business.

12. In addition to my unpaid efforts to help GATT, I personally invested money in GATT to help GATT turn a profit.

13. On or about May 24, 2001, I extended an $80,000 Line of Credit to GATT. The Promissory Note dated May 24, 2001 attached to Interline's Motion for Summary Judgment at Exhibit 19 which is signed by Jay Juba sets forth the terms of this Line of Credit.

14. On or about July 18, 2001, I loaned GATT $100,000. The Promissory Note and the Security Agreement which are both dated July 18, 2001 and attached to Interline's Motion for Summary Judgment at Exhibit 19 set forth the terms of my loan to GATT.

15. I am aware that Mr. Boyd also personally loaned money to GATT in the amount of $190,000.

16. Efforts by Mr. Boyd and I to help GATT turn a profit, although initially successful, were ultimately not successful.

17. The terrorist attacks of September 11, 2001 triggered layoffs and a reduction in the number of travelers seeking GATT's services.

18. By September 27, 2001, GATT-UK's business was shut down.

19. Following the demise of GATT-UK, Mr. Boyd and I resigned as GATT consultants.

20. GATT failed to repay me the money I loaned to it.

3

21. The law firm of Jackson Walker L.L.P. was hired to seek repayment of the money that Mr. Boyd and I had loaned to GATT.

22. On October 19, 2001, Mr. Boyd and I executed a Transfer and Assignment of Notes and Liens assigning our rights in the May $90,000 and $80,000 Lines of Credit and our July $100,000 term loans to Interline Travel & Tour, Inc.

23. GATT did not repay its loans from Mr. Boyd and me that were assigned to Interline.

24. I am aware that Wells Fargo Bank had a first lien on GATT's assets.

25. On October 31, 2001, I issued a personal check in the amount of $52,500 to Wells Fargo Bank Texas N.A. as partial payment for the Wells Fargo lien on GATT's assets which was subsequently cashed.

AFFIANT,

_____
LAWRENCE K. FLEISCHMAN

Subscribed and sworn to me on this 10th day of January, 2008.

_____
Notary Public, State of Florida
My Commission Expires: 4/17/11

C. ALLEYNE
MY COMMISSION # DD 664126
EXPIRES: April 17, 2011
Bonded Thru Notary Public Underwriters

4

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALL CENTER TECHNOLOGIES, : | CIVIL ACTION NO. 3:03CV1036 (DJS) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| GRAND ADVENTURES TOUR & : | |
| TRAVEL PUBLISHING CORPORATION; : | |
| INTERLINE TRAVEL & TOUR, INC. : | |
| : | |
| Defendants. : | JANUARY 10, 2008 |

**CERTIFICATE OF SERVICE**

This is to certify that on JANUARY 10, 2008, a copy of Exhibit 31- Affidavit of Lawrence K. Fleischman was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Parties may access this filing through the Court's CM/ECF System.

1

Respectfully submitted,

DEFENDANT,
INTERLINE TRAVEL & TOUR, INC.

By: _____
LAURA F. BALDINI, ESQ.
Federal Bar Number ct19887
Law Offices Of Laura Flynn Baldini, LLC
74 Batterson Park Road, 2nd Floor
P.O. Box 887
Farmington, CT 06034-0887
Tel. (860) 676-3123
Fax. (860) 606-9797
LBaldini@FlyBal-Law.com
Juris. No. 421267

2

LAW OFFICES OF LAURA FLYNN BALDINI, LLC • JURIS NO. 421267 • LBALDINI@FLYBAL-LAW.COM
P.O. BOX 887 • 74 BATTERSON PARK ROAD • FARMINGTON, CT • 06034-0887 • TEL: (860) 676-3123 • FAX: (860) 606-9797